RECEIVED
2007 JUN -6 PM 2: 34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

FILED
JUN 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  John D. Cline (State Bar No. 237759)
   K.C. Maxwell (State Bar No. 214701)
2  Adam R. Sand (State Bar No. 217712)
   JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA  94104-1500
4  Telephone:   (415) 626-3939
   Facsimile:   (415) 875-5700
5  E-mail:      jcline@jonesday.com
                kcmaxwell@jonesday.com
6               arsand@jonesday.com

7  Andrew T. Solomon
   Franklin B. Velie
8  SULLIVAN & WORCESTER LLP
   1290 Avenue of the Americas
9  New York, NY 10104
10 Telephone:   (212) 660-3000
   Facsimile:   (212) 660-3001
11 E-mail:      asolomon@sandw.com
                fvelie@sandw.com
12

13 Attorneys for Defendant
   AMNON LANDAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>    Defendants. | Civil Action No.: 5:07-cv-2822-RS<br><br>[PROPOSED] ORDER GRANTING APPLICATION BY FRANKLIN B. VELIE TO APPEAR PRO HAC VICE [CIVIL L. R. 11-3] |

1  Franklin B. Velie, an active member in good standing of the bar of the highest court in the
2  State of New York and of a United States District Court in New York, whose business address
3  and telephone number is 1290 Avenue of the Americas, New York, NY 10104, (212) 660-3037,
4  having applied in the above-entitled action for admission to practice in the Northern District of
5  California on a *pro hac vice* basis, representing defendant Amnon Landan in the above entitled-
6  action,

7  IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms
8  and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro*
9  *hac vice*. Service of papers upon and communication with co-counsel designated in the
10 application will constitute notice to the party. All future filings in this action are subject to the
11 requirements contained in General Order No. 45, Electronic Case Filing.

14 Dated: June 13, 2007                  By: [signature]

16
17                                       THE HON. RICHARD SEEBORG
                                         United States District Court Magistrate
                                         Judge

19 SFI-565469v1