| | |
|---|---|
| 1 | John D. Cline (State Bar No. 237759) |
| 2 | K.C. Maxwell (State Bar No. 214701) |
|   | Adam R. Sand (State Bar No. 217712) |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104-1500 |
|   | Telephone:  (415) 626-3939 |
| 5 | Facsimile:  (415) 875-5700 |
|   | E-mail:  jcline@jonesday.com |
| 6 |   kcmaxwell@jonesday.com |
|   |   arsand@jonesday.com |

FILED

2007 JUN 15  A 11: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Andrew T. Solomon
Franklin B. Velie
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 660-3000
Facsimile:  (212) 660-3001
E-mail:  asolomon@sandw.com
  fvelie@sandw.com

Attorneys for Defendant
AMNON LANDAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No.: 5:07-cv-2822-RS |
| Plaintiff, | **APPLICATION BY ANDREW T. SOLOMON TO APPEAR PRO HAC VICE [CIVIL L. R. 11-3]** |
| vs. | |
| MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | |
| Defendants. | |

Pursuant to Civil L. R. 11-3, Andrew T. Solomon, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant Amnon Landan in the above-entitled action.

In support of this application, I, Andrew T. Solomon, state and declare:

1. I am an active member in good standing of the bar of the highest court in the State of New York and of a United States District Court in New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and,

3. An attorney, John D. Cline, a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as local counsel in this action.

I certify under penalty of perjury that the foregoing is true and correct. Executed under the laws of the State of California in New York, New York on June 1, 2007.

Dated: June 1, 2007

Respectfully submitted,

SULLIVAN & WORCESTER

By: /s/ Andrew T. Solomon
Andrew T. Solomon

Attorney for Defendant
AMNON LANDAN

SF1-565456v1