John D. Cline (State Bar No. 237759)
K.C. Maxwell (State Bar No. 214701)
Adam R. Sand (State Bar No. 217712)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone:	(415) 626-3939
Facsimile:	(415) 875-5700
E-mail:	jcline@jonesday.com
	kcmaxwell@jonesday.com
	arsand@jonesday.com

Andrew T. Solomon
Franklin B. Velie
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone:	(212) 660-3000
Facsimile:	(212) 660-3001
E-mail:	asolomon@sandw.com
	fvelie@sandw.com

Attorneys for Defendant
AMNON LANDAN

RECEIVED
2007 JUN 15 AM 11: 02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JUN 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>            Defendants. | Civil Action No.: 5:07-cv-2822-RS<br><br>[PROPOSED] ORDER GRANTING APPLICATION BY ANDREW T. SOLOMON TO APPEAR PRO HAC VICE [CIVIL L. R. 11-3] |

1  Andrew T. Solomon, an active member in good standing of the bar of the highest court in
2  the State of New York and of a United States District Court in New York, whose business address
3  and telephone number is 1290 Avenue of the Americas, New York, NY 10104, (212) 660-3037,
4  having applied in the above-entitled action for admission to practice in the Northern District of
5  California on a *pro hac vice* basis, representing defendant Amnon Landan in the above entitled-
6  action,

   IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: June 18, 2007

By: _____

THE HON. RICHARD SEEBORG
United States District Court Magistrate Judge

SFI-565464v1

PROPOSED ORDER GRANTING
APPLICATION TO APPEAR PRO HAC VICE
CASE NO. C 07-2822-RS