1  John D. Cline (State Bar No. 237759)
   K.C. Maxwell (State Bar No. 214701)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104-1500
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700
   E-mail:        jcline@jonesday.com
5                 kcmaxwell@jonesday.com

6  Andrew T. Solomon (*Pro Hac Vice*)
   Franklin B. Velie (*Pro Hac Vice*)
7  SULLIVAN & WORCESTER LLP
   1290 Avenue of the Americas
8  New York, NY 10104
9  Telephone:     (212) 660-3000
   Facsimile:     (212) 660-3001
10 E-mail:        asolomon@sandw.com
                  fvelie@sandw.com
11
   Attorneys for Defendant
12 AMNON LANDAN

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 **SAN JOSE DIVISION**

16

17 | SECURITIES AND EXCHANGE COMMISSION, | **CASE NO. 5:07-CV-02822 RS** |
   |---|---|
18 |  |  |
   | Plaintiff, | **NOTICE OF APPEARANCE** |
19 |  |  |
   | vs. |  |
20 |  |  |
   | MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, |  |
21 |  |  |
22 |  |  |
23 |  |  |
   | Defendants. |  |
24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel will hereby appear in this matter as co-counsel on behalf of Defendant Amnon Landan ("Defendant") and request that all notices and/or papers filed or served in this matter be served on Defendant's counsel at the following address:

> John D. Cline (jcline@jonesday.com)
> K.C. Maxwell (kcmaxwell@jonesday.com)
> Jones Day
> 555 California Street, 26th Floor
> San Francisco, CA  94104-1500
>
> Telephone:   (415) 626-3939
> Facsimile:   (415) 875-5700

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Dated:  June 19, 2007

Respectfully submitted,

JONES DAY


By:    /s/  John D. Cline
           John D. Cline

Attorneys for Defendant
AMNON LANDAN

NOTICE OF APPEARANCE
CASE NO. 5:07-CV-02822 RS

1