Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Azadeh Gowharrizi (State Bar No. 239938)
Sean T. Strauss (State Bar No. 245811)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:   jfacter@shearman.com
         probbins@shearman.com
         azadeh.gowharrizi@shearman.com
         sean.strauss@shearman.com

Attorneys for Defendant Douglas Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No.: 5:07-C02822-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>JOINT STIPULATION TO EXTEND DEFENDANTS LANDAN'S, ABRAM'S, SMITH'S AND SKAER'S TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT |

1  Plaintiff, the Securities and Exchange Commission ("SEC"), and defendants
2  Amnon Landan, Sharlene Abrams, Douglas Smith and Susan Skaer ("Defendants"), through their
3  respective counsel, hereby stipulate and agree, with the Court's permission, that:
4      1.  Defendants shall have until October 1, 2007 to file their motions to dismiss
5  or other responses to Plaintiff's complaint;
6      2.  Plaintiff shall have until December 3, 2007 to file its opposition to any such
7  motions to dismiss;
8      3.  Defendants shall have until January 15, 2008 to file their replies in support
9  of any such motions to dismiss.
10     IT IS SO STIPULATED.

11 Dated: June 26, 2007          SHEARMAN & STERLING LLP

13                                By:  _____/s/_____
14                                          Jeffrey S. Facter
15                                Attorneys for Defendant Douglas Smith

16 Dated:  June 26, 2007         JONES DAY

18                                By:  _____/s/*_____
19                                          John D. Cline

20                                K.C. Maxwell
                                  555 California Street, 26th Fl.
21                                San Francisco, CA 94104
                                  Telephone:    (415) 626-3939
22                                Facsimile:    (415) 875-5700

23                                SULLIVAN & WORCESTER LLP
                                  Franklin B. Velie
24                                Andrew T. Soloman
                                  1290 Avenue of the Americas
25                                New York, NY  10104
                                  Telephone:    (212) 660-3000
26                                Facsimile:    (212) 660-3001

27                                Attorneys for Defendant Amnon Landan
28

Case 5:07-cv-02822-JF   Document 9   Filed 06/26/2007   Page 3 of 4

| | |
|---|---|
| Dated: June 26, 2007 | FARELLA BRAUN + MARTEL LLP |
| | By:     /s/* <br> Douglas R. Young |
| | Douglas R. Young <br> C. Brandon Wisoff <br> James C. Mann <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA 94104 <br> Telephone:  (415) 954-4400 <br> Facsimile:  (415) 954-4480 |
| | Attorneys for Defendant Sharlene Abrams |
| Dated: June 26, 2007 | ORRICK, HERRINGTON & SUTCLIFFE |
| | By:     /s/* <br> Melinda Haag |
| | M. Todd Scott <br> Lucy E. Buford <br> Randy S. Luskey <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105 <br> Telephone:  (415) 773-5700 <br> Facsimile:  (415) 773-5759 |
| | James A. Meyers <br> Washington Harbour <br> 3050 K Street, N.W. <br> Washington D.C. 20007 <br> Telephone:  (202) 339-8400 <br> Facsimile:  (212) 339-8500 |
| | Attorneys for Defendant Susan Skaer |

/ /
/ /
/ /
/ /
/ /
/ /

JT STIP. TO SET TIME FOR DFTS      2      CASE NO. 5:07-C02822-RS
TO RESPOND TO CMPLT; [P] ORDER      267044

| | |
|---|---|
| Dated: _____, 2007 | SECURITIES AND EXCHANGE COMMISSION |
| | By: _____ |
| | A. David Williams |

Joseph V. Jest
100 F Street, N.E.
Washington, DC  20549-4010
Telephone:   (202) 551-4548
Facsimile:    (202) 772-9246

Attorneys for Plaintiff

<u>ORDER</u>

IT IS SO ORDERED.

DATED: _____    _____
HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

\*    Attestation: Per General Order 45, Section X.B. I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories.

/s/
Jeffrey S. Facter