| | | |
|---|---|---|
| 1 | Dated: June 26, 2007 | SECURITIES AND EXCHANGE COMMISSION |
| 2 | | |
| 3 | | By: /s/ A. David Williams |
| 4 | | A. David Williams |

Joseph V. Jest
100 F Street, N.E.
Washington, DC  20549-4010
Telephone:  (202) 551-4548
Facsimile:   (202) 772-9246

Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

DATED: _____

HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE