1  Jeffrey S. Facter (State Bar No. 123817)
   Patrick D. Robbins (State Bar No. 152288)
2  Azadeh Gowharrizi (State Bar No. 239938)
   Sean T. Strauss (State Bar No. 245811)
3  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
4  San Francisco, CA 94105-2723
   Telephone: (415) 616-1100
5  Facsimile: (415) 616-1199
   Email:     jfacter@shearman.com
6             probbins@shearman.com
              azadeh.gowharrizi@shearman.com
7             sean.strauss@shearman.com

8  Attorneys for Defendant Douglas Smith

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 5:07-C02822-RS |
| Plaintiff, | Assigned to Hon. Richard Seeborg |
| v. | PROOF OF SERVICE |
| MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | |
| Defendants. | |

PROOF OF SERVICE                                Case No.: 5:07-C02822-RS
                                                                  267194

<u>PROOF OF SERVICE BY MAIL</u>

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. My business address is 525 Market Street, San Francisco, California 94105, which is located in the county in which the within-mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On June 27, 2007, I served the following document(s):

JOINT STIPULATION TO EXTEND DEFENDANTS LANDAN'S, ABRAM'S, SMITH'S AND SKAER'S TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT

by placing a true copy in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| John D. Cline, Esq.<br>K.C. Maxwell, Esq.<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | Andrew T. Solomon, Esq.<br>Sullivan & Worcester, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Joseph V. Vest<br>Securities and Exchange Commission<br>100F Street NE<br>Washington DC 20549-4010 | Alvin David Williams<br>U.S. Securities and Exchange Commission<br>Division of Enforcement<br>100 F Street, NE, Room 4221<br>Washington, DC 20549 |

and by sealing the envelope and placing it for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 27, 2007, at San Francisco, California.

        /s/
Michelle Severin

PROOF OF SERVICE        Case No.: 5:07-C02822-RS
267194