MELINDA HAAG (STATE BAR NO. 132612)
JAMES N. KRAMER (STATE BAR NO. 154709)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>          v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>                     Defendants. | Case No. 5:07-cv-02822-RS<br><br>**NOTICE OF APPEARANCE** |

OHS West:260261158.1

NOTICE OF APPEARANCE
5:07-CV-02822-RS

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the counsel of record for Defendant Susan Skaer in the above-captioned matter. In addition to James N. Kramer, M. Todd Scott, Randall Scott Luskey, Lucy E. Buford and Amanda Packel, Melinda Haag will be also appearing on behalf of Defendant Susan Skaer and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

Melinda Haag  
Orrick, Herrington & Sutcliffe LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA 94105-2669  
Telephone:   415-773-5700  
Facsimile:   415-773-5759  

Email: *mhaag@orrick.com*

Dated: June 28, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Melinda Haag  
MELINDA HAAG  
Attorneys for Defendant  
SUSAN SKAER

**PROOF OF SERVICE**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On June 28, 2007, I served the following document(s):

**NOTICE OF APPEARANCE**

by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter

**and**

by regular **United States mail** on the below-named non-efiling parties by placing a true and correct copy in a sealed enveloped addressed as shown below:

Douglas R. Young
C. Brandon Wisoff
James C. Mann
FARELLA, BRAUN & MARTEL
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

*Counsel for Sharlene Abrams*

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2007, at San Francisco, California.

/s/ Valencia Sweet
Valencia Sweet