1  MELINDA HAAG (STATE BAR NO. 132612)
   JAMES N. KRAMER (STATE BAR NO. 154709)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:   415-773-5700
   Facsimile:    415-773-5759
5
   Attorneys for Defendant
6  SUSAN SKAER

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | SECURITIES AND EXCHANGE          | Case No.  5:07-cv-02822-RS
   | COMMISSION,                      |
13 |                                  | **NOTICE OF APPEARANCE**
   |             Plaintiff,           |
14 |                                  |
   |     v.                           |
15 |                                  |
   | MERCURY INTERACTIVE, LLC         |
16 | (F/K/A/MERCURY INTERACTIVE, INC.),|
   | AMNON LANDAN, SHARLENE           |
17 | ABRAMS, DOUGLAS SMITH and SUSAN  |
   | SKAER,                           |
18 |                                  |
   |             Defendants.          |
19

20

(lines 21-28 blank)

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the counsel of record for Defendant Susan Skaer in the above-captioned matter. In addition to Melinda Haag, James N. Kramer, Randall Scott Luskey, Lucy E. Buford and Amanda Packel, M. Todd Scott will be also appearing on behalf of Defendant Susan Skaer and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

M. Todd Scott  
Orrick, Herrington & Sutcliffe LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA 94105-2669  
Telephone:    415-773-5700  
Facsimile:    415-773-5759  

Email: *tscott@orrick.com*

Dated: June 28, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ M. Todd Scott
───────────────────────
M. TODD SCOTT  
Attorneys for Defendant  
SUSAN SKAER

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On June 28, 2007, I served the following document(s):

## NOTICE OF APPEARANCE

by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter

**and**

by regular **United States mail** on the below-named non-efiling parties by placing a true and correct copy in a sealed enveloped addressed as shown below:

Douglas R. Young
C. Brandon Wisoff
James C. Mann
FARELLA, BRAUN & MARTEL
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

*Counsel for Sharlene Abrams*

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2007, at San Francisco, California.

/s/ Eloise Lee
Eloise Lee