fee pd.

| | |
|---|---|
| 1 | JAMES N. KRAMER (STATE BAR NO. 154709) |
|   | MELINDA HAAG (STATE BAR NO. 132612) |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 3 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 4 | Telephone:    415-773-5700 |
|   | Facsimile:    415-773-5759 |

FILED ORIGINAL

2007 JUN 29 P 2: 27

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

JAMES A. MEYERS (DC BAR NO. 358737)
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W. Suite 200
Washington, D. C. 20007
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

Attorneys for Defendant Susan Skaer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | CASE NO. 07-2822 RS |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| MERCURY INTERACTIVE, LLC. (F/K/A/ MERCURY INTERACTIVE CORPORATION), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER | |
| Defendants. | |

Pursuant to Civil L. R. 11-3, James A. Meyers, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Susan Skaer in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standard of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Melinda Haag
> Orrick, Herrington & Sutcliffe LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, California 94105
> Telephone: (415) 773-5700
> Facsimile: (415) 773-5759
> Email: mhaag@orrick.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2007

James A. Meyers

OHS West:260259391.1                                    Application for Admission *Pro Hac Vice*
                                                        CA 07-2822