JAMES N. KRAMER (STATE BAR NO. 154709)
MELINDA HAAG (STATE BAR NO. 132612)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

JAMES A. MEYERS (D.C. BAR NO. 358737)
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W. Suite 200
Washington, D.C. 20007
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: jmeyers@orrick.com

Attorneys for Defendant Susan Skaer

FILED
2007 JUN 29 P 2:28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC. (F/K/A/ MERCURY INTERACTIVE CORPORATION), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER<br><br>Defendants. | CASE NO. 07-2822 RS<br><br>**PROOF OF SERVICE BY MAIL** |

OHS West:260259866.1

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On June 28, 2007, I served the following document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and**

**PROOF OF SERVICE BY MAIL**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

[See Attached Service List]

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2007, at San Francisco, California.

_/s/ Linda D. Sigler_
Linda D. Sigler

Service List
SEC v. Mercury Interactive, et al.
(Case No. 07-2822)

Joseph V. Jest
SECURITIES AND EXCHANGE COMMISSION
100 F. Street, N.E.
Washington, D.C. 20549-4010

Alan David Williams
U.S. SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E.
Room 221
Washington, DC   20549

John D. Cline
K.C. Maxwell
JONES DAY
555 California Street, 26th Fl
San Francisco, CA  94104

Andrew T. Solomon
Franklin B. Velie
SULLIVAN & WORCESTER, LLP
1290 Avenue of the Americas
New York, NY  10104

Douglas R. Young
C. Brandon Wisoff
James C. Mann
FARELLA, BRAUN & MARTEL
235 Montgomery Street, 17th Floor
San Francisco, CA  94104

Jeffrey S. Facter
SHEARMAN & STERLING, LLP
525 Market Street, Suite 1500
San Francisco, CA  94105-2723