1  Douglas R. Young (State Bar No. 073248)
   C. Brandon Wisoff (State Bar No. 121930)
2  James C. Mann (State Bar No. 221603)
   Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  dyoung@fbm.com
   bwisoff@fbm.com
6  jmann@fbm.com

7  Attorneys for Defendant
   SHARLENE ABRAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>    Defendants. | Case No. 5:07-cv-02822 RS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that the law firm of Farella Braun + Martel LLP is the counsel of record for Defendant Sharlene Abrams in the above-captioned matter. In addition to C. Brandon Wisoff and James C. Mann, Douglas R. Young will be appearing on behalf of Defendant Sharlene Abrams and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF APPEARANCE
Court Case No. 5:07-cv-02822-RS

19994\1288691.1

| | |
|---|---|
| 1 | |
| 2 | Douglas R. Young, Esq.                         Email: dyoung@fbm.com |
| 3 | Farella Braun + Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA 94104 |
| 5 | |
|   | Dated: July 2, 2007                            FARELLA BRAUN & MARTEL LLP |
| 6 | |
| 7 | |
|   |                                                By: /s/Douglas R. Young |
| 8 |                                                    DOUGLAS R. YOUNG |
| 9 |                                                Attorneys for Defendant |
|   |                                                SHARLENE ABRAMS |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF APPEARANCE                - 2 -                                19994\1288691.1
Court Case No. 5:07-cv-02822-RS