Douglas R. Young (State Bar No. 073248)
C. Brandon Wisoff (State Bar No. 121930)
James C. Mann (State Bar No. 221603)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dyoung@fbm.com
bwisoff@fbm.com
jmann@fbm.com

Attorneys for Defendant
SHARLENE ABRAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No. 5:07-cv-02822 RS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that the law firm of Farella Braun + Martel LLP is the counsel of record for Defendant Sharlene Abrams in the above-captioned matter. In addition to Douglas R. Young and James C. Mann, C. Brandon Wisoff will also be appearing on behalf of Defendant Sharlene Abrams and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF APPEARANCE
Court Case No. 5:07-cv-02822-RS

19994\1288910.1

1
2    C. Brandon Wisoff, Esq.                              Email: bwisoff@fbm.com
     Farella Braun + Martel LLP
3    235 Montgomery Street, 17th Floor
     San Francisco, CA 94104
4

5
Dated: July 2, 2007                                      FARELLA BRAUN & MARTEL LLP
6

7
                                                         By: /s/C. Brandon Wisoff
8                                                            C. BRANDON WISOFF

9                                                        Attorneys for Defendant
                                                         SHARLENE ABRAMS
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF APPEARANCE
Court Case No. 5:07-cv-02822-RS                    - 2 -                    19994\1288910.1