1  JAMES N. KRAMER (STATE BAR NO. 154709)
   MELINDA HAAG (STATE BAR NO. 132612)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   415-773-5700
   Facsimile:   415-773-5759
5
   JAMES A. MEYERS (D.C. BAR 358737)
6  Orrick, Herrington & Sutcliffe LLP
   3050 K Street, N.W. Suite 200
7  Washington, D. C. 20007
   Telephone: (202) 339-8400
8  Facsimile: (202) 339-8500
   Email: jmeyers@orrick.com
9
10 Attorneys for Defendant Susan Skaer

RECEIVED 2007 JUN 29 PM 2:28 RICHARD W. WIEKING U.S. CLERK NO. DIST. OF CA. S.J.

FILED
JUL - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC. (F/K/A/ MERCURY INTERACTIVE CORPORATION), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER<br><br>    Defendants. | CASE NO. 07-2822 RS<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

James A. Meyers, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is:

1  JAMES A. MEYERS
   Orrick, Herrington & Sutcliffe LLP
2  3050 K Street, N.W. Suite 200
   Washington, D. C. 20007
3  Telephone: (202) 339-8400
   Facsimile: (202) 339-8500
4  Email: jmeyers@orrick.com

5

6  having applied in the above-entitled action for admission to practice in the Northern District of

7  California on a *pro hac vice* basis, representing Susan Skaer.

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

10 *vice*. Service of papers upon and communication with co-counsel designated in the application

11 will constitute notice to the party. All future filings in this action are subject to the requirements

12 contained in General Order No. 45. *Electronic Case Filing*.

13 Dated: 7-5-07

14 _____
   Honorable Richard Seeborg
15 United States Magistrate Judge

-2-