**E-filed 7/20/07**

Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Azadeh Gowharrizi (State Bar No. 239938)
Sean T. Strauss (State Bar No. 245811)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:  jfacter@shearman.com
        probbins@shearman.com
        azadeh.gowharrizi@shearman.com
        sean.strauss@shearman.com

Attorneys for Defendant Douglas Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 5:07-C02822-RS |
| Plaintiff, | Assigned to Hon. ~~Richard Seeborg~~ Jeremy Fogel |
| v. | JOINT STIPULATION TO EXTEND DEFENDANTS LANDAN'S, ABRAM'S, SMITH'S AND SKAER'S TIME TO FILE RESPONSIVE PLEADING TO THE COMPLAINT |
| MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | |
| Defendants. | |

JT STIP. TO SET TIME FOR DFTS
TO RESPOND TO CMPLT; [P] ORDER

CASE NO. 5:07-C02822-RS

267044

1   Plaintiff, the Securities and Exchange Commission ("SEC"), and defendants
2   Amnon Landan, Sharlene Abrams, Douglas Smith and Susan Skaer ("Defendants"), through their
3   respective counsel, hereby stipulate and agree, with the Court's permission, that:

4       1.   Defendants shall have until October 1, 2007 to file their motions to dismiss
5   or other responses to Plaintiff's complaint;

6       2.   Plaintiff shall have until December 3, 2007 to file its opposition to any such
7   motions to dismiss;

8       3.   Defendants shall have until January 15, 2008 to file their replies in support
9   of any such motions to dismiss.

10  IT IS SO STIPULATED.

11  Dated: June 26, 2007                SHEARMAN & STERLING LLP

13                                      By:  /s/
14                                           Jeffrey S. Facter

15                                      Attorneys for Defendant Douglas Smith

16  Dated:  June 26, 2007               JONES DAY

18                                      By:  /s/*
19                                           John D. Cline

20                                      K.C. Maxwell
                                        555 California Street, 26th Fl.
21                                      San Francisco, CA 94104
                                        Telephone:   (415) 626-3939
22                                      Facsimile:   (415) 875-5700

23                                      SULLIVAN & WORCESTER LLP
                                        Franklin B. Velie
24                                      Andrew T. Soloman
                                        1290 Avenue of the Americas
25                                      New York, NY  10104
                                        Telephone:   (212) 660-3000
26                                      Facsimile:   (212) 660-3001

27                                      Attorneys for Defendant Amnon Landan

28

| | | |
|---|---|---|
| 1 | Dated: June 26, 2007 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: _____/s/*_____ |
| 4 | | Douglas R. Young |
| 5 | | Douglas R. Young |
| | | C. Brandon Wisoff |
| 6 | | James C. Mann |
| | | 235 Montgomery Street, 17th Floor |
| 7 | | San Francisco, CA 94104 |
| | | Telephone:   (415) 954-4400 |
| 8 | | Facsimile:    (415) 954-4480 |
| 9 | | Attorneys for Defendant Sharlene Abrams |
| 10 | Dated: June 26, 2007 | ORRICK, HERRINGTON & SUTCLIFFE |
| 11 | | |
| 12 | | By: _____/s/*_____ |
| 13 | | Melinda Haag |
| 14 | | M. Todd Scott |
| | | Lucy E. Buford |
| 15 | | Randy S. Luskey |
| | | The Orrick Building |
| 16 | | 405 Howard Street |
| | | San Francisco, CA 94105 |
| 17 | | Telephone:   (415) 773-5700 |
| | | Facsimile:    (415) 773-5759 |
| 18 | | |
| | | James A. Meyers |
| 19 | | Washington Harbour |
| | | 3050 K Street, N.W. |
| 20 | | Washington D.C. 20007 |
| | | Telephone:   (202) 339-8400 |
| 21 | | Facsimile:    (212) 339-8500 |
| 22 | | Attorneys for Defendant Susan Skaer |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |
| 27 | // | |
| 28 | // | |

| | |
|---|---|
| 1  Dated: _____, 2007 | SECURITIES AND EXCHANGE COMMISSION |

By: _____
A. David Williams

Joseph V. Jest
100 F Street, N.E.
Washington, DC  20549-4010
Telephone:    (202) 551-4548
Facsimile:     (202) 772-9246

Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

DATED:    7/20/07    

_____
HONORABLE RICHARD SEEBORG  Jeremy Fogel
UNITED STATES MAGISTRATE JUDGE

District Court Judge

\*    Attestation: Per General Order 45, Section X.B. I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories.

/s/
Jeffrey S. Facter