UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,    Plaintiff,<br>V.<br>MERCURY INTERACTIVE,<br>                    Defendant. | Case Number CV-07-2822-JF<br><br>Case Management Conference<br><br>September 14, 2007<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on September 14, 2007 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

August 20, 2007                              For the Court
                                             Richard W. Wieking, Clerk


                                             By:  /s/
                                             Diana Munz
                                             Courtroom Deputy Clerk