UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission,   Case No. C 07 2822

    Plaintiff(s),

v.   ADR CERTIFICATION BY PARTIES
AND COUNSEL

Mercury Interactive, LLC, et al.,

    Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute *Resolution Procedures in the Northern District of* California" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available* from *the* clerk's office *for parties in cases not subject to the* court's *Electronic Case Filing program* (ECF) *under General Order* 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 22, 2007

    *[signature]*
    Sharlene Abrams

FARELLA BRAUN + MARTEL LLP

Dated: August 22, 2007

    *[signature]*
    Frank J. Riebli
    Attorneys for Defendant
    Sharlene Abrams