UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION
          Plaintiff(s),

v.

MERCURY INTERACTIVE, LLC, et al.

          Defendant(s).
_____/

Case No. 5:07-cv-02822 JF

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/22/07                                                      /S/ Amnon Landan
                                                                           [Party]

Dated: 08/22/07                                                       /S/ John D. Cline
                                                                            [Counsel]

1     **Filer's Attestation:** Pursuant to General Order No. 45, § X(B), I attest under penalty of
2 perjury that concurrence in the filing of the document has been obtained from its signatory.
3 Dated: August 22, 2007

4                                                 /S/
5                                       John D. Cline

ADR CERTIFICATION BY PARTIES
AND COUNSEL            CASE NO. CV-07-02822