AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

Securities and Exchange Commission

V.

Mercury Interactive, LLC (f/k/a Mercury Interactive, Inc.);
Amnon Landan; Sharlene Abrams;
Douglas Smith; and Susan Skaer.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-07-2822 (RS)

TO: (Name and address of Defendant)

Douglas Smith
c/o Patrick D. Robbins, Esq.
Shearman & Sterling LLP
525 Market Street
San Francisco, CA  94105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. David Williams, Esq.
Assistant Chief Litigation Counsel
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

_Sandy Morris_ (signature)

(By) DEPUTY CLERK
Sandy Morris

DATE  6-6-07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[*][(1)] | DATE | July 25, 2007 @ 4:58 PM |
| NAME OF SERVER (PRINT) Tony Klein | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  by serving Joel Dizon, Esquire, authorized to accept. Service was completed at Shearman & Sterling LLP, 525 Market Street, San Francisco, CA 94105

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 1, 2007
           Date

Signature of Server
Tony Klein

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

* Letter dated July 17, 2007, Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order re: Initial Case Management (2), Standing Order Regarding Case Management in Civil Cases, Standing Order for All Judges in the USDC, NDC re Contents of Joint CMS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.