⬥AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern _____    District of _____ California _____

| Securities and Exchange Commission | **SUMMONS IN A CIVIL CASE** |

**V.**

Mercury Interactive, LLC (f/k/a
Mercury Interactive, Inc.);

Amnon Landan; Sharlene Abrams;

Douglas Smith; and Susan Skaer.

CASE NUMBER: C-07-2822 (RS)

TO: (Name and address of Defendant)    Amnon Landan

c/o Andrew T. Solomon, Esq.

Sullivan & Worcester LLP

1290 Avenue of the Americas

New York, NY 10104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. David Williams, Esq.

Assistant Chief Litigation

Counsel

Securities and Exchange

Commission

100 F Street, N.E.

Washington, D.C.

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

_____    6-6-07
CLERK                              DATE

_____
(By) DEPUTY CLERK Sandy Morris

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>07-20-07 @ 11:50 am |
| NAME OF SERVER *(PRINT)*<br>Otis Osborne | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  by serving Andrew T. Solomon, Esquire, authorized to accept
   at Sullivan & Worcester LLP, 1290 Avenue of the Americas, New York, NY 10104

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/21/07___
　　　　　　　　　/Date

_____
*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009

_____
*Address of Server*

*   Letter dated July 17, 2007, Summons, Complaint, Order Setting Initial Case
    Management Conference and ADR Deadlines, Standing Order re: Initial Case
    Management (2), Standing Order Regarding Case Management in Civil Cases,
    Standing Order for All Judges in the USDC, NDC re Contents of Joint CMS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------------X
Securities and Exchange Commission,
                Plaintiff(s),

        -against-
Mercury Interactive, LLC (f/k/a Mercury Interactive,
Inc., Amnon Landan, Sharlene Abrams,
Douglas Smith, and Susan Skaer,
                Defendant(s).
-------------------------------------------------------------X

STATE OF NEW YORK    )
                              S.S.
COUNTY OF NEW YORK)

Index No.  C-07-2822 (RS)

AFFIDAVIT OF SERVICE

        OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of

eighteen years, and he is an agent of Capitol Process Services/Investigations, Inc., and is not a

party to this action.

        That on the 20th day of July 2007, at approximately the time of 11:50 a.m.,

deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon

Amnon Landan c/o Andrew T. Solomon, Esq., Sullivan & Worcester, LLP at 1290 Avenue of the

Americas, 29th Floor, New York, NY 10104, by personally delivering and leaving the same with

Andrew T. Solomon, Esq., who informed deponent that he is an agent authorized by

appointment to receive service at that address.

        Andrew Solomon is a white male, approximately 41 years of age, stands

approximately 5 feet 8 inches tall, and weighs approximately 178 pounds with black hair and

blue eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
20th day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20____8