A. DAVID WILLIAMS (Cal. Bar No. 183854)
williamsdav@sec.gov
JOSEPH V. JEST (DC Bar No. 412338)
jestj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-4010
Telephone:  (202) 551-4548 (Williams)
Telecopier:  (202) 772-9246 (Williams)

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER<br><br>Defendants. | Civil Action No. 5:07-cv-02822-JF<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Plaintiff Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned

certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of

California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are

available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing

program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private

entities; and

1    (3) Considered whether this case might benefit from any of the available dispute resolution

2  options.

3

4    ecurities and Exchange Commission (the "Commission") and defendants Amnon Landan,

5  Sharlene Abrams, Douglas Smith and Susan Skaer submit this Joint Case Management Conference

6  Statement and Proposed Order and request the Court to adopt it as the Case Management Order in

7  this case.

8

9

10  Dated:  September 7, 2007                    A. David Williams (for SEC)
                                                              [Party]
11

12
    Dated:  September 7, 2007                    A. David Williams
13                                                          [Counsel]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR CERTIFICATION BY PARTIES AND                    2
COUNSEL
SEC v. MERCURY INTERACTIVE, et al.,
No. 5:07-cv-02822-JF