UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, September 14, 2007
**Case Number:** CV-07-2822-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     SECURITIES AND EXCHANGE COMMISSION  V. AMNON LANDAN, ET AL

PLAINTIFF                              DEFENDANT


| Attorneys Present: David Williams | Attorneys Present: Patrick Robbins for Smith, Brandon Wisoff for Abrams, James Kramer and Melinda Hagg for Skaer and John Cune for Landan |
|---|---|

PROCEEDINGS:
    Case management conference held.  Parties are present.
Continued to 1/11/08 at 10:30 a.m. for further case management conference.
Case is referred to private mediation, to commence by 1/11/08.