1  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   jmeyers@orrick.com
3  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
4  M. TODD SCOTT (STATE BAR NO. 226885)
   tscott@orrick.com
5  LUCY E. BUFORD (STATE BAR NO. 244885)
   lbuford@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    415-773-5700
   Facsimile:    415-773-5759
9
   Attorneys for Defendant
10 SUSAN SKAER

11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                          SAN JOSE DIVISION

15

16 | SECURITIES AND EXCHANGE COMMISSION, | Case No.  5:07-cv-02822-JF
17 |         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MOVING CASE MANAGEMENT CONFERENCE**
18 |    v. |
19 | MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | Date:    January 11, 2008
   | | Time:    10:30 a.m.
   | | Dept.:   3
   | | Judge:   The Honorable Jeremy Fogel
22 |         Defendants. |

23
24
25
26
27
28

OHS West:260303443.1

STIPULATION AN D  ORDER MOVING CASE MANAGEMENT CONFERENCE  (5:07-CV-02822-JF)

1  WHEREAS, the parties in the above-referenced action appeared before the Court
2  for the scheduled case management conference on September 14, 2007;

3  WHEREAS, at that case management conference, the Court scheduled a further
4  case management conference for January 11, 2008;

5  WHEREAS, the Court ordered that the parties must have had a hearing on the
6  motions to dismiss and/or be in the process of mediation by the date January 11, 2008;

7  WHEREAS, the current briefing schedule agreed to by the parties dictates that the
8  Defendants' reply briefs supporting motions to dismiss are not due until January 15, 2008;

9  WHEREAS, the hearing on the motions to dismiss is scheduled for March 14,
10 2008;

11 WHEREAS, the parties believe it will be more efficient to move the case
12 management conference to the date of the hearing on defendants' motions to dismiss;

13 IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that
14 the case management conference currently set for January 11, 2008 will be moved to March 14,
15 2008, following the hearing on the motions to dismiss.

16 Dated: September 20, 2007                MELINDA HAAG
                                            JAMES N. KRAMER
17                                          M. TODD SCOTT
                                            LUCY E. BUFORD
18                                          Orrick, Herrington & Sutcliffe LLP

19

20                                                  /s/ Lucy E. Buford
                                            _____
21                                                  LUCY E. BUFORD
                                                Attorneys for Defendant
22                                                   SUSAN SKAER

23 Dated: September 20, 2007                DAVID WILLIAMS
                                            JOSEPH V. JEST
24                                          Securities and Exchange Commission

25

26                                                  /s/ David Williams
                                            _____
                                                    David Williams
27                                                Attorneys for Plaintiff
                                            SECURITIES AND EXCHANGE COMMISSION
28

| | | |
|---|---|---|
| 1 | Dated: September 20, 2007 | JOHN D. CLINE |
| 2 | | K.C. MAXWELL |
| | | Jones Day |

<div style="text-align: right;">

/s/ John D. Cline
_____
John D. Cline
Attorneys for Defendant
AMNON LANDAN

</div>

Dated: September 20, 2007        DOUGLAS R. YOUNG
                                 C. BRANDON WISOFF
                                 Farella, Braun & Martel

<div style="text-align: right;">

/s/ C. Brandon Wisoff
_____
C. Brandon Wisoff
Attorneys for Defendant
SHARLENE ABRAMS

</div>

Dated: September 20, 2007        JEFFREY S. FACTER
                                 EMILY V. GRIFFEN
                                 Shearman & Sterling, LLP

<div style="text-align: right;">

/s/ Emily V. Griffen
_____
Emily V. Griffen
Attorneys for Defendant
DOUGLAS SMITH

</div>

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

**[PROPOSED] ORDER**

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS:

1. The Case Management Conference currently scheduled for January 11, 2008 is vacated. The Case Management Conference will be held on March 14, 2008, following the hearing on the motions to dismiss.

IT IS SO ORDERED.

Dated: ___________________________

JEREMY FOGEL
United States District Court Judge

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On September 20, 2007, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MOVING CASE MANAGEMENT CONFERENCE**

by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter

**and**

by regular **United States mail** on the below-named non-efiling parties by placing a true and correct copy in a sealed enveloped addressed as shown below:

Douglas R. Young
C. Brandon Wisoff
James C. Mann
FARELLA, BRAUN & MARTEL
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

*Counsel for Sharlene Abrams*

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2007, at San Francisco, California.

/s/ Eloise Lee
_____
Eloise Lee