1  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   jmeyers@orrick.com
3  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
4  M. TODD SCOTT (STATE BAR NO. 226885)
   tscott@orrick.com
5  LUCY E. BUFORD (STATE BAR NO. 244885)
   lbuford@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    415-773-5700
   Facsimile:    415-773-5759

9  Attorneys for Defendant
10 SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>            Defendants. | Case No.  5:07-cv-02822-JF<br><br>**CORRECTED PROOF OF SERVICE** |

OHS West:260306805.1

CORRECTED PROOF OF SERVICE  (5:07-CV-02822-JF)

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On September 20, 2007, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MOVING CASE MANAGEMENT CONFERENCE**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Joseph V. Jest
Securities and Exchange Commission
100 F Street N.E.
Washington, DC  20549-4010

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2007, at San Francisco, California.

/s/ Eloise Lee
Eloise Lee