MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>          v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>               Defendants. | Case No. 5:07-cv-02822-JF<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING CASE MANAGEMENT CONFERENCE**<br><br>Date:    January 11, 2008<br>Time:    10:30 a.m.<br>Dept.:   3<br>Judge:   The Honorable Jeremy Fogel |

OHS West:260303443.1

1  WHEREAS, the parties in the above-referenced action appeared before the Court
2  for the scheduled case management conference on September 14, 2007;
3  WHEREAS, at that case management conference, the Court scheduled a further
4  case management conference for January 11, 2008;
5  WHEREAS, the Court ordered that the parties must have had a hearing on the
6  motions to dismiss and/or be in the process of mediation by the date January 11, 2008;
7  WHEREAS, the current briefing schedule agreed to by the parties dictates that the
8  Defendants' reply briefs supporting motions to dismiss are not due until January 15, 2008;
9  WHEREAS, the hearing on the motions to dismiss is scheduled for March 14,
10 2008;
11 WHEREAS, the parties believe it will be more efficient to move the case
12 management conference to the date of the hearing on defendants' motions to dismiss;
13 IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that
14 the case management conference currently set for January 11, 2008 will be moved to March 14,
15 2008, following the hearing on the motions to dismiss.

Dated: September 20, 2007

MELINDA HAAG
JAMES N. KRAMER
M. TODD SCOTT
LUCY E. BUFORD
Orrick, Herrington & Sutcliffe LLP

/s/ Lucy E. Buford
LUCY E. BUFORD
Attorneys for Defendant
SUSAN SKAER

Dated: September 20, 2007

DAVID WILLIAMS
JOSEPH V. JEST
Securities and Exchange Commission

/s/ David Williams
David Williams
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

| | | |
|---|---|---|
| 1 | Dated: September 20, 2007 | JOHN D. CLINE |
| 2 | | K.C. MAXWELL |
| | | Jones Day |

                                        /s/ John D. Cline
                                             John D. Cline
                                        Attorneys for Defendant
                                           AMNON LANDAN

Dated: September 20, 2007          DOUGLAS R. YOUNG
                                                  C. BRANDON WISOFF
                                                  Farella, Braun & Martel

                                          /s/ C. Brandon Wisoff
                                            C. Brandon Wisoff
                                          Attorneys for Defendant
                                          SHARLENE ABRAMS

Dated: September 20, 2007          JEFFREY S. FACTER
                                                  EMILY V. GRIFFEN
                                                  Shearman & Sterling, LLP

                                          /s/ Emily V. Griffen
                                            Emily V. Griffen
                                          Attorneys for Defendant
                                          DOUGLAS SMITH

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

OHS West:260303443.1                 - 3 -

1 **[PROPOSED] ORDER**

2   The Court, having considered the above stipulation of the parties, and good cause
3 appearing, hereby ORDERS:
4   1.  The Case Management Conference currently scheduled for January 11,
5 2008 is vacated. The Case Management Conference will be held on March 14, 2008, following
6 the hearing on the motions to dismiss.
7   IT IS SO ORDERED.

9 Dated: 9/27/07

11 _____
JEREMY FOGEL
12 United States District Court Judge

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On September 20, 2007, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MOVING CASE MANAGEMENT CONFERENCE**

by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter

**and**

by regular **United States mail** on the below-named non-efiling parties by placing a true and correct copy in a sealed enveloped addressed as shown below:

Douglas R. Young
C. Brandon Wisoff
James C. Mann
FARELLA, BRAUN & MARTEL
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

*Counsel for Sharlene Abrams*

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2007, at San Francisco, California.

/s/ Eloise Lee
Eloise Lee