Douglas R. Young (State Bar No. 073248)
C. Brandon Wisoff (State Bar No. 121930)
Thomas B. Mayhew (State Bar No. 183539)
Helen Dutton (State Bar No. 235558)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dyoung@fbm.com
bwisoff@fbm.com

Attorneys for Defendant
SHARLENE ABRAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>　　　　　Defendants. | Case No. 5:07-cv-02822 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SHARLENE ABRAMS' MOTION TO DISMISS (FRCP 12(b)(6)) AND MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e))**<br><br>Date:　　March 14, 2008<br>Time:　　9:00 a.m.<br>Dept.:　　Courtroom 3, 5th Floor<br>Judge:　　Honorable Jeremy D. Fogel<br><br>Date Complaint Filed: May 31, 2007<br>Date Set For Trial: None |

Having reviewed the submissions of the parties, the Court rules as follows on DEFENDANT SHARLENE ABRAMS' MOTION TO DISMISS (FRCP 12(b)(6)) AND MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e)):

1.　　The motion for more definite statement under Federal Rule of Civil Procedure 12(e) is hereby GRANTED. The SEC shall file an amended complaint, within 30 days, setting

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEFENDANT SHARLENE ABRAMS' MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT - Case No. 5:07-cv-02822 JF

19994\1354865.1

forth its claims for relief in compliance with Federal Rule of Civil Procedure 10(b), by specifying which allegations relate to which claims, and separating claims that are based on different transactions or occurrences to the extent practicable.

2. The First, Second, Third, Fourth, Fifth, Seventh, and Eighth Claims for Relief are hereby dismissed for failure to plead with particularity under Federal Rule of Civil Procedure 9(b), to the extent that they are based on the allegations of paragraphs 82 through 97 (date of exercise of stock options), 108 through 111 (relating to Mercury's auditors), 116 (relating to failure "to maintain a system of internal accounting controls"), 117 through 130 ("Earnings Management"), or 131 through 144 (European loans).

3. The claims for injunctive relief are dismissed.

IT IS SO ORDERED.

DATED: _____        _____
                                    Hon. Jeremy D. Fogel
                                    UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING DEFENDANT SHARLENE ABRAMS' MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT - Case No. 5:07-cv-02822 JF

- 2 -

19994\1354865.1