Douglas R. Young (State Bar No. 073248)
C. Brandon Wisoff (State Bar No. 121930)
Thomas B. Mayhew (State Bar No. 183539)
Helen Dutton (State Bar No. 235558)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dyoung@fbm.com
bwisoff@fbm.com

Attorneys for Defendant
SHARLENE ABRAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>    Defendants. | Case No. 5:07-cv-02822 JF<br><br>**APPENDIX OF UNPUBLISHED CASES IN SUPPORT OF DEFENDANT SHARLENE ABRAMS' MOTION TO DISMISS (FRCP 12(b)(6)) AND MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e))**<br><br>Date: March 14, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Honorable Jeremy D. Fogel<br><br>Date Complaint Filed: May 31, 2007<br>Date Set For Trial: None |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

APPENDIX OF UNPUBLISHED CASES ISO DEF.
ABRAMS' MOT. TO DISMISS, etc.
Case No. 5:07-cv-02822-JF

1

**UNPUBLISHED CASES**

TAB

*Badger v. Grubb & Ellis Co.*,
    No. 0-90-1550 MHP, 1992 U.S. Dist. LEXIS 3648, (N.D. Cal. Mar. 13, 1992) ............... A

*Ditech Networks, Inc. Derivative Litigation,* ,
    No. C 06-5157JF, 2007 WL 2070300 (N.D. Cal. July 16, 2007) ....................................... B

*SEC v. Baxter*,
    No. C-05-03843 RMW, 2007 WL 2013958, (N.D.Cal. July 11, 2007), ........................... C

*SEC v. Morris*,
    No. Civ. A. H-04-3096, 2005 WL 2000665 (S.D. Tex. Aug. 18, 2005) .......................... D

*SEC v. Parnes*,
    No. 01 CIV 0763, 2001 WL 1658275 (S.D.N.Y. Dec. 26, 2001) ..................................... E

*SEC v. Yuen*,
    No. CV 03-4376MRP, 2006 WL 1390828 (C.D.Cal. 2006) .............................................. F

Dated: October 1, 2007                    FARELLA BRAUN + MARTEL LLP

                                          By: /s/
                                              Thomas B. Mayhew

                                          Attorneys for Defendant
                                          SHARLENE ABRAMS

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

APPENDIX OF UNPUBLISHED CASES ISO DEF.
ABRAMS' MOTION TO DISMISS, etc.
Case No. 5:07-cv-02822-JF

- 2 -

19994\1354810.1