Douglas R. Young (State Bar No. 073248)
C. Brandon Wisoff (State Bar No. 121930)
Thomas B. Mayhew (State Bar No. 183539)
Helen Dutton (State Bar No. 235558)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dyoung@fbm.com
bwisoff@fbm.com

Attorneys for Defendant
SHARLENE ABRAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No. 5:07-cv-02822 JF<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:    March 14, 2008<br>Time:   9:00 a.m.<br>Dept.:   Courtroom 3, 5th Floor<br>Judge:  Honorable Jeremy D. Fogel<br><br>Date Complaint Filed: May 31, 2007<br>Date Set For Trial: None |

I, Maria T. Zappas declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On October 1, 2007, I caused to be served a copy of the within document(s):

**DEFENDANT SHARLENE ABRAMS' MOTION TO DISMISS (FRCP 12(b)(6)) AND MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e))**

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 5:07-cv-02822-JF

1
19994\1354874.1

**APPENDIX OF UNPUBLISHED CASES IN SUPPORT OF DEFENDANT SHARLENE ABRAMS' MOTION TO DISMISS (FRCP 12(b)(6)) AND MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e))**

**[PROPOSED] ORDER GRANTING DEFENDANT SHARLENE ABRAMS' MOTION TO DISMISS (FRCP 12(b)(6)) AND MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(e))**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

A. David Williams, Esq.
Joseph V. Jest, Esq.
Securities & Exchange Commission
Division of Enforcement
100 F Street, NE
Washington, DC  20549-4010

*Phone:  (202) 551-4548*
*Fax:  (202) 772-9246*
*Email:  williamsdav@sec.com*

*Attorney for Plaintiff SEC*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 5:07-cv-02822-JF
- 2 -
19994\1354874.1

1
2    ☐        State:  I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3    ☒        Federal:  I declare that I am in the office of a member of the bar of this court at whose direction this service was made.
4
5
6    Executed on October 1, 2007, at San Francisco, California.
7
8                                  _____
9                                              Maria T. Zappas
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CERTIFICATE OF SERVICE
Case No. 5:07-cv-02822-JF            - 3 -                                    19994\1354874.1