MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>             Defendants. | Case No. 5:07-cv-02822-JF<br><br>**DECLARATION OF JAMES A. MEYERS IN SUPPORT OF DEFENDANT SUSAN SKAER'S MOTION TO DISMISS COMPLAINT**<br><br>Date:     March 14, 2008<br>Time:     9:00 a.m.<br>Judge:    Honorable Jeremy Fogel<br>Courtroom: 3 |

JAMES A. MEYERS declares pursuant to 28 U.S.C. § 1746:

1.     I am a partner in the law firm Orrick, Herrington & Sutcliffe LLP.  My business address is 3050 K Street, NW, Washington, DC 20007; effective October 15, 2007, my business address will be Columbia Center, 1152 15th Street, Washington, DC 20005.  I am one of the

-1-

1  counsel of record for defendant Susan Skaer in this action, and I am submitting this declaration in support of Ms. Skaer's motion to dismiss the Complaint of plaintiff Securities and Exchange Commission ("SEC").

2. On August 13, 2007, I spoke by telephone with A. David Williams, the lead trial attorney for the SEC in this action. During the course of our conversation, I asked Mr. Williams if he would provide me with a copy of the document described in the second sentence of ¶ 42 of the SEC's Complaint, i.e., what the SEC characterizes as Ms. Skaer's "notes" of a March 1999 Board of Directors meeting of defendant Mercury Interactive, LLC (f/k/a Mercury Interactive, Inc.), which show, according to the SEC, that defendant Sharlene "Abrams shared her knowledge of options accounting with [defendant Amnon] Landan and Skaer" at that meeting. Mr. Williams graciously agreed to my request and, the following day, he sent me via email a copy of the document in .pdf format. A true and correct copy of Mr. Williams' August 14, 2007 email to me and the attachment thereto is attached hereto as Exhibit A.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, understanding and belief.

EXECUTED IN WASHINGTON, D.C. ON OCTOBER 1, 2007.

                                                __/s/ James A. Meyers_____
                                                James A. Meyers