MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>              Defendants. | Case No.  5:07-cv-02822-JF<br><br>**[PROPOSED] ORDER DISMISSING THE COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>Date:         March 14, 2008<br>Time:         9 a.m.<br>Courtroom:  3<br>Judge:        Hon. Jeremy Fogel |

- 2 -

1  Defendant Susan Skaer has filed a Motion to Dismiss the Complaint for failure to
2  state a claim upon which relief can be granted under Federal Rules of Civil Procedure 9 (b) and
3  12(b)(6).  The Court, having reviewed all papers submitted in connection with the objection,
4  hereby ORDERS that Ms. Skaer's Motion is GRANTED and the Complaint is DISMISSED
5  WITHOUT LEAVE TO AMEND.
6  IT IS SO ORDERED.
7  Dated:

_____

JEREMY FOGEL
United States District Judge

- 2 -