MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:     415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>　　　　　Defendants. | Case No.  5:07-cv-02822-JF<br><br>**PROOF OF SERVICE** |

OHS West:260306775.2

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On October 1, 2007, I served the following document(s):

**NOTICE OF MOTION AND MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT SUSAN SKAER'S MOTION TO DISMISS COMPLAINT;**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT SUSAN SKAER'S MOTION TO DISMISS THE SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT;**

**DECLARATION OF JAMES A. MEYERS IN SUPPORT OF DEFENDANT SUSAN SKAER'S MOTION TO DISMISS COMPLAINT; and**

**[PROPOSED] ORDER DISMISSING THE COMPLAINT WITHOUT LEAVE TO AMEND**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Joseph V. Jest
Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549-4010

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2007, at San Francisco, California.

_____
Greta G. Johnson