John D. Cline (State Bar No. 237759)
K.C. Maxwell (State Bar No. 214701)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
E-mail:        jcline@jonesday.com
               kcmaxwell@jonesday.com

Andrew T. Solomon (*Pro Hac Vice*)
Franklin B. Velie (*Pro Hac Vice*)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone:    (212) 660-3000
Facsimile:    (212) 660-3001
E-mail:        asolomon@sandw.com
               fvelie@sandw.com

Attorneys for Defendant
AMNON LANDAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, <br><br> Defendants. | CASE NO. 5:07-CV-02822-JF <br><br> **DECLARATION OF JOHN D. CLINE IN SUPPORT OF DEFENDANT AMNON LANDAN'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** <br><br> Date:    March 14, 2008 <br> Time:    10:30 a.m. <br> Place:   Courtroom 3 <br> Judge:   Honorable Jeremy D. Fogel <br><br> Complaint Filed:   May 31, 2007 <br> Trial Date:    None |

Declaration of John D. Cline in Support of Amnon
Landan's Motion to Dismiss
Case No. 5:07-CV-02822-JF

1    I, John D. Cline, declare and state:

2    1.    I am an attorney duly admitted to practice law before the Bar of this Court, and am

3    a partner with the law firm of Jones Day, counsel of record for defendant Amnon Landan herein.

4    I have personal knowledge of the facts set forth in this declaration, and, if called and sworn as a

5    witness, I could and would testify competently with respect thereto.

6    2.    I respectfully submit this declaration in support of defendant Amnon Landan's

7    Motion to Dismiss the Complaint.

8    3.    Attached as Exhibit 1 is a true and correct copy of Mercury Interactive

9    Corporation's 1989 Stock Option Plan.

10    4.    Attached as Exhibit 2 is a true and correct copy of Mercury Interactive

11    Corporation's 1999 Stock Option Plan.

12    I declare under penalty of perjury that the foregoing is true and correct.

13    Executed this 1st day of October, 2007 at San Francisco, California.

14

15    _____
      JOHN D. CLINE

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of John D. Cline in Support of Amnon
Landan's Motion to Dismiss
Case No. 5:07-CV-02822-JF

1