John D. Cline (State Bar No. 237759)
K.C. Maxwell (State Bar No. 214701)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
E-mail:       jcline@jonesday.com
              kcmaxwell@jonesday.com

Andrew T. Solomon (*Pro Hac Vice*)
Franklin B. Velie (*Pro Hac Vice*)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone:    (212) 660-3000
Facsimile:    (212) 660-3001
E-mail:       asolomon@sandw.com
              fvelie@sandw.com

Attorneys for Defendant
AMNON LANDAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>  vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>               Defendants. | CASE NO. 5:07-CV-02822-JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMNON LANDAN'S MOTION TO DISMISS**<br><br>Date:     March 14, 2008<br>Time:    10:30 a.m.<br>Place:    Courtroom 3<br>Judge:   Honorable Jeremy D. Fogel<br><br>Complaint Filed:  May 31, 2007<br>Trial Date:        None |

1  Upon consideration of Defendant Amnon Landan's Motion to Dismiss and the entire
2  record in this case, it is hereby
3  ORDERED that the motion is GRANTED; and it is further
4  ORDERED that the First Claim for Relief is dismissed with prejudice; and it is further
5  ORDERED that the Second Claim for Relief is dismissed with prejudice.

Dated: _____    _____
THE HONORABLE JEREMY FOGEL
United States District Court