```
Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:      jfacter@shearman.com
            probbins@shearman.com
            egriffen@shearman.com
```

Attorneys for Defendant Douglas Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No.: 5:07-C02822-JF<br><br>Assigned to Hon. Jeremy Fogel<br><br>DECLARATION OF EMILY V. GRIFFEN IN SUPPORT OF DEFENDANT DOUGLAS SMITH'S MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P. 12(B)(6) AND 9(B) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO F.R.C.P. 12(F)<br><br>Date:      March 14, 2008<br>Time:      9:00 a.m.<br>Judge:     Honorable Jeremy Fogel<br>Courtroom: No. 3, 5th Floor |

I, Emily V. Griffen, declare as follows:

1. I am a member of the Bar of the State of California, and am qualified and authorized to appear before this Court. I am an associate with the law firm of Shearman & Sterling LLP, attorneys for Defendant Douglas Smith in the above-captioned matter. I make this declaration in support of Mr. Smith's Motion to Dismiss Complaint Pursuant to F.R.C.P. 12(b)(6) and 9(b) or, In the Alternative, to Strike Pursuant to F.R.C.P. 12(f). I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and, if called to do so, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Initial Disclosures Pursuant to Fed R. Civ. P Rule 26(a)(1), served on Mr. Smith on September 7, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on October 1, 2007, in San Francisco, California.

*[signature]*
Emily V. Griffen

# Exhibit A

```
 1  A. DAVID WILLIAMS (Cal. Bar No. 183854)
    williamsdav@sec.gov
 2  JOSEPH V. JEST (DC Bar No. 412338)
    jestj@sec.gov
 3
    Attorneys for Plaintiff
 4  SECURITIES AND EXCHANGE COMMISSION
    100 F Street, N.E.
 5  Washington, D.C. 20549-4010
    Telephone:  (202) 551-4548 (Williams)
 6  Telecopier: (202) 772-9246 (Williams)
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER<br><br>    Defendants. | Civil Action No. C 07-02822 JF<br><br>**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED R. CIV. P RULE 26(a)(1)** |

Plaintiff Securities and Exchange Commission ("SEC" or the "Commission") makes these initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) based upon the information that is currently reasonably available to it. For purposes of these disclosures, "Mercury" or the "Company" refers to Mercury Interactive, LLC, formerly known as Mercury Interactive, Inc. The SEC reserves the right to supplement and amend these Initial Disclosures should the need arise. As explained at the end of Part B below, the SEC already has made available to all the Defendants certain documents and other tangible things that the SEC may use to support its claims.

PLAINTIFF'S INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1)
SEC v. MERCURY INTERACTIVE, et al., No.
C 07-02822 JF

A.  **Individuals Likely to Have Discoverable Information the SEC May Use to Support Its Claims:**

1.  <u>DEFENDANTS AND COUNSEL</u>

Defendants and counsel have information underlying the facts and claims alleged against them and perhaps other or all the rest of Defendants in the Commission's Complaint. Defendants for whom no contact information is listed can be contacted through their counsel.

    A.  Amon Landan

        a.  Andrew T. Solomon, Esq.
        b.  Frank Velie, Esq.
           Sullivan & Worcester
           1290 Avenue of the Americas
           New York, New York 10104
           Phone: (212) 660-3023 (Solomon)
                     (212) 660-3037 (Velie)

        c.  John D. Cline, Esq.
           Jones, Day
           555 California Street
           26th Floor
           San Francisco, California 94104
           Phone: (415) 875-5812

        d.  John Day (former attorney)

    B.  Sharlene Abrams

        a.  Brandon Wisoff, Esq.
        b.  Doug Young, Esq.
        c.  James C. Mann, Esq.
           Farella, Braun & Martell
           235 Montgomery Street, 17th floor
           San Francisco, California 94104
           Phone: (415) 954-4449 (Wisoff)
                     (415) 954-4992 (Mann)

    C.  Susan Skaer
       117 Pope Street
       Menlo Park, CA 94025
       Phone: (650) 326-8184

        a.  Jim Meyers, Esq.
        b.  Melinda Haag, Esq.
        c.  Amanda Packel, Esq.
           Orrick, Herrington & Sutcliffe, LLP

```
                3050 K Street, N.W.
                Washington, D.C. 20007

                405 Howard Street
                San Francisco, CA 94105

                Phone: (202) 339-8524 (Meyers)
                       (415) 773-5610 (Haag)
                       (415) 7733-5529 (Packel)

        D. Douglas Smith

                a. Patrick D. Robbins, Esq.
                b. Jeffrey S. Facter, Esq.
                   Shearman & Sterling
                   525 Market Street
                   San Francisco, California 94105
                   (415) 616-1210 (Robbins)
                   (415) 616-1205 (Facter)

                c. John Potter, Esq. (former counsel)
                   Quinn Emmanuel, et al.
                   50 California St., 22nd Floor
                   San Francisco CA 94111
```

2.  **MERCURY OUTSIDE DIRECTORS**

The former outside directors of Mercury and counsel have information underlying the facts and claims alleged against all of Defendants in the Commission's Complaint, particularly in regard to claims involving stock option grants.

