John D. Cline (State Bar No. 237759)
K.C. Maxwell (State Bar No. 214701)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
E-mail:        jcline@jonesday.com
               kcmaxwell@jonesday.com

Andrew T. Solomon (*Pro Hac Vice*)
Franklin B. Velie (*Pro Hac Vice*)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone:    (212) 660-3000
Facsimile:    (212) 660-3001
E-mail:        asolomon@sandw.com
               fvelie@sandw.com

Attorneys for Defendant
AMNON LANDAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | **CASE NO. 5:07-CV-02822-JF**<br><br>**DEFENDANT AMNON LANDAN'S JOINDER IN DEFENDANT SHARLENE ABRAMS'S MOTION PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(f)**<br><br>Date:      March 14, 2008<br>Time:      10:30 a.m.<br>Place:     Courtroom 3<br>Judge:     Honorable Jeremy D. Fogel<br><br>Complaint Filed:  May 31, 2007<br>Trial Date:        None |

1    Defendant Amnon Landan hereby joins in Defendant Sharlene Abrams's motion pursuant

2    to Rules 12(b)(6), 9(b), and 12(e) of the Federal Rules of Civil Procedure for an order dismissing

3    the First, Second, Third, Fourth, Fifth, Seventh, and Eighth claims by Plaintiff Securities and

4    Exchange Commission, and dismissing or striking the claim for injunctive relief.  For the reasons

5    set forth in Ms. Abrams' motion, Mr. Landan is likewise entitled to an order dismissing and/or

6    striking those claims against him with prejudice and without leave to amend.

7    Dated: October 2, 2007                    Respectfully submitted,

8                                              JONES DAY

9

10                                            By:____/s/ John D. Cline_____
                                                   John D. Cline
11
                                              Attorneys for Defendant
12                                            AMNON LANDAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
)  ss.
**COUNTY OF SAN FRANCISCO** )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

On **October 2, 2007,** I served: **DEFENDANT AMNON LANDAN'S JOINDER IN DEFENDANT SHARLENE ABRAMS'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6), 9(b) AND 12(f)** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> **Joseph V. Vest**
> **Securities and Exchange Commission**
> **100F Street NE**
> **Washington, DC 20549-4010**

**[X]    BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]    VIA FACSIMILE TRANSMISSION:** I caused such document to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the party(ies) listed on the attached service list prior to 5:00 p.m. on the date specified above. The facsimile machine I used was in compliance with California Rule of Court 2003(3) and the transmission was reported as complete and without error. Pursuant to California Rule of Court 2208(e)(4), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine, and a copy of the transmission report is attached hereto. The parties have agreed in writing to service of the document listed above by facsimile.

**[ ]    VIA E-MAIL:** I electronically transmitted such document(s) to the above listed party(ies) at the e-mail address(es) provided on the date specified above.

**[ ]    BY PERSONAL SERVICE:** I delivered such envelope to the offices of the addressee(s) with delivery time prior to 5:00 p.m. on the date specified above.

**[ ]    STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[X]    FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 2, 2007,** at San Francisco, California.

_Tonette M. Danowski_
TONETTE M. DANOWSKI

Defendant Amnon Landan's Joinder
in Defendant Sharlene Abrams's Motion
Case No. 5:07-CV-02822-JF