John D. Cline (State Bar No. 237759)
K.C. Maxwell (State Bar No. 214701)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:      (415) 626-3939
Facsimile:      (415) 875-5700
E-mail:         jcline@jonesday.com
                kcmaxwell@jonesday.com

Andrew T. Solomon (*Pro Hac Vice*)
Franklin B. Velie (*Pro Hac Vice*)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone:      (212) 660-3000
Facsimile:      (212) 660-3001
E-mail:         asolomon@sandw.com
                fvelie@sandw.com

Attorneys for Defendant
AMNON LANDAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | **CASE NO. 5:07-CV-02822-JF**<br><br>**PROOF OF SERVICE**<br><br>Date:     March 14, 2008<br>Time:     10:30 a.m.<br>Place:    Courtroom 3<br>Judge:    Honorable Jeremy D. Fogel<br><br>Complaint Filed:  May 31, 2007<br>Trial Date:       None |

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA     )

3                               )    ss.

COUNTY OF SAN FRANCISCO )

4

     I am employed in the aforesaid County, State of California; I am over the age of eighteen years
5 and not a party to the within entitled action; my business address is: **555 California Street, 26th
Floor, San Francisco, California 94104-1500.**

6

     On **October 1, 2007,** I served:

7

    **1.**     **NOTICE OF MOTION AND MOTION OF DEFENDANT AMNON
8              LANDAN TO DISMISS AND MOTION FOR A MORE DEFINITE
             STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN
9              SUPPORT THEREOF**

10     **2.**     **DECLARATION OF JOHN D. CLINE IN SUPPORT OF DEFENDANT
             AMNON LANDAN'S MOTION TO DISMISS OR, IN THE
11              ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

12     **3.**     **[PROPOSED] ORDER GRANTING DEFENDANT AMNON LANDAN'S
             MOTION TO DISMISS**

13

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed
14 envelope, addressed as follows:

15          **Joseph V. Vest
         Securities and Exchange Commission
16          100F Street NE
         Washington, DC 20549-4010**

17

**[X]**    **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The
18        envelope was mailed with postage thereon fully prepaid.
       As follows: I am "readily familiar" with the firm's practice of collection and processing
19        correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on
       that same day with postage thereon fully prepaid at San Francisco, California in the ordinary
20        course of business. I am aware that on motion of the party served, service is presumed invalid if
       postal cancellation date or postage meter date is more than one day after date of deposit for
21        mailing in affidavit.

22 **[ ]**    **VIA FACSIMILE TRANSMISSION:** I caused such document to be transmitted from
       facsimile number (415) 875-5700 to the facsimile machine(s) of the party(ies) listed on the
23        attached service list prior to 5:00 p.m. on the date specified above. The facsimile machine I used
       was in compliance with California Rule of Court 2003(3) and the transmission was reported as
24        complete and without error. Pursuant to California Rule of Court 2208(e)(4), I caused a copy of
       the transmission report to be properly issued by the transmitting facsimile machine, and a copy of
25        the transmission report is attached hereto. The parties have agreed in writing to service of the
       document listed above by facsimile.

26

**[ ]**    **VIA E-MAIL**: I electronically transmitted such document(s) to the above listed
27        party(ies) at the e-mail address(es) provided on the date specified above.

28

PROOF OF SERVICE
CASE NO. 5:07-CV-02822-JF

1  [ ]  **BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express
2       drop slot for service by Federal Express. I am "readily familiar" with the firm's practice of
         collection and processing correspondence for mailing. Under that practice it would be
3        deposited with Federal Express on that same day at San Francisco, California in the
         ordinary course of business. I am aware that on motion of the party served, service is
4        presumed invalid if service is more than one day after date of deposit for express service
         in affidavit.

5  [ ]  **BY PERSONAL SERVICE:** I delivered such envelope to the offices of the addressee(s) with
        delivery time prior to 5:00 p.m. on the date specified above.
6
7  [ ]  **STATE** I declare under penalty of perjury under the laws of the State of California that the
        foregoing is true and correct.

8  [X]  **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at
        whose direction the service was made.

9
10      Executed on **October 1, 2007**, at San Francisco, California.

11      _Tonette M. Danowski_
12                    TONETTE M. DANOWSKI

13
        SFI-570897v1
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28