1  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   jmeyers@orrick.com
3  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
4  M. TODD SCOTT (STATE BAR NO. 226885)
   tscott@orrick.com
5  LUCY E. BUFORD (STATE BAR NO. 244885)
   lbuford@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    415-773-5700
   Facsimile:    415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No.  5:07-cv-02822-JF<br><br>**NOTICE OF CHANGE OF ADDRESS FOR JAMES MEYERS OF ORRICK, HERRINGTON & SUTCLIFFE, LLP**<br><br>Judge:    Hon. Jeremy Fogel |
|---|---|

TO THE COURT, PARTIES AND COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that the Washington, D.C. address for James Meyers of Orrick, Herrington & Sutcliffe LLP, counsel for Defendant Susan Skaer, has changed from:

Washington Harbour
3050 K Street, NW
Suite 200
Washington, D.C. 20007

TO:

Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

The telephone, facsimile and email addresses remain the same. Please update your records accordingly.

Dated: November 6, 2007                MELINDA HAAG
                                       JAMES N. KRAMER
                                       M. TODD SCOTT
                                       LUCY E. BUFORD
                                       JAMES MEYERS
                                       Orrick, Herrington & Sutcliffe LLP


                                       /s/ Melinda Haag
                                       MELINDA HAAG
                                       Attorneys for Defendant
                                       SUSAN SKAER

OHS West:260333025.1                - 2 -

NOTICE OF CHANGE OF ADDRESS (5:07-CV-02822-JF)