A. DAVID WILLIAMS (Cal. Bar No. 183854) (williamsdav@sec.gov )
JOSEPH V. JEST (DC Bar No. 412338) (jestj@sec.gov )
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20901-4010
Telephone: (202) 551-4548 (Williams)
Fax: (202) 972-9246 (Williams)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, et al.<br><br>Defendants. | Case No. C-07-2822 JF<br><br>**APPENDIX OF UNPUBLISHED CASES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO LANDAN'S, ABRAMS, SMITH'S AND SKAER'S MOTION TO DISMISS**<br><br>Date:   March 14, 2008<br>Time:   9:00 am<br>Courtroom No. 3, 5th Floor<br>Judge: Hon. Jeremy Fogel |

**UNPUBLISHED CASES**

TAB

S.E.C. v. First California Capital Markets Group, Inc., No. C-97-02761-CRB (N.D. Cal. July 30, 1998) .......................................................................................... A

SEC v. Richie, No. EDCV 06-63-VAP (C.D. Cal. May 9, 2006) ...................................... B

SEC v. Cotton, No. SACV 06-0905-AG (C. D. Cal. December 21, 2006) ........................ C

DATED: December 3, 2007

Respectfully submitted,

s/ David Williams____________________

A. David Williams
Joseph V. Jest
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20901-4010
Telephone: (202) 551-4548 (Williams)
Fax: (202) 972-9246 (Williams)

2

Appendix of Unpublished Cases In Support of SEC's Opposition to Landan, Abrams, Smith and Skaer's Motion to Dismiss
Case No. 5:07-CV-2822 JF