MELINDA HAAG (STATE BAR NO. 132612)
JAMES N. KRAMER (STATE BAR NO. 154709)
JAMES A. MEYERS (STATE BAR NO. 358737)
M. TODD SCOTT (STATE BAR NO. 226885)
LUCY E. BUFORD (STATE BAR NO. 244885)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No. 5:07-cv-02822-JF<br><br>**APPENDIX OF AUTHORITY NOT PUBLISHED IN OFFICIAL REPORTERS IN SUPPORT OF DEFENDANT SUSAN SKAER'S MOTION TO DISMISS COMPLAINT**<br><br>Date:<br>Time:<br>Judge:   Honorable Jeremy Fogel<br>Courtroom: 3 |

**APPENDIX OF UNPUBLISHED AUTHORITY**

**CASES**  **EXHIBIT**

In re Albert Glenn Yesner,
No. 3-9586, 2001 WL 587989 (Init. Dec. May 22, 2001) ...........................................................1

In re Astea Intern, Inc. Sec. Litig.,
No. 06-1467, 2007 WL 2306586 (E.D. Pa. Aug. 9, 2007) ..........................................................2

In re ESS Tech., Inc. Sec. Litig.,
No. C-02-04497 RMW, 2004 WL 3030058 (N.D. Cal. Dec. 1, 2004) ........................................3

In re Mercury Interactive Corp. Sec. Litig.,
No. C 05-3395 JF (PVT), 2007 WL 2209278 (N.D. Cal. July 30, 2007) ...................................4

In re Meris Labs, Inc.,
No. 3-8484, 1994 WL 523841 (SEC Sept. 26, 1994) .................................................................5

In re Syncor Int'l Corp. Sec. Litig.,
No. 05-55748, 2007 WL 1729968 (9th Cir. June 12, 2007) .......................................................6

In re Tibco Software, Inc.,
No. C 05-2146 SBA, 2006 WL 1469654 (N.D. Cal. May 25, 2006) ..........................................7

SEC v. Baxter,
No. C-05-03843 RMW, 2007 WL 2013958 (N.D. Cal. July 11, 2007) ......................................8

SEC v. Lucent Techs. Inc.,
No. Civ. 04-2315(WHW), 2005 WL 1206841 (D.N.J. May 20, 2005) ......................................9

SEC v. Parnes,
No. 01 CIV 0763 LLS THK, 2001 WL 1658275 (S.D.N.Y. Dec. 26, 2001) ............................10

SEC v. Roanoke Tech. Corp.,
No. 6:05-cv-1880-Orl-31KRS, 2006 WL 2470329 (M.D. Fla. Aug. 24, 2006) ........................11

SEC v. Todd,
No. 03CV2230 BEN (WMc), 2007 WL 1574756 (S.D. Cal. May 30, 2007) ...........................12