1  MELINDA HAAG (STATE BAR NO. 132612)
   JAMES N. KRAMER (STATE BAR NO. 154709)
2  M. TODD SCOTT (STATE BAR NO. 226885)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:    +1-415-773-5700
5  Facsimile:    +1-415-773-5759
   Email:     mhaag@orrick.com
6  Email:     jkramer@orrick.com
   Email:     tscott@orrick.com
7
   Attorneys for Defendant
8  SUSAN SKAER

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  SECURITIES AND EXCHANGE              Case No.  5:07-cv-02822-JF
    COMMISSION,
15                                       **APPENDIX OF AUTHORITY NOT
            Plaintiff,                   PUBLISHED IN OFFICIAL
16                                       REPORTERS IN SUPPORT OF
        v.                               DEFENDANT SUSAN SKAER'S
17                                       REPLY IN SUPPORT OF MOTION
    MECURY INTERACTIVE, LLC              TO DISMISS**
18  (F/K/MERCURY INTERACTIVE, INC.),
    AMNON LANDAN, SHARLENE
19  ABRAMS, DOUGLAS SMITH and SUSAN
    SKAER,
20
            Defendants.
21

22

23

24

25

26

27

28

1        **APPENDIX OF UNPUBLISHED AUTHORITY**

2   **CASES**                                                    **EXHIBIT**

3   *In re Ditech Networks,*
    No. C 06-5157 JF, 2007 WL 2070300 (N.D. Cal. July 16, 2007) ...........................................1
4

5   *In re Enron Corp. Sec. Deriv. & "ERISA" Litig.,*
    No. MDL-1446, 2005 WL 3704688 (S.D. Tex. Dec. 5, 2005) ..................................................2

6   *In re Ess Tech., Inc. Sec. Litig.,*
    No. C-02-04497 RMW, 2004 WL 3030058 (N.D. Cal. 2004) ..................................................3
7

8   *SEC v. Collins & Aikman Corp.,*
    No. 07 Civ. 2419(SAS), 2007 WL 4480025 (S.D.N.Y. Dec. 21, 2007) ...................................4

9   *SEC v. Lucent Techs., Inc.,*
    No. Civ. 04-2315(WHW), 2005 WL 1206841 (D.N.J. May 20, 2005) ...................................5
10

11  *SEC v. Morris,*
    No. Civ.A. H-04-3096, 2005 WL 2000665 (S.D. Tex. Aug. 18, 2005) ...................................6

12  *SEC v. Todd,*
    No. 03CV2230 BEN (WMc), 2007 WL 1574756 (S.D. Cal. May 30, 2007) ..........................7
13

14  *SEC v. Yuen,*
    No. CV 03-4376  MRP (PLAx), 2006 U.S. Dist. LEXIS 33938 (C.D. Cal. March 16,
        2006) ..............................................................................................................................8
15

16  *Weiss v. Amkor Tech., Inc.,*
    No. CV 07-0278-PHX-PGR, 2007 WL 2808224 (D. Ariz. Sept. 25, 2007) ...........................9

17

18

19

20

21

22

23

24

25

26

27

28