1  John D. Cline (State Bar No. 237759)
   K.C. Maxwell (State Bar No. 214701)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104-1500
   Telephone:   (415) 626-3939
4  Facsimile:   (415) 875-5700
   E-mail:      jcline@jonesday.com
5               kcmaxwell@jonesday.com

6  Andrew T. Solomon (*Pro Hac Vice*)
   Franklin B. Velie (*Pro Hac Vice*)
7  SULLIVAN & WORCESTER LLP
   1290 Avenue of the Americas
8  New York, NY 10104
9  Telephone:   (212) 660-3000
   Facsimile:   (212) 660-3001
10 E-mail:      asolomon@sandw.com
                fvelie@sandw.com
11
   Attorneys for Defendant
12 AMNON LANDAN

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

| 17 | SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 5:07-CV-02822 RS |
|---|---|---|
| 18 | | |
| 19 | Plaintiff, | **PROOF OF SERVICE ON NON E-FILING PARTIES** |
| 20 | vs. | |
| 21 | MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SAN FRANCISCO  )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California  94104-1500.**

On **January 15, 2008**, I served: **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMNON LANDAN'S MOTION TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> Joseph V. Vest, Esq.
> Securities and Exchange Commission
> 100F Street NE
> Washington, DC  20549-4010

[X]  **BY MAIL:**  I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **VIA E-MAIL:**  I electronically transmitted such document(s) to the above listed party(ies) at the e-mail address(es) provided on the date specified above.

[ ]  **VIA FACSIMILE TRANSMISSION:**  I caused such document to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the party(ies) listed on the attached service list prior to 5:00 p.m. on the date specified above.  The facsimile machine I used was in compliance with California Rule of Court 2003(3) and the transmission was reported as complete and without error.  Pursuant to California Rule of Court 2208(e)(4), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine, and a copy of the transmission report is attached hereto.  The parties have agreed in writing to service of the document listed above by facsimile.

[ ]  **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 16, 2008**, at San Francisco, California.

_____
TONETTE M. DANOWSKI

SFI-577044v1