**E-filed 2/11/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, <br>     Plaintiff, <br><br>     v. <br><br> MERCURY INTERACTIVE, et al., <br><br>     Defendants. | No. C-07-2822-JF <br><br><br> Clerks's Notice |

To: All Counsel and Parties in the above named action.

Judge Fogel will be unavailable on March 14, 2008, therefore the Court has rescheduled the Cross Motions to Dismiss, Motions to Strike, Motion for More Definite Statement and the Case Management Conference currently scheduled for March 14, 2008. The new hearing date is Friday, March 21, 2008 at 9:00 AM, before Judge Jeremy Fogel. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 2/11/08                              For the Court,
                                                       Richard W. Wieking, Clerk

                                                       Diana Munz
                                                       electronic signature
                                                       Courtroom Deputy