MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>　　　　Defendants. | Case No.  5:07-cv-02822-JF<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING HEARING ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Date:    March 21, 2008<br>Time:   9:00 a.m.<br>Dept.:   3<br>Judge:  The Honorable Jeremy Fogel |

OHS West:260386259.1                           - 1 -

STIPULATION AND ORDER MOVING CASE MANAGEMENT CONFERENCE  (5:07-CV-02822-JF)

1    WHEREAS, the Court has currently scheduled the hearing on the pending Motions
2 to Dismiss and the Case Management Conference for March 21, 2008;
3    WHEREAS, all of the parties are not available to appear at the hearing on March
4 21, 2008;
5    WHEREAS, whereas the Court has indicated that April 11, 2008 is available for
6 both the hearing and the Case Management Conference;
7    WHEREAS, all of the parties are available to appear on April 11, 2008;
8    IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that
9 the hearing on the Motions to Dismiss and the Case Management Conference currently set for
10 March 21, 2008 will be moved to April 11, 2008.

11
12 Dated: February 15, 2008      MELINDA HAAG
                JAMES N. KRAMER
13                 M. TODD SCOTT
                LUCY E. BUFORD
14                 Orrick, Herrington & Sutcliffe LLP

15
16                 /s/ Lucy E. Buford
                _____
17                 LUCY E. BUFORD
                Attorneys for Defendant
                SUSAN SKAER

18 Dated: February 15, 2008      DAVID WILLIAMS
                JOSEPH V. JEST
19                 Securities and Exchange Commission

20
21                 /s/ David Williams
                _____
22                 David Williams
                Attorneys for Plaintiff
23                 SECURITIES AND EXCHANGE COMMISSION

24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | JOHN D. CLINE |
| 2 | | K.C. MAXWELL |
| | | Jones Day |

                                                /s/ John D. Cline
                                                John D. Cline
                                           Attorneys for Defendant
                                               AMNON LANDAN

Dated: February 15, 2008              DOUGLAS R. YOUNG
                                               C. BRANDON WISOFF
                                               Farella, Braun & Martel

                                                /s/ C. Brandon Wisoff
                                                C. Brandon Wisoff
                                               Attorneys for Defendant
                                               SHARLENE ABRAMS

Dated: February 15, 2008              JEFFREY S. FACTER
                                               EMILY V. GRIFFEN
                                               Shearman & Sterling, LLP

                                                /s/ Emily V. Griffen
                                                Emily V. Griffen
                                               Attorneys for Defendant
                                               DOUGLAS SMITH

      I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

**[PROPOSED] ORDER**

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS:

1. The hearing on the Motions to Dismiss and the Case Management Conference currently scheduled for March 21, 2008 are vacated. The hearing on the Motions to Dismiss and the Case Management Conference will be held on April 11, 2008.

IT IS SO ORDERED.

Dated: _____

_____
JEREMY FOGEL
United States District Court Judge

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On February 15, 2008, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MOVING HEARING ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE**

by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter

**and**

by regular **United States mail** on the below-named non-efiling parties by placing a true and correct copy in a sealed enveloped addressed as shown below:

> Douglas R. Young
> C. Brandon Wisoff
> Frank J. Riebli
> FARELLA, BRAUN & MARTEL
> 235 Montgomery Street, 17th Floor
> San Francisco, CA 94104

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008, at San Francisco, California.

/s/ Eloise Lee
_____
Eloise Lee