MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>                    Defendants. | Case No.  5:07-cv-02822-JF<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING HEARING ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Date:     March 21, 2008<br>Time:     9:00 a.m.<br>Dept.:    3<br>Judge:    The Honorable Jeremy Fogel |

1     WHEREAS, the Court has currently scheduled the hearing on the pending Motions to Dismiss and the Case Management Conference for March 21, 2008;

    WHEREAS, all of the parties are not available to appear at the hearing on March 21, 2008;

    WHEREAS, whereas the Court has indicated that April 11, 2008 is available for both the hearing and the Case Management Conference;

    WHEREAS, all of the parties are available to appear on April 11, 2008;

    IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the hearing on the Motions to Dismiss and the Case Management Conference currently set for March 21, 2008 will be moved to April 11, 2008.

Dated: February 15, 2008

    MELINDA HAAG
    JAMES N. KRAMER
    M. TODD SCOTT
    LUCY E. BUFORD
    Orrick, Herrington & Sutcliffe LLP

    /s/ Lucy E. Buford
    LUCY E. BUFORD
    Attorneys for Defendant
    SUSAN SKAER

Dated: February 15, 2008

    DAVID WILLIAMS
    JOSEPH V. JEST
    Securities and Exchange Commission

    /s/ David Williams
    David Williams
    Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | JOHN D. CLINE |
| 2 | | K.C. MAXWELL |
| | | Jones Day |

/s/ John D. Cline<br>
John D. Cline<br>
Attorneys for Defendant<br>
AMNON LANDAN

Dated: February 15, 2008    DOUGLAS R. YOUNG
C. BRANDON WISOFF
Farella, Braun & Martel

/s/ C. Brandon Wisoff<br>
C. Brandon Wisoff<br>
Attorneys for Defendant<br>
SHARLENE ABRAMS

Dated: February 15, 2008    JEFFREY S. FACTER
EMILY V. GRIFFEN
Shearman & Sterling, LLP

/s/ Emily V. Griffen<br>
Emily V. Griffen<br>
Attorneys for Defendant<br>
DOUGLAS SMITH

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

1  **[~~PROPOSED~~] ORDER**

2  The Court, having considered the above stipulation of the parties, and good cause

3  appearing, hereby ORDERS:

4  1. The hearing on the Motions to Dismiss and the Case Management

5  Conference currently scheduled for March 21, 2008 are vacated. The hearing on the Motions to

6  Dismiss and the Case Management Conference will be held on April 11, 2008.

7  IT IS SO ORDERED.

9  Dated: __2/22/08_____

11  _____
    JEREMY FOGEL
    United States District Court Judge

OHS West:260386259.1                    - 4 -

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On February 15, 2008, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MOVING HEARING ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE**

by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter

**and**

by regular **United States mail** on the below-named non-efiling parties by placing a true and correct copy in a sealed enveloped addressed as shown below:

> Douglas R. Young
> C. Brandon Wisoff
> Frank J. Riebli
> FARELLA, BRAUN & MARTEL
> 235 Montgomery Street, 17th Floor
> San Francisco, CA 94104

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008, at San Francisco, California.

> /s/ Eloise Lee
> _____
> Eloise Lee