| | |
|---|---|
| 1 | MELINDA HAAG (STATE BAR NO. 132612) |
| | mhaag@orrick.com |
| 2 | JAMES A. MEYERS (ADMITTED *PRO HAC VICE*) |
| | jmeyers@orrick.com |
| 3 | JAMES N. KRAMER (STATE BAR NO. 154709) |
| | jkramer@orrick.com |
| 4 | M. TODD SCOTT (STATE BAR NO. 226885) |
| | tscott@orrick.com |
| 5 | LUCY E. BUFORD (STATE BAR NO. 244885) |
| | lbuford@orrick.com |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 7 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 8 | Telephone:    415-773-5700 |
| | Facsimile:     415-773-5759 |

**E-filed 2/27/08**

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  5:07-cv-02822-JF |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER MOVING HEARING ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | Date:    March 21, 2008<br>Time:    9:00 a.m.<br>Dept.:   3<br>Judge:   The Honorable Jeremy Fogel |
| Defendants. | |

OHS West:260386259.1

- 1 -

STIPULATION AND ORDER MOVING CASE MANAGEMENT CONFERENCE  (5:07-CV-02822-JF)

1  WHEREAS, the Court has currently scheduled the hearing on the pending Motions
2  to Dismiss and the Case Management Conference for March 21, 2008;
3  WHEREAS, all of the parties are not available to appear at the hearing on March
4  21, 2008;
5  WHEREAS, whereas the Court has indicated that April 11, 2008 is available for
6  both the hearing and the Case Management Conference;
7  WHEREAS, all of the parties are available to appear on April 11, 2008;
8  IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that
9  the hearing on the Motions to Dismiss and the Case Management Conference currently set for
10 March 21, 2008 will be moved to April 11, 2008.

12 Dated: February 15, 2008            MELINDA HAAG
                                      JAMES N. KRAMER
                                      M. TODD SCOTT
13                                    LUCY E. BUFORD
                                      Orrick, Herrington & Sutcliffe LLP

                                      /s/ Lucy E. Buford
16                                    _____
                                      LUCY E. BUFORD
                                      Attorneys for Defendant
17                                    SUSAN SKAER

18 Dated: February 15, 2008            DAVID WILLIAMS
                                      JOSEPH V. JEST
19                                    Securities and Exchange Commission

                                      /s/ David Williams
21                                    _____
                                      David Williams
22                                    Attorneys for Plaintiff
23                                    SECURITIES AND EXCHANGE COMMISSION

| | | |
|---|---|---|
| 1 | Dated: February 15, 2008 | JOHN D. CLINE |
| 2 | | K.C. MAXWELL |
| | | Jones Day |

/s/ John D. Cline
─────────────────────
John D. Cline
Attorneys for Defendant
AMNON LANDAN

Dated: February 15, 2008        DOUGLAS R. YOUNG
                                C. BRANDON WISOFF
                                Farella, Braun & Martel

/s/ C. Brandon Wisoff
─────────────────────
C. Brandon Wisoff
Attorneys for Defendant
SHARLENE ABRAMS

Dated: February 15, 2008        JEFFREY S. FACTER
                                EMILY V. GRIFFEN
                                Shearman & Sterling, LLP

/s/ Emily V. Griffen
─────────────────────
Emily V. Griffen
Attorneys for Defendant
DOUGLAS SMITH

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

**[PROPOSED] ORDER**

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS:

1. The hearing on the Motions to Dismiss and the Case Management Conference currently scheduled for March 21, 2008 are vacated. The hearing on the Motions to Dismiss and the Case Management Conference will be held on April ~~11~~ 25, 2008.

IT IS SO ORDERED.

Dated: __2/22/08_____

_____
JEREMY FOGEL
United States District Court Judge

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On February 15, 2008, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER MOVING HEARING ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE**

by **ELECTRONICALLY POSTING** to the ECF website of the United States District Court for the Northern District of California. The Court performed service electronically on all ECF-registered entities in this matter

**and**

by regular **United States mail** on the below-named non-efiling parties by placing a true and correct copy in a sealed enveloped addressed as shown below:

> Douglas R. Young
> C. Brandon Wisoff
> Frank J. Riebli
> FARELLA, BRAUN & MARTEL
> 235 Montgomery Street, 17th Floor
> San Francisco, CA  94104

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008, at San Francisco, California.

/s/ Eloise Lee
Eloise Lee