A. DAVID WILLIAMS (Cal. Bar No. 183854)
williamsdav@sec.gov

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4010
Telephone: (202) 551-4548
Telecopier: (202)772-9246

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>　　　　Defendants. | Case No. 5:07-cv-02822-JF<br><br>**SECOND JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:　April 25, 2008<br>Time:　10:30 a.m.<br>Judge:　Honorable Jeremy Fogel |

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Amnon Landan, Sharlene Abrams, Douglas Smith, and Susan Skaer submit this Joint Case Management Conference Statement pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f) and Local Rule 16-10(d). The parties are scheduled to appear before the Court on April 25, 2008 for oral argument on the motions to dismiss and for a Case Management Conference ("CMC").

The Court conducted the initial CMC in this case on September 14, 2007. In advance of that CMC, as required by the FRCP 26(f), the parties filed their initial Joint Case Management Conference Statement and Proposed Order ("Initial CMC Statement"). *See* Exhibit A. The Initial CMC Statement provided detail on the issues in this case, including descriptions of the case by both the Commission and the Defendants; a plan for production of documents; and a plan to participate in private mediation. Since the September 14, 2007 CMC, the case has progressed in the following ways.

**I.   DOCUMENT PRODUCTION**

The Commission began production of the documents gathered during its investigation in December of 2007. The Commission's production of documents has proceeded in a "rolling" fashion and is not yet complete. The Commission has not produced any log or list indicating the entire scope of documents it received during its investigation and their sources. Moreover, counsel for the Commission indicated on or about April 11, 2008 that a list of documents received by the Commission will be produced on April 14, 2008, and that he had located a small number of documents produced to the Commission through e-mail that the Commission had not yet produced pursuant to the FRCP 26 initial disclosure requirements. Defendants are thus unable to determine the extent to which the document production is complete. Defendants have noted, however, that significant ranges of documents, as indicated by Bates Number, are missing from the documents which have been produced. Counsel for Defendants have made several inquiries of the Commission's counsel regarding this subject, and Commission counsel has informed Defendants' counsel that he is investigating this matter.

Defendants timely made their initial disclosures in September 2007. As noted in the Initial CMC Statement, a pp. 6-7, Defendants' document production, if any, will occur "at a

- 1 -

time and place to be mutually agreed upon by counsel; in that regard, defendants note that the overwhelming majority, if not indeed all, of the documents called for by their initial disclosures have already been provided to the SEC by Mercury Interactive Corp. during the course of the SEC's investigation of this matter."

## II.   MEDIATION

The parties arranged for mediation with a private mediator.  Counsel for each of the Defendants has met separately with counsel for the Commission, either directly or through the private mediator, on at least one occasion.  The mediation sessions have not resulted in meaningful progress toward resolution of this case.

## III.   SETTLEMENT

Plaintiff and Defendant Sharlene Abrams are in the advanced stages of settlement negotiations.  Though no final agreement has been reached, the parties believe that an agreement is likely, and consequently, with respect to the oral argument on each of the Defendant's motions to dismiss set for April 25, 2008, Abrams requests that her motion to dismiss be submitted on the papers and that a ruling be deferred pending further notification to the Court from Abrams and the Plaintiff.

## IV. CONCLUSION

The parties respectfully submit this Case Management Statement for the Court's consideration.

Dated: April 14, 2008
                                                    /s/
                                          A. David Williams
                                Securities and Exchange Commission

Dated: April 14, 2008
                                              John D. Cline, Esq.
                                            Sullivan & Worcester LLP
                                            Counsel for Amnon Landan

Dated: April 14, 2008
                                              C. Brandon Wisoff, Esq.
                                            Farella, Braun & Martel LLP
                                            Counsel for Sharlene Abrams

Dated: April 14, 2008
                                              Patrick D. Robbins, Esq.
                                            Shearman & Sterling LLP
                                            Counsel for Douglas Smith

Dated: April 14, 2008
                                              James N. Kramer, Esq.
                                            Orrick, Herrington & Sutcliffe LLP
                                            Counsel for Susan Skaer