```
 1  MELINDA HAAG (STATE BAR NO. 132612)
    mhaag@orrick.com
 2  JAMES A. MEYERS (ADMITTED PRO HAC VICE)
    jmeyers@orrick.com
 3  JAMES N. KRAMER (STATE BAR NO. 154709)
    jkramer@orrick.com
 4  M. TODD SCOTT (STATE BAR NO. 226885)
    tscott@orrick.com
 5  LUCY E. BUFORD (STATE BAR NO. 244885)
    lbuford@orrick.com
 6  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 7  405 Howard Street
    San Francisco, CA 94105-2669
 8  Telephone:   415-773-5700
    Facsimile:   415-773-5759
 9
    Attorneys for Defendant
10  SUSAN SKAER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No. 5:07-cv-02822-JF<br><br>**[PROPOSED] ORDER PERMITTING THE USE OF DEMONSTRATIVE EQUIPMENT AT ORAL ARGUMENT ON THE MOTION TO DISMISS BY MS. SKAER**<br><br>Date:   April 25, 2008<br>Time:   9 a.m.<br>Judge:  Judge Jeremy Fogel |

OHS West:260427892.1

[PROPOSED] ORDER (5:07-CV-02822-JF)

The Court hereby orders as follows:

(1) Counsel for Ms. Skaer is permitted to use demonstrative exhibits in the form of four cardboard posters at the hearing on Defendants' Motions to Dismiss on April 25, 2008;

(2) Counsel for Ms. Skaer is permitted to use two collapsible metal easels at the hearing on Defendants' Motions to Dismiss on April 25, 2008;

(3) Counsel for Ms. Skaer is permitted to bring all of the above equipment into Courtroom 3 on April 25, 2008.

**IT IS SO ORDERED.**

Dated: April ___, 2008

_____

Honorable Jeremy Fogel