**E-filed 4/25/08**

MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No. 5:07-cv-02822-JF<br><br>[~~PROPOSED~~] ORDER PERMITTING THE USE OF DEMONSTRATIVE EQUIPMENT AT ORAL ARGUMENT ON THE MOTION TO DISMISS BY MS. SKAER<br><br>Date:  April 25, 2008<br>Time:  9 a.m.<br>Judge:  Judge Jeremy Fogel |

OHS West:260427892.1

[PROPOSED] ORDER (5:07-CV-02822-JF)

1    The Court hereby orders as follows:

2    (1) Counsel for Ms. Skaer is permitted to use demonstrative exhibits in the form of
3    four cardboard posters at the hearing on Defendants' Motions to Dismiss on April 25, 2008;

4    (2) Counsel for Ms. Skaer is permitted to use two collapsible metal easels at the
5    hearing on Defendants' Motions to Dismiss on April 25, 2008;

6    (3) Counsel for Ms. Skaer is permitted to bring all of the above equipment into
7    Courtroom 3 on April 25, 2008.

**IT IS SO ORDERED.**

Dated: April 25, 2008

_____
Honorable Jeremy Fogel