UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, April 25, 2008
**Case Number:** CV-07-2822-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   SECURITIES AND EXCHANGE COMMISSION  V. AMNON LANDAN, ET AL

　　　　　　　　　　PLAINTIFF　　　　　　　　　　　　　　　DEFENDANT

**Attorneys Present:** David Williams

**Attorneys Present:** Patrick Robbins for Smith, Brandon Wisoff for Abrams, James Kramer, Melinda Hagg, Todd Scott and Lucy Buford for Skaer and Andrew Solomon for Landan

PROCEEDINGS:
　　Hearing on Motions to Dismiss held. Parties are present. The motions are taken under submission. The case management conference is continued to 7/25/08 at 10:30 a.m.