IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE LLC, et al.,<br><br>Defendants. | Case Number C 07-2822 JF (PVT)<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on September 19, 2008 is CONTINUED to October 10, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED:  September 15, 2008

For the Court
Richard W. Weiking, Clerk

By:  _____/s/_____
Diana Munz
Courtroom Deputy Clerk