MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY E. BUFORD (STATE BAR NO. 244885)
lbuford@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
SUSAN SKAER

**E-Filed 10/7/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No.  5:07-cv-02822-JF<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING HEARING ON CASE MANAGEMENT CONFERENCE**<br><br>Date:      October 10, 2008<br>Time:      9:00 a.m.<br>Dept.:      3<br>Judge:     The Honorable Jeremy Fogel |

OHS West:260525986.1

1  WHEREAS, the Court has currently scheduled a Case Management Conference
2  for October 10, 2008;
3  WHEREAS, Plaintiff expects to file an Amended Complaint by October 30, 2008,
4  and Defendants thereafter expect to respond;
5  WHEREAS, the Court has indicated that February 13, 2009 is available for the
6  Case Management Conference;
7  WHEREAS, all of the parties are available to appear on February 13, 2009;
8  IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that
9  the hearing on the Case Management Conference currently set for October 10, 2008 will be
10  moved to February 13, 2009.

Dated: October 6, 2008

MELINDA HAAG
JAMES N. KRAMER
M. TODD SCOTT
LUCY E. BUFORD
Orrick, Herrington & Sutcliffe LLP

/s/ Todd Scott
M. TODD SCOTT
Attorneys for Defendant
SUSAN SKAER

Dated: October 6, 2008

DAVID WILLIAMS
Securities and Exchange Commission

/s/ David Williams
David Williams
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

OHS West:260525986.1                                - 2 -

STIPULATION AND ORDER MOVING CASE MANAGEMENT CONFERENCE  (5:07-CV-02822-JF)

| | | |
|---|---|---|
| Dated: October 6, 2008 | | JOHN D. CLINE<br>K.C. MAXWELL<br>Jones Day |

                                        /s/ John D. Cline
                                         John D. Cline
                                     Attorneys for Defendant
                                         AMNON LANDAN

Dated: October 6, 2008                   C. BRANDON WISOFF
                                        Farella, Braun & Martel


                                        /s/ C. Brandon Wisoff
                                         C. Brandon Wisoff
                                        Attorneys for Defendant
                                        SHARLENE ABRAMS

Dated: October 6, 2008                   JEFFREY S. FACTER
                                          EMILY V. GRIFFEN
                                          Shearman & Sterling, LLP


                                        /s/ Emily V. Griffen
                                         Emily V. Griffen
                                        Attorneys for Defendant
                                        DOUGLAS SMITH

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

**[~~PROPOSED~~] ORDER**

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS:

1. The hearing on the Case Management Conference currently scheduled for October 10, 2008 is vacated. The hearing on the Case Management Conference will be held on February 13, 2009.

IT IS SO ORDERED.

Dated: __10/7/08_____

_____
JEREMY FOGEL
United States District Court Judge