MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
LUCY B. RICCA (STATE BAR NO. 244885)
lricca@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    415-773-5700
Facsimile:    415-773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>  Defendants. | Case No.  5:07-cv-02822-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS LANDAN'S, ABRAMS' SMITH'S AND SKAER'S TIME TO FILE RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Dept.:    3<br>Judge:    The Honorable Jeremy Fogel |

OHS West:260542425.1

1 | Plaintiff, the Securities and Exchange Commission ("SEC") and defendants Amnon Landan, Sharlene Abrams, Douglas Smith and Susan Skaer ("Defendants"), through their respective counsel, hereby stipulate and agree, with the Court's permission, that:

1. Defendants shall have until December 15, 2008 to file their motions to dismiss or other responses to Plaintiff's First Amended Complaint;

2. Plaintiff shall have until January 29, 2009 to file its opposition to any such motion to dismiss;

3. Defendants shall have until February 23, 2009 to file their replies in support of any such motions to dismiss.

IT IS SO STIPULATED.

Dated: October 31, 2008

MELINDA HAAG
JAMES N. KRAMER
M. TODD SCOTT
LUCY E. BUFORD
Orrick, Herrington & Sutcliffe LLP

/s/ Todd Scott
M. TODD SCOTT
Attorneys for Defendant
SUSAN SKAER

Dated: October 31, 2008

DAVID WILLIAMS
Securities and Exchange Commission

/s/ David Williams
David Williams
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

| | | |
|---|---|---|
| 1 | Dated: October 31, 2008 | JOHN D. CLINE |
| 2 | | K.C. MAXWELL |
| | | Jones Day |

/s/ John D. Cline
_____
John D. Cline
Attorneys for Defendant
AMNON LANDAN

Dated: October 31, 2008               C. BRANDON WISOFF
                                      Farella, Braun & Martel

/s/ C. Brandon Wisoff
_____
C. Brandon Wisoff
Attorneys for Defendant
SHARLENE ABRAMS

Dated: October 31, 2008               JEFFREY S. FACTER
                                      EMILY V. GRIFFEN
                                      Shearman & Sterling, LLP

/s/ Emily V. Griffen
_____
Emily V. Griffen
Attorneys for Defendant
DOUGLAS SMITH

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

**[PROPOSED] ORDER**

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS:

1. Defendants shall have until December 15, 2008 to file their motions to dismiss or other responses to Plaintiff's First Amended Complaint;

2. Plaintiff shall have until January 29, 2009 to file its opposition to any such motion to dismiss;

3. Defendants shall have until February 23, 2009 to file their replies in support of any such motions to dismiss.

IT IS SO ORDERED.

Dated: \_\_\_t t e es P_____

_____
JEREMY FOGEL
United States District Court Judge