1   Douglas R. Young (State Bar No. 073248)          **E-Filed 12/10/08**
        dyoung@fbm.com
2   C. Brandon Wisoff (State Bar No. 121930)
        bwisoff@fbm.com
3   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Defendant
    SHARLENE ABRAMS
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  SECURITIES AND EXCHANGE                Case No. 5:07-cv-02822 JF
    COMMISSION,
13                                         **STIPULATION AND [PROPOSED]
                    Plaintiff,             ORDER re RESPONSE OF DEFENDANT
14                                         SHARLENE ABRAMS TO AMENDED
        vs.                                COMPLAINT**
15
    MERCURY INTERACTIVE, LLC (F/K/A
16  MERCURY INTERACTIVE, INC.),
    AMNON LANDAN, SHARLENE
17  ABRAMS, DOUGLAS SMITH and
    SUSAN SKAER,
18
                    Defendants.
19

20

21          Plaintiff Securities and Exchange Commission ("SEC") and Defendant Sharlene Abrams

22  ("Abrams"), by and through counsel, hereby stipulate as follows:

23          1,      The SEC and Abrams are in the advanced stages of negotiating a potential

24  resolution of this matter.

25          2.      To avoid the unnecessary expenditure of the parties' and the Court's resources, the

26  SEC and Abrams agree to defer any obligation of Abrams to respond to the amended complaint at

27  this time.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP.& [PROP] ORDER re RESPONSE OF
DEF. SHARLENE ABRAMS TO AMENDED
COMPLAINT Case No. 5:07-cv-02822 JF                          19994\1782525.1

1    3.    The SEC and Abrams therefore stipulate that Abrams need not respond to the

2  amended complaint by the currently pending deadline of December 15, 2008.  Rather than set a

3  response deadline, the parties agree that Abrams need only respond to the complaint once the

4  SEC has filed written notice in this action indicating that a response is due, in which case,

5  Abrams shall have thirty (30) days from the date of such notice in which to plead or otherwise

6  respond to the amended complaint on file herein.

7    SO STIPULATED.

8

9  Dated: December 9, 2008.                SECURITIES AND EXCHANGE
                                           COMMISSION

10

11                                         By:  /s/_____
                                               A. David Williams
12

13                                         Attorneys for Plaintiff
                                           SECURITIES AND EXCHANGE
14                                         COMMISSION

15

16  Dated: December 9, 2008.                FARELLA BRAUN + MARTEL LLP

17

18                                         By:  /s/_____
                                               C. Brandon Wisoff
19

20                                         Attorneys for Defendant
                                           SHARLENE ABRAMS
21
                                           *I hereby attest that I have received authority
22                                         from the other counsel signatories to file this
                                           document.*

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. & [PROP] ORDER re RESPONSE OF
DEF. SHARLENE ABRAMS TO AMENDED          - 2 -
COMPLAINT Case No. 5:07-cv-02822 JF

19994\1782525.1

1

<u>ORDER</u>

2

Based on the foregoing stipulation, and for good cause shown, IT IS TO ORDERED.

3

Dated: December 10, 2008.

4

5

6

_____
Jeremy Fogel
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROP] ORDER re RESPONSE OF
DEF. SHARLENE ABRAMS TO AMENDED
COMPLAINT Case No. 5:07-cv-02822 JF

- 3 -

19994\1782525.1