JOHN D. CLINE (STATE BAR NO. 237759)
jcline@jonesday.com
K.C. MAXWELL (STATE BAR NO. 214701)
kcmaxwell@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:     415-626-3939
Facsimile:     415-875-5700

FRANK B. VELIE (*Admitted pro hac vice*)
fvelie@sandw.com
ANDREW T. SOLOMON (*Admitted pro hac vice*)
asolomon@sandw.com
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone:     212-660-3000
Facsimile:     415-660-3001

Attorneys for Defendant
AMNON LANDAN

**E-Filed 12/12/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>             Defendants. | Case No.  5:07-cv-02822-JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS LANDAN'S, SMITH'S AND SKAER'S TIME TO FILE RESPONSIVE PLEADING TO THE FIRST AMENDED COMPLAINT** |

1 | Plaintiff, the Securities and Exchange Commission ("SEC") and defendants Amnon Landan, Douglas Smith and Susan Skaer ("Defendants"), through their respective counsel, hereby stipulate and agree, with the Court's permission, that:

1. Defendants shall have until December 23, 2008 to file their motions to dismiss or other responses to Plaintiff's First Amended Complaint;

2. Plaintiff shall have until February 6, 2009 to file its opposition to any such motion to dismiss;

3. Defendants shall have until March 3, 2009 to file their replies in support of any such motions to dismiss.

IT IS SO STIPULATED.

Dated: December 10, 2008         JOHN D. CLINE
                                 K.C. MAXWELL
                                 Jones Day


                                 /s/ John D. Cline
                                 John D. Cline
                                 Attorneys for Defendant
                                 AMNON LANDAN

Dated: December 10, 2008         DAVID WILLIAMS
                                 Securities and Exchange Commission


                                 /s/ David Williams
                                 David Williams
                                 Attorneys for Plaintiff
                                 SECURITIES AND EXCHANGE COMMISSION

| | |
|---|---|
| Dated: December 10, 2008 | MELINDA HAAG<br>JAMES N. KRAMER<br>M. TODD SCOTT<br>LUCY E. BUFORD<br>Orrick, Herrington & Sutcliffe LLP |
| | /s/ Todd Scott<br>M. TODD SCOTT<br>Attorneys for Defendant<br>SUSAN SKAER |
| Dated: December 10, 2008 | PATRICK ROBBINS<br>JEFFREY S. FACTER<br>EMILY V. GRIFFEN<br>Shearman & Sterling, LLP |
| | /s/ Emily V. Griffen<br>Emily V. Griffen<br>Attorneys for Defendant<br>DOUGLAS SMITH |

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

**[PROPOSED] ORDER**

The Court, having considered the above stipulation of the parties, and good cause appearing, hereby ORDERS:

1. Defendants shall have until December 23, 2008 to file their motions to dismiss or other responses to Plaintiff's First Amended Complaint;

2. Plaintiff shall have until February 6, 2009 to file its opposition to any such motion to dismiss;

3. Defendants shall have until March 3, 2009 to file their replies in support of any such motions to dismiss.

IT IS SO ORDERED.

Dated: __12/12/08_____

_____
JEREMY FOGEL
United States District Court Judge

SFI-599475v1

- 4 -