MELINDA HAAG (STATE BAR NO. 132612)
JAMES N. KRAMER (STATE BAR NO. 154709)
M. TODD SCOTT (STATE BAR NO. 226885)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:      +1-415-773-5700
Facsimile:       +1-415-773-5759
Email:            mhaag@orrick.com
Email:            jkramer@orrick.com
Email:            tscott@orrick.com

Attorneys for Defendant
SUSAN SKAER

**E-Filed 10/28/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>       v.<br><br>MERCURY INTERACTIVE, LLC (F/K/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>             Defendants. | Case No.  5:07-cv-02822-JF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

1  This Stipulation is entered into by and among Plaintiff, Securities and Exchange Commission, and Defendants Amnon Landan, Douglas Smith, and Susan Skaer (collectively, "Defendants"), through their respective attorneys of record.

WHEREAS, plaintiff filed the Second Amended Complaint on October 15, 2009;

WHEREAS, the briefing schedule set forth by the Federal Rules of Civil Procedure would require parties to undertake significant briefing over the Thanksgiving, Christmas and New Years holidays;

WHEREAS, after reviewing the Second Amended Complaint and discussing the current briefing schedule in light of the holidays and the SEC's litigation schedule, the parties believe that a modest expansion of the current briefing schedule is necessary to enable the parties to prepare briefs that will assist the Court in reaching a just and efficient resolution of the issues that will be raised on the motion to dismiss.

The parties hereby STIPULATE and AGREE to extend the briefing schedule on Defendants' motion to dismiss the Second Amended Complaint:

1. That Defendants shall file their motion to dismiss on or before December 4, 2009; and

2. That Plaintiff shall file its opposition on or before January 27, 2010; and

3. That Defendants shall file their reply to the opposition on or before February 17, 2010.

Dated: October 26, 2009

MELINDA HAAG
JAMES N. KRAMER
M. TODD SCOTT
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ M. Todd Scott*
M. Todd Scott
Attorneys for Defendant
SUSAN SKAER

| | | |
|---|---|---|
| 1 | Dated: October 26, 2009 | DAVID WILLIAMS |
| 2 | | SECURITIES AND EXCHANGE COMMISSION |

*/s/ David Williams*
_____
David Williams
Attorneys for Plaintiff

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.*

Dated: October 26, 2009        JOHN D. CLINE
                               K.C. MAXWELL
                               JONES DAY

*/s/ John D. Cline*
_____
John D. Cline
Attorneys for Defendant
AMNON LANDAN

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.*

Dated: October 26, 2009        JEFFREY S. FACTER
                               EMILY V. GRIFFEN
                               SHEARMAN & STERLING, LLP

*/s/ Emily V. Griffen*
_____
Emily V. Griffen
Attorneys for Defendant
DOUGLAS SMITH

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.*

**[PROPOSED] ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. That defendants shall file their motion to dismiss on or before December 4, 2009;

2. That plaintiffs shall file their opposition on or before January 27, 2010; and

3. That defendants shall file their reply to the opposition on or before February 17, 2010.

4. The hearing date for Defendants' motion to dismiss shall be scheduled by counsel for the parties with the clerk of this Court prior to the filing of Defendants' motion to dismiss or at such time as is convenient to the Court.

Dated October 28, 2009

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE