UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>　　　　　Defendants. | Case No.  5:07-cv-02822-JF<br><br>**[PROPOSED] ORDER DISMISSING THE SECOND AMENDED COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>Judge:　　　Hon. Jeremy Fogel |

Defendant Susan Skaer has filed a Motion to Dismiss the Second Amended Complaint for failure to state a claim upon which relief can be granted under Federal Rules of Civil Procedure 9(b) and 12(b)(6).  The Court, having reviewed all papers submitted in connection with the objection, hereby ORDERS that Ms. Skaer's Motion is GRANTED and the First Amended Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____          _____
                                               JEREMY FOGEL
                                        United States District Judge