Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California  94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:   jfacter@shearman.com
             probbins@shearman.com
             egriffen@shearman.com

\*\*E-Filed 1/26/2011\*\*

Attorneys for Defendant Douglas Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No.: 5:07-C02822-JF<br><br>Assigned to Hon. Jeremy Fogel<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT DOUGLAS SMITH'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL AND EXTENDING MR. SMITH'S TIME TO FILE REPLY BRIEF<br><br>Current Hearing Date:  February 11, 2011<br><br>New Hearing Date:  March 4, 2011 |

1  This Stipulation is entered into by and among Plaintiff, Securities and Exchange
2  Commission ("Plaintiff"), and Defendant Douglas Smith, through their respective attorneys of
3  record.
4  WHEREAS, the hearing on Mr. Smith's motion to certify the Court's September
5  27, 2010 order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) is currently scheduled for
6  February 11, 2011;
7  WHEREAS, Mr. Smith's counsel has a conflict that prevents attendance at the
8  hearing on that date;
9  WHEREAS, Mr. Smith has requested, and Plaintiff has agreed to provide, one
10 week additional time for Mr. Smith to file his reply brief in support of the motion.
11 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
12 respective parties hereto, that:
13 (1) The hearing on Mr. Smith's motion to certify the Court's September 27, 2010
14 order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) is rescheduled from February 11,
15 2011 to March 4, 2011 at 9:00 a.m.; and
16 (2) The time for Mr. Smith to file his reply memorandum in support of the motion
17 is extended until February 4, 2011.

Dated: January 26, 2011

DAVID WILLIAMS
SECURITIES AND EXCHANGE COMMISSION

/s/
David Williams
Attorneys for Plaintiff

Dated: January 26, 2011

JEFFREY S. FACTER
PATRICK D. ROBBINS
EMILY V. GRIFFEN
SHEARMAN & STERLING LLP

/s/
Emily V. Griffen
Attorneys for Defendant
DOUGLAS SMITH

STIPULATION RESCHEDULING HEARING   1
AND EXTENDING TIME TO FILE REPLY

CASE NO. 5:07-C02822-JF

**[PROPOSED] ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

(1) The hearing on Mr. Smith's motion to certify the Court's September 27, 2010 order for interlocutory appeal is rescheduled from February 11, 2011 to March 4, 2011 at 9:00 a.m.; and

(2) The time for Mr. Smith to file his reply memorandum in support of the motion is extended until February 4, 2011.

Dated: January 26, 2011

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Emily V. Griffen, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of January, 2011 at San Francisco, California.

By: _____ /s/ _____
Emily V. Griffen

Attorneys for Defendant Douglas Smith