Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California   94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:       jfacter@shearman.com
             probbins@shearman.com
             egriffen@shearman.com

Attorneys for Defendant Douglas Smith

**E-Filed 5/10/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>           v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>                     Defendants. | Case No.: 5:07-C02822-JF<br><br>Assigned to Hon. Jeremy Fogel<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date:  May 13, 2011<br><br>New CMC Date:  June 10, 2011 |

1    This Stipulation is entered into by and among Plaintiff, Securities and Exchange
2    Commission ("Plaintiff"), and Defendants Amnon Landan, Douglas Smith and Susan Skaer,
3    through their respective attorneys of record.
4    WHEREAS, at the previous Case Management Conference on April 15, 2011, the
5    Court rescheduled the Case Management Conference for May 13, 2011 at 10:30 a.m., in
6    anticipation of a ruling from the Ninth Circuit on Mr. Smith's petition for interlocutory appeal
7    filed April 18, 2011;
8    WHEREAS, Plaintiff filed its response to Mr. Smith's petition for interlocutory
9    appeal on May 3, 2011;
10   WHEREAS, the Ninth Circuit has not yet ruled on Mr. Smith's petition for
11   interlocutory appeal; and
12   WHEREAS, the parties agree that, based upon the Court's prior inclination to
13   reschedule the Case Management Conference to a date after the Ninth Circuit has ruled on
14   Mr. Smith's petition for interlocutory appeal, the current Case Management Conference set for
15   May 13, 2011 at 10:30 a.m. should be continued at least four weeks.
16   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
17   respective parties hereto, subject to Court approval, that the Case Management Conference
18   currently set for May 13, 2011 at 10:30 a.m. will be moved to June 10, 2011 at 10:30 a.m., or the
19   next date the Court is available.

Dated: May 6, 2011          A. DAVID WILLIAMS (State Bar No. 183854)
                            Securities and Exchange Commission


                            /s/ A. David Williams
                            ─────────────────────────────
                            A. David Williams
                            Attorneys for Plaintiff
                            SECURITIES AND EXCHANGE COMMISSION


Dated: May 6, 2011

JEFFREY S. FACTER
PATRICK D. ROBBINS
EMILY V. GRIFFEN
Shearman & Sterling LLP

_/s/ Emily V. Griffen_
Emily V. Griffen
Attorneys for Defendant
DOUGLAS SMITH

Dated: May 6, 2011

FRANKLIN B. VELIE (admitted *pro hac vice*)
ANDREW T. SOLOMON (admitted *pro hac vice*)
Sullivan & Worcester LLP

_/s/ Andrew T. Solomon_
Andrew T. Solomon
Attorneys for Defendant
AMNON LANDAN

Dated: May 6, 2011

JAMES N. KRAMER (State Bar No. 154709)
JAMES A. MEYERS (admitted *pro hac vice*)
M. TODD SCOTT (State Bar No. 226885)
Orrick, Herrington & Sutcliffe LLP

_/s/ M. Todd Scott_
M. TODD SCOTT
Attorneys for Defendant
SUSAN SKAER

## [PROPOSED] ORDER

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Case Management Conference currently scheduled for May 13, 2011 at 10:30 a.m. is vacated. The Case Management Conference will be held on June 10, 2011 at 10:30 a.m.

Dated: May 10, 2011

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

1 ATTESTATION PURSUANT TO GENERAL ORDER 45

2       I, Emily V. Griffen, attest that concurrence in the filing of this document has been
3 obtained from each of the signatories. I declare under penalty of perjury under the laws of the
4 United States of America that the foregoing is true and correct. Executed this 6th day of May,
5 2011 at San Francisco, California.

6
7                                            By: _____/s/ Emily V. Griffen_____
                                                                Emily V. Griffen

8                                   Attorneys for Defendant Douglas Smith

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28