**E-Filed 6/7/2011**

Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, California 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email:    jfacter@shearman.com
          probbins@shearman.com
          egriffen@shearman.com

Attorneys for Defendant Douglas Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 5:07-C02822-JF |
| Plaintiff, | Assigned to Hon. Jeremy Fogel |
| v. | STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | Current CMC Date: June 10, 2011 |
| Defendants. | New CMC Date: July 15, 2011 |

1  This Stipulation is entered into by and among Plaintiff, Securities and Exchange
2  Commission ("Plaintiff"), and Defendants Amnon Landan, Douglas Smith and Susan Skaer,
3  through their respective attorneys of record.
4  WHEREAS, at the previous Case Management Conference on April 15, 2011, the
5  Court rescheduled the Case Management Conference for May 13, 2011 at 10:30 a.m., in
6  anticipation of a ruling from the Ninth Circuit on Mr. Smith's petition for interlocutory appeal
7  filed April 18, 2011;
8  WHEREAS, Plaintiff filed its response to Mr. Smith's petition for interlocutory
9  appeal on May 3, 2011;
10  WHEREAS, the Ninth Circuit has not yet ruled on Mr. Smith's petition for
11  interlocutory appeal; and
12  WHEREAS, the parties agree that, based upon the Court's prior inclination to
13  reschedule the Case Management Conference to a date after the Ninth Circuit has ruled on
14  Mr. Smith's petition for interlocutory appeal, the current Case Management Conference set for
15  June 10, 2011 at 10:30 a.m. should be continued at least five weeks.
16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
17  respective parties hereto, subject to Court approval, that the Case Management Conference
18  currently set for June 10, 2011 at 10:30 a.m. will be moved to July 15, 2011 at 10:30 a.m., or the
19  next date the Court is available.

Dated: June 3, 2011                A. DAVID WILLIAMS (State Bar No. 183854)
                                   Securities and Exchange Commission


                                   /s/ A. David Williams
                                   A. David Williams
                                   Attorneys for Plaintiff
                                   SECURITIES AND EXCHANGE COMMISSION

| | |
|---|---|
| Dated: June 3, 2011 | JEFFREY S. FACTER<br>PATRICK D. ROBBINS<br>EMILY V. GRIFFEN<br>Shearman & Sterling LLP |

/s/ Emily V. Griffen
_____
Emily V. Griffen
Attorneys for Defendant
DOUGLAS SMITH

| | |
|---|---|
| Dated: June 3, 2011 | FRANKLIN B. VELIE (admitted *pro hac vice*)<br>ANDREW T. SOLOMON (admitted *pro hac vice*)<br>Sullivan & Worcester LLP |

/s/ Andrew T. Solomon
_____
Andrew T. Solomon
Attorneys for Defendant
AMNON LANDAN

| | |
|---|---|
| Dated: June 3, 2011 | JAMES N. KRAMER (State Bar No. 154709)<br>JAMES A. MEYERS (admitted *pro hac vice*)<br>M. TODD SCOTT (State Bar No. 226885)<br>Orrick, Herrington & Sutcliffe LLP |

/s/ James A. Meyers
_____
JAMES A. Meyers
Attorneys for Defendant
SUSAN SKAER

## [PROPOSED] ORDER

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Case Management Conference currently scheduled for June 10, 2011 at 10:30 a.m. is vacated. The Case Management Conference will be held on July 15, 2011 at 10:30 a.m.

Dated: June  7 , 2011

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER     2                          CASE NO. 5:07-C02822-JF
RESCHEDULING CMC                                                                     295832

1 | ATTESTATION PURSUANT TO GENERAL ORDER 45

2 I, Emily V. Griffen, attest that concurrence in the filing of this document has been
3 obtained from each of the signatories. I declare under penalty of perjury under the laws of the
4 United States of America that the foregoing is true and correct. Executed this 3rd day of June,
5 2011 at San Francisco, California.

By:  /s/ Emily V. Griffen
Emily V. Griffen

Attorneys for Defendant Douglas Smith