```
        E. Igal Kohavi
           845 UN Plaza, Apt 51A
           New York, NY 10017
           Phone: (212) 752-3101

        F. Yair Shamir
           10 Amirim Street, POB 2031,
           Savyon 56516
           Israel
           Phone: (972) 535-5444

        G. Giora Yaron
           11 Leshem St., Cluster 11,
           Caesarea, Israel
           Phone: (972) 636-3433

                a. Mark Pomerantz, Esq.
                b. Roberto Fenzi, Esq.
                c. Andrew Goldstein, Esq.
                   Paul, Weiss
                   1285 Avenue of the Americas
                   New York, New York 10019-6064
                   Phone: (212) 373-3010 (Pomerantz)
```

PLAINTIFF'S INITIAL DISCLOSURES          3
PURSUANT TO RULE 26(a)(1)
SEC v. MERCURY INTERACTIVE, et al., No.
C 07-02822 JF

        d. Nancy Kestenbaum, Esq. (former counsel)
           Covington and Burling
           1330 Avenue of the Americas
           New York, NY 10019
           Phone: (212) 841-1125

   H. Brad Boston
   I. Clyde Ostler

### 3. MERCURY EMPLOYEES

These current and former employees of Mercury and counsel for the company have information underlying the facts and claims alleged against all of Defendants in the Commission's Complaint.

   J. Gilbert Pennington (Information related to stock option grants and exercises)
      4105 Glenwood Drive
      Scotts Valley, CA 95006
      Phone: (831) 461-1797

   K. David Kempski (Information related to stock option grants, exercises, earnings management)
      4105 Glenwood Drive
      Scotts Valley, CA 95006
      Phone: (831) 461-1797

   L. Kathy Hawkes (Information related to stock option grants, exercises, earnings management)
      170 Willow Road
      Menlo Park, CA 94205
      Phone: (650) 322-8959

   M. Susie Fregoso (Information related to stock option grants and exercises)
      3273 Trebol Lane
      San Jose, CA
      Phone: (408) 223-6180

   N. Kenneth Klein (Information related to stock option grants, exercises, earnings management)
      6 Beity Lane
      Atherton, CA 94027
      Phone: (650) 364-6540

   O. Jeffrey Albrecht (Information related to stock option grants and exercises)
      424 Paula Ct. Apt. #15
      Santa Clara, CA 95050

   P. Michelle Tomassian (Information related to stock option grants and exercises)

   Q. Trina Serrata (Information related to stock option grants and exercises)

   R. Jeff Loehr (Information related to stock option grants and exercises)

PLAINTIFF'S INITIAL DISCLOSURES           4
PURSUANT TO RULE 26(a)(1)
SEC v. MERCURY INTERACTIVE, et al., No.
C 07-02822 JF

| | |
|---|---|
| S. | David Eshed |
| T. | Anthony Zingale |
| U. | Anne Marie McCauley |
| V. | Heather Chisler |
| W. | Michelle Ahlmann |
| X. | Zoe Carciente |
| Y. | Nina Chellew |
| Z. | Lisa Davidson |
| AA. | Suzanne Gisborn |
| BB. | Adrienne Harrison |
| CC. | Zaida Himes |
| DD. | Fonnie Hui |
| EE. | Rajit Jain |
| FF. | Bonnie Jones |
| GG. | Aimee Knepper |
| HH. | Patricia Lange |
| II. | James Larson |
| JJ. | Maggie Levy-Ranger |
| KK. | Christopher Lochhead |
| LL. | Celeste Malia |
| MM. | Christina Ortega-Brewster |
| NN. | Christian Reed |
| OO. | Jennifer Ruble |
| PP. | Vicki Ryan |
| QQ. | Shelly Schalter |
| RR. | Paul Stearns |
| SS. | Holly Walsh |
| TT. | Larry Wear |

PLAINTIFF'S INITIAL DISCLOSURES          5
PURSUANT TO RULE 26(a)(1)
SEC v. MERCURY INTERACTIVE, et al., No.
C 07-02822 JF

|    |       |                                                                                      |
|----|-------|--------------------------------------------------------------------------------------|
| 1  | UU.   | Gladys White                                                                         |
| 2  | VV.   | Lyman Yip                                                                            |
| 3  | WW.   | Cheryl Schrady (Information related to stock option grants and exercises)            |
| 4  | XX.   | Annie Butte                                                                          |
| 5  | YY.   | Corinne State                                                                        |
| 6  | ZZ.   | Michelle Valentine                                                                   |
| 7  | AAA.  | Leilani Gayles                                                                       |
| 8  | BBB.  | Bryan LeBlanc                                                                        |
| 9  | CCC.  | David Murphy                                                                         |
| 10 | DDD.  | Gregg Hampton                                                                        |
| 11 | EEE.  | Moshe Egert (Information related to stock option grants, European exercises, and earnings management) |
| 13 | FFF.  | Paul Seccombe (Information related to stock option grants, European exercises, and earnings management) |
| 14 | GGG.  | Roxana Bressy (Information related to European exercises)                            |
| 15 | HHH.  | Yuval Scarlat (Information related to stock option exercises)                        |
| 16 | III.  | Jayaram Bhat (Information related to stock option exercises)                         |
| 17 | JJJ.  | Zohar Gilad (Information related to stock option exercises)                          |
| 18 | KKK.  | Aryeh Finegold                                                                       |

### 4. MERCURY SPECIAL COMMITTEE

The counsel to the Special Committee formed by the Mercury Board of Directors has information underlying the facts and claims alleged against all of Defendants in the Commission's Complaint.

    LLL.   Dan Bookin
    MMM. Michael Tubach
    NNN.  Aaron Johnson
            O'Melveny & Meyers
            Embarcadero Center West
            275 Battery Streeet
            San Francisco, CA 94111-3305

## 5. MERCURY'S ATTORNEYS

The counsel to Mercury has information underlying the facts and claims alleged against all of Defendants in the Commission's Complaint.

  OOO. Scott Muller, Esq. (counsel for Mercury)
  PPP. Paul Spagnoletti, Esq.
  QQQ. John B. Gaffney, Esq.
  RRR. Frank Currie, Esq.
    Davis, Polk and Wardwell
    450 Lexington Avenue
    New York, NY 10017
    Phone: (212) 450-4359 (Muller)
    Phone: (212) 450-4577 (Spagnoletti)
    Phone: (212) 450-4225 (Gaffney)

  SSS. David Michaels, Esq.
    Fenwick & West
    555 California Street
    12th Floor
    San Francisco, CA 94104
    (415) 875-2455

## 6. MERCURY'S AUDITORS

The following current and former employees of PriceWaterhouseCoopers have information underlying the facts and claims alleged against all of Defendants in the Commission's Complaint through their work done as Mercury's outside auditors.

  TTT.  John Huber
  UUU.  Mark Caffrey
  VVV.  Steve Meisel
  WWW.  Jack Sum
  XXX.  AJ Singh
  YYY.  Mark Singer
  ZZZ.  Jim French
  AAAA.  Beth Spinarski
  BBBB.  Tina Knauss
  CCCC.  Dan Zwarn

The following individuals from PriceWaterhouseCoopers have information underlying the facts and claims alleged against all of Defendants in the Commission's Complaint through their participation in the investigation of the Mercury Special Committee investigation.

  DDDD.  Don Kintzer
  EEEE.  Kim Wiatrak

    PricewaterhouseCoopers LLP
    150 Almaden Boulevard
    San Jose, CA 95113
    (408) 537-1200

PLAINTIFF'S INITIAL DISCLOSURES    7
PURSUANT TO RULE 26(a)(1)
SEC v. MERCURY INTERACTIVE, et al., No.
C 07-02822 JF

7. <u>OTHER INDIVIDUALS AND ENTITIES</u>

The following current individuals and entities have information underlying the facts and claims alleged against all of Defendants in the Commission's Complaint through their work done as Mercury's outside auditors.

    FFFF.    Michelle Morton
General Counsel Associates
1891 Landings Drive
Mountain View, CA  94043
(650) 428-3900

    GGGG.    Linda E. Amuso
Mellon Human Resources and Investor Solutions (Iquantic-Buck)
525 Market Street, 34th Floor
San Francisco, CA 94105

**B.    Documents the SEC May Use to Support Its Claims**

In compliance with FRCP Rule 26(a)(1)(B), Plaintiff SEC will make available to Defendants for inspection and copying all documents, data compilations and tangible things in its possession, custody or control that were compiled since the beginning of the investigation that led to this civil action, *In the Matter of Mercury Interactive Corp.., HO-10296*, that are not protected attorney work or otherwise privileged, as described in Part C. below. Certain of these materials have previously been made available and are being made available in electronic format today. Remaining documents in both electronic and in paper form are being maintained at the Commission's offices in Washington, D.C.

A description by category of documents being made available today is provided below. All categorical descriptions are general and summary in nature and are not intended to be complete or exhaustive descriptions or inventories of the documents provided under each item.

Documents previously provided and provided in electronic format today:

    A.    Transcripts of investigative testimony from the following individuals:

    a) Sharlene Abrams    November 29, 2005

    b) Jeff Albrecht    March 27, 2006

PLAINTIFF'S INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1)    8
SEC v. MERCURY INTERACTIVE, et al., No.
C 07-02822 JF

```
 1         c)  Suzie Fregoso        January 19, 2006
 2         d)  Kathy Hawkes         January 18 and 19, 2006
 3         e)  David Kempski        April 20, 2006
 4         f)  Kenneth Klein        February 28, 2006
 5         g)  Igal Kohavi          November 22, 2005
 6         h)  Gilbert Pennington   December 21, 2005
 7         i)  Yair Shamir          December 7, 2005
 8         j)  Susan Skaer          June 2, 2005 and December 2, 2005
 9         k)  Doug Smith           November 15, 2005
10         l)  Giora Yaron          December 13, 2005
11     B.  Investigative testimony exhibits, Exhibits 1 through 339.
12     Documents Plaintiff will make available for inspection and copying through production in
13  electronic format:
14     C.  Documents produced by Mercury Interactive, including the following bates numbered
15  documents. Note that beginning and ending Bates numbers are listed by production. Because certain
16  materials had to be re-produced by Mercury for various reasons, certain Bates ranges (and
17  corresponding documents) are duplicative.
```

|    | Beginning Bates     | Ending Bates        |
|----|---------------------|---------------------|
| 1) | MEC_0009541         | MEC_0021812         |
| 2) | MEC_0018743.01      | MEC_0034167         |
| 3) | MEC_0030000         | MEC_0041110         |
| 4) | MEC_0041111         | MEC_0047979         |
| 5) | MEC_0052492         | MEC_0053267         |
| 6) | MEC_0006769         | MEC_0009540         |
| 7) | MEC_0331279         | MEC_0342670         |
| 8) | MEC_0089989         | MEC_0092401         |
| 9) | MEC_0082734         | MEC_0085768         |
| 10)| MEC_0342675         | MEC_0343389         |
| 11)| MEC_0126630         | MEC_0204663         |
| 12)| MEC_0080917         | MEC_0081577         |
| 13)| MEC_0092015.01      | MEC_0092243.02      |
| 14)| MEC_0343466         | MEC_0343466         |
| 15)| MEC_GP3_00000001    | MEC_GP3_00017594    |
| 16)| MEC_0276543         | MEC_0814738         |
| 17)| MEC_0814739         | MEC_0814745         |
| 18)| MEC_YS2_00000001    | MEC_YS2_00033917    |
| 19)| MEC_AL3_00034194    | MEC_AL3_00051535    |

PLAINTIFF'S INITIAL DISCLOSURES                    9
PURSUANT TO RULE 26(a)(1)
SEC v. MERCURY INTERACTIVE, et al., No.
C 07-02822 JF

| # | Begin | End |
|---|---|---|
| 20) | MEC0938408 | MEC0939133 |
| 21) | MEC DK2_00000001 | MEC DK2_00007957 |
| 22) | MEC FH2_00630785 | MEC FH2_01017348 |
| 23) | MEC ZG2_00048946 | MEC ZG2_00126070 |
| 24) | MEC FH2_00000456 | MEC FH2_00583333 |
| 25) | MEC KH2_00000001 | MEC KH2_00585653 |
| 26) | MEC MA2_00000571 | MEC MA2_00173203 |
| 27) | MEC LY2_00001228 | MEC LY2_00549189 |
| 28) | MEC BJ2_00000001 | MEC BJ2_00135552 |
| 29) | MEC AL2_00000001 | MEC AL2_00216123 |
| 30) | MEC DS2_00073159 | MEC DS2_00263912 |
| 31) | MEC LG2_00012111 | MEC LG2_00032636 |
| 32) | MEC AB2_00039353 | MEC AB2_00046912 |
| 33) | MEC VB2_00000001 | MEC VB2_00001028 |
| 34) | MEC ZH2_00004547 | MEC ZH2_00093418 |
| 35) | MEC ML2_00000001 | MEC ML2_00026670 |
| 36) | MEC CR2_00052796 | MEC CR2_00060318 |
| 37) | MEC SS2_00011554 | MEC SS2_00120832 |
| 38) | MEC JR2_00017097 | MEC JR2_00142761 |
| 39) | MEC SF2_00000001 | MEC SF2_00175586 |
| 40) | MEC KK2_00000001 | MEC KK2_00661541 |
| 41) | MEC KK2_00032874 | MEC KK2_00358417 |
| 42) | MEC KH2_00285036 | MEC KH2_00762286 |
| 43) | MEC DK2_00000001 | MEC DK2_00027807 |
| 44) | MEC GW2_00059236 | MEC GW2_00097576 |
| 45) | MEC AK2_00020483 | MEC AK2_00020823 |
| 46) | MEC COB2_00025082 | MEC COB2_00027466 |
| 47) | MEC ZG2_00000001 | MEC ZG2_00048926 |
| 48) | MEC AL3_00000001 | MEC AL3_00034193 |
| 49) | MEC GH2_00045427 | MEC GH2_00046680 |
| 50) | MEC DM2_00014061 | MEC DM2_00014819 |
| 51) | MEC VB2_00001788 | MEC VB2_00001951 |
| 52) | MEC ZG2_00126071 | MEC ZG2_00159604 |
| 53) | MEC CM2_00000001 | MEC CM2_00060887 |
| 54) | MEC_0787773 | MEC_0812463 |
| 55) | MEC BL2_00000001 | MEC BL2_00035335 |
| 56) | MEC_0812468 | MEC_0812471 |
| 57) | MEC KK3_00000001 | MEC KK3_00007678 |
| 58) | MEC VR2_00104336 | MEC VR2_00119070 |
| 59) | MEC VR2_00119071 | MEC VR2_00135160 |
| 60) | MEC RJ2_00000001 | MEC RJ2_00272286 |
| 61) | MEC VR2_00000001 | MEC VR2_00104335 |
| 62) | MEC AZ2_00010901 | EC AZ2_00012704 |
| 63) | MEC AB2_00039353 | MEC AB2_00073357 |
| 64) | MEC AH2_00012214 | MEC AH2_00013470 |
| 65) | MEC LG2_00032637 | MEC LG2_00056773 |
| 66) | MEC DS2_00000001 | MEC DS2_00073158 |
| 67) | MEC CS2_00000027 | MEC CS2_00002066 |
| 68) | MEC0939141 | MEC0939211 |
| 69) | MEC_0352069 | MEC_0352090 |
| 70) | MEC_0351987 | MEC_0352049 |
| 71) | MEC_0343545 | MEC_0351973 |
| 72) | MEC_0343397 | MEC_0343408 |
| 73) | MEC SA2_00000001 | MEC SA2_00089685 |
| 74) | MEC_0352227 | MEC_0373476 |

| # | Begin | End |
|---|---|---|
| 75) | MEC_0373481 | MEC_0380818 |
| 76) | MEC_BJ3_00000001 | MEC_BJ3_00000432 |
| 77) | MEC_SG3_00000001 | MEC_SG3_00000067 |
| 78) | MEC_LD3_00000022 | MEC_LD3_00000587 |
| 79) | MEC_DS3_00000001 | MEC_DS3_00005952 |
| 80) | MEC_KH3_00020201 | MEC_KH3_00033290 |
| 81) | MEC_KH3_00000001 | MEC_KH3_00020200 |
| 82) | MEC_SF3_00044268 | MEC_SF3_00068410 |
| 83) | MEC_0941535 | MEC_0941699 |
| 84) | MEC_0941007 | MEC_0941534 |
| 85) | MEC_JA3_00000001 | MEC_JA3_00025013 |
| 86) | MEC_AB3_00000001 | MEC_AB3_00005300 |
| 87) | MEC_CDS2_00012083 | MEC_ZH2_00093419 |
| 88) | MEC_AB2_00152593 | MEC_AB2_00222344 |
| 89) | MEC_AB2_00222345 | MEC_AB2_00254843 |
| 90) | MEC_AB2_00299327 | MEC_AH2_00023805 |
| 91) | MEC_AB2_00299327 | MEC_AH2_00023805 |
| 92) | MEC_0939414 | MEC_0940689 |
| 93) | MEC_AH2_00023806 | MEC_AK1_00033787 |
| 94) | MEC_AH2_00023806 | MEC_AK1_00033787 |
| 95) | MEC_0948335 | MEC_0948402 |
| 96) | MEC_LY2_00000001 | MEC_MV2_00014089 |
| 97) | MEC_CDS2_00012083 | MEC_ZH2_00093419 |
| 98) | MEC_0948403 | MEC_0950271 |
| 99) | MEC_COB3_00000001 | MEC_COB3_00004943 |
| 100) | MEC_SS3_00075886 | MEC_SS3_00088495 |
| 101) | MEC_CDS3_00062737 | MEC_CDS3_00065830 |
| 102) | MEC_SSC3_00002547 | MEC_SSC3_00002632 |
| 103) | MEC_YS3_00000001 | MEC_YS3_00017999 |
| 104) | MEC_VR3_00017961 | MEC_VR3_0005301 |
| 105) | MEC_DS3_00005957 | MEC_DS3_00026522 |
| 106) | MEC_GP3_00022875 | MEC_GP3_00023999 |
| 107) | MEC_LW3_00004404 | MEC_LW3_00005827 |
| 108) | MEC_DM3_00000001 | MEC_DM3_00026234 |
| 109) | MEC_CL3_00005436 | MEC_CL3_00005508 |
| 110) | MEC_ME2_00045220 | MEC_ME2_00055677 |
| 111) | MEC_MV3_00005498 | MEC_MV3_00005930 |
| 112) | MEC_ME2_00037487 | MEC_ME2_00045219 |
| 113) | MEC_ME2_00065159 | MEC_ME2_00081136 |
| 114) | MEC_CR3_00009110 | MEC_CR3_00017469 |
| 115) | MEC_GW3_00000001 | MEC_GW3_00000322 |
| 116) | MEC_LY3_00037708 | MEC_LY3_00078009 |
| 117) | MEC_ME2_00081137 | MEC_ME2_00089789 |
| 118) | MEC_AZ3_00000001 | MEC_AZ3_00005721 |
| 119) | MEC_LY3_00000001 | MEC_LY3_00037707 |
| 120) | MEC_LY3_00000001 | MEC_LY3_00037707 |
| 121) | MEC_RJ2_00274323 | MEC_RJ2_00440689 |
| 122) | MEC_RJ2_00274323 | MEC_RJ2_00440689 |
| 123) | MEC_RJ2_00274323 | MEC_RJ2_00440689 |
| 124) | MEC_HW3_00008538 | MEC_HW3_00009233 |
| 125) | MEC_HC3_00000210 | MEC_HC3_00003984 |
| 126) | MEC_SA3_00000001 | MEC_SA3_00011761 |
| 127) | MEC_JA3_00057621 | MEC_JA3_00058009 |
| 128) | MEC_VB3_00000001 | MEC_VB3_00000060 |
| 129) | MEC_AB3_00014245 | MEC_AB3_00091430 |

| | | |
|---|---|---|
| 130) | MEC JR3_00001816 | MEC JR3_00006952 |
| 131) | MEC NC3_00009594 | MEC NC3_00047489 |
| 132) | MEC ML3_00002232 | MEC ML3_00003248 |
| 133) | MEC LD3_00001204 | MEC LD3_00004092 |
| 134) | MEC SF3_00071682 | MEC SF3_00079202 |
| 135) | MEC LG3_00000001 | MEC LG3_00000125 |
| 136) | MEC ZG3_00000001 | MEC ZG3_00006135 |
| 137) | MEC SG3_00011455 | MEC SG3_00032699 |
| 138) | MEC GH3_00000001 | MEC GH3_00048850 |
| 139) | MEC AL3_00053192 | MEC AL3_00055712 |
| 140) | MEC BL3_00008846 | MEC BL3_00010456 |
| 141) | MEC ZC3_00000001 | MEC ZC3_00000773 |
| 142) | MEC KH3_00037451 | MEC KH3_0009 |
| 143) | MEC JL3_00087190 | MEC JL3_00090728 |
| 144) | MEC PL3_00008083 | MEC PL3_00009829 |
| 145) | MEC AK3_00000001 | MEC AK3_00002891 |
| 146) | MEC KK3_00008359 | MEC KK3_00019045 |
| 147) | MEC BJ3_00000435 | MEC BJ3_00000607 |
| 148) | MEC RJ3_00000001 | MEC RJ3_00004465 |
| 149) | MEC FH3_00028513 | MEC FH3_00064045 |
| 150) | MEC ZH3_00000577 | MEC ZH3_00000973 |
| 151) | MEC ME2_00000001 | MEC ME2_00037486 |
| 152) | MEC DS2_00264046 | MEC DS2_00342079 |
| 153) | MEC MV2_00014090 | MEC MV2_00133713 |
| 154) | MEC ZC2_00023371 | MEC ZC2_00262742 |
| 155) | MEC RJ2_00440690 | MEC RJ2_00538537 |
| 156) | MEC SF2_00175587 | MEC SF2_00613076 |
| 157) | MEC SS2_00120838 | MEC SS2_00229428 |
| 158) | MEC COB2_00027467 | MEC COB2_00126156 |
| 159) | MEC AH2_00013504 | MEC AH2_00030016 |
| 160) | MEC AB2_00152593 | MEC AB2_00369039 |
| 161) | MEC AK2_00020912 | MEC AK2_00110532 |
| 162) | MEC GH2_00046681 | MEC GH2_00509521 |
| 163) | MEC JBL2_00029428 | MEC JBL2_00743294 |
| 164) | MEC DM2_00014820 | MEC DM2_00075060 |
| 165) | MEC KK2_00358418 | MEC KK2_00700946 |
| 166) | MEC JR2_00142762 | MEC JR2_00217504 |
| 167) | MEC LD2_00010620 | MEC LD2_00040251 |
| 168) | MEC KH2_00778486 | MEC KH2_01082506 |
| 169) | MEC VR2_00139636 | MEC VR2_00253545 |
| 170) | MEC BJ2_00000001 | MEC BJ2_00135552 |
| 171) | MEC AL2_00216124 | MEC AL2_00326362 |
| 172) | MEC PL2_00017411 | MEC PL2_00020754 |
| 173) | MEC JBL2_00512277 | MEC JBL2_00612373 |
| 174) | MEC BL1_00000002 | MEC JBL2_00612373 |
| 175) | MEC ML2_00000001 | MEC ML2_00023902 |
| 176) | MEC CL2_00009128 | MEC CL2_00045342 |
| 177) | MEC LY2_00029718 | MEC LY2_00549189 |
| 178) | MEC CR2_00112367 | MEC CR2_00175305 |
| 179) | MEC HW2_00018354 | MEC HW2_00083385 |
| 180) | MEC GW2_00059236 | MEC GW2_00076842 |
| 181) | MEC FH2_00000456 | MEC FH2_01017317 |
| 182) | MEC DM2_00075061 | MEC DM2_00268857 |
| 183) | MEC VB2_00001029 | MEC VB2_00001787 |
| 184) | MEC DK2_00029043 | MEC DK2_00074296 |

```
185)  MEC JL2_00000001     MEC JL2_00008074
186)  MEC JA2_00000001     MEC JA2_00010046
187)  MEC MA2_00000587     MEC MA2_00173202
188)  MEC AB2_00073358     MEC AB2_00152592
189)  MEC KK2_00000001     MEC KK2_00921153
190)  MEC PS1_00000013     MEC PS1_00043056
191)  MEC LG2_00058648     MEC LG2_00084068
192)  MEC ZG2_00048948     MEC ZG2_00126070
193)  MEC SG2_00017066     MEC SG2_00107939
194)  MEC GH1_00021022     MEC GH1_00124994
195)  MEC KH2_00767608     MEC KH2_01449141
196)  MEC ZH2_00093420     MEC ZH2_00110551
197)  MEC ML2_00060848     MEC ML2_00066689
198)  MEC 0975491          MEC 0975628
199)  MEC 0975629          MEC 0977709
200)  MEC 0975629          MEC 0977709
201)  1029                 MEC ZC2_00262742
202)  MEC AK1_00000001     MEC YS1_00173295
203)  MEC AK2_00111785     MEC YS2_00131174
204)  MEC CDS2_00027358    MEC DS2_00364611
205)  MEC BL2_00136262     MEC PL2_00020787
206)  MEC GH2_00509522     MEC ZG2_00168017
207)  MEC AB2_00369041     MEC ZH3_00000576
```

D. Documents produced by PriceWaterhouse Coopers, Bates numbered PwC 1 through 69765.

E. Documents produced by Mellon/iQuantic Buck, Bates numbered 1 through 2696.

F. Documents produced by Amnon Landan, Bates numbered AL 10001-1000120.

G. Documents produced by Susan Skaer, Bates numbered SS 1 through 3224.

H. Documents produced by Douglas Smith, Bates numbered DPS 1 through 460.

I. Documents produced by Giora Yaron, Bates numbered SECYAR 1 through 5913.

J. Documents produced by Igal Kohavi, Bates numbered SECKOH 1 through 231.

K. Documents produced by Yair Shamir, Bates numbered SECSHA 1 through 4160.

L. Documents produced by Jeff Albrecht, Bates numbered JA 1 through 40.

M. Documents produced by Jayaram Bhat, non-Bates numbered, a copy of a Section 83(b) election letter and a 1998 calendar/planning notebook.

N. Documents produced by Kathy Hawkes, including documents Bates numbered CH 1 through 3369, and other various documents regarding Mercury options, account statements and hundreds of pages handwritten meeting notes.

O. Documents produced by Kenneth Klein, Bates numbered KK 1 through 5806.

P. Documents produced by David Kempski, non-Bates numbered, including tax documents and account statements.

Q. Documents produced by Suzie Fregoso, non-Bates numbered.

R. Documents produced by Gil Pennington, Bates numbered GP 1 through 313.

S. Documents produced by the Special Committee of the Mercury Board.

C. **Rule 26(b)(5) Statement of Privileged Items**

Pursuant to FRCP 26(b)(5), the Commission below identifies the nature of documents, data compilations and tangible things otherwise discoverable under FRCP 26(a)(1)(B) that are being withheld on grounds of the attorney work product protection and/or the deliberative process, law enforcement, and/or attorney client privileges. These materials not being produced exist in electronic and/or paper at the Commission's offices in Washington, D.C.

1. Communications among members of the staff of the Commission conducted during the Commission's investigation and/or in preparation for litigation.
2. Attorney work product prepared by the staff of the Commission during the Commission's investigation and/or in preparation for litigation including, but not limited to, the following:
    a. results of legal or other research, including internet-based searches, and legal memoranda;
    b. draft correspondence;
    c. analysis of securities trading;
    d. documents created by the staff of the Commission in preparation for conversations with persons outside of the Commission, including SEC investigative testimony or interviews;
    e. notes of conversations involving members of the staff of the Commission;
    f. copies of documents already being produced to Defendants in Part B above, but which were grouped and/or marked by members of the staff of the Commission;
    g. List of Testimonial Exhibits and other document indexes.

3. Communications between the staff of the Commission and the law enforcement agencies and officials listed below made in furtherance of the Commission's investigation and/or otherwise in preparation for litigation.
    i. attorneys for the United States Attorneys Office;
    ii. Special Agents with the Federal Bureau of Investigation.

D. **Calculation of Requested Monetary Relief**

This SEC enforcement action is not an action for money damages, but rather seeks disgorgement, equitable relief and a civil money penalty. By its complaint, the Commission has alleged that the defendants have profited through a fraudulent scheme involving the backdating of stock options and other conduct.

The Commission will calculate any appropriate disgorgement amount by determining the amount of money that each defendant obtained from stock option grants that were exercised with exercise prices less than the fair market value of the company's stock on the date of grant, with the measure of disgorgement being the difference between the proceeds obtained and the proceeds that the Defendants would have obtained had the options been priced at the fair market value of the company's stock on the date of grant.

In addition, the Commission will seek disgorgement of the portion of the proceeds of all Mercury equity sales during the period of the conduct by each of the Defendants which represent ill-gotten gains. The portion of stock sale proceeds that represent ill-gotten gains are the portion of the proceeds that coincide with the extent to which the price of Mercury stock was inflated as a result of the fraudulent scheme. By the Commission's calculation, the price of Mercury stock was inflated by 24% during the period of the fraud.

Finally, the Commission will seek disgorgement of ill-gotten gains by Defendants who are alleged to have backdated stock option exercises, in order to minimize taxable gain upon exercise.

PLAINTIFF'S INITIAL DISCLOSURES           15
PURSUANT TO RULE 26(a)(1)
SEC v. MERCURY INTERACTIVE, et al., No.
C 07-02822 JF

This measure of disgorgement will be determined by the difference in actual tax liability of the Defendants and the tax liability of the Defendants had the exercise date been correctly reported.

As to Defendants Landan and Smith, the Commission also seeks repayment of all bonuses earned, or Mercury stock sale or stock option exercise profits received after November 12, 2002, the date of filing of Mercury's Form 10-Q for the third quarter of 2002, pursuant to Section 304 of the Sarbanes-Oxley Act of 2002.

Dated: September 7, 2007

Respectfully submitted,

*/s/ A. David Williams*

A. David Williams
Securities And Exchange Commission