1  JAMES N. KRAMER (SBN 154709)
   *Email: jkramer@orrick.com*
2  JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
   *Email: jmeyers@orrick.com*
3  M. TODD SCOTT (SBN 226885)
   *Email: tscott@orrick.com*
4  JENNIFER NEJAD (SBN 267109)
   *Email: jnejad@orrick.com*
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA 94105-2669
7  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
8
   Attorneys for Defendant
9  SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      v.<br><br>MERCURY INTERACTIVE, LLC (F/K/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>             Defendants. | Case No. 3:07-cv-02822 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS PURSUANT TO FED R. CIV. PROC. 29**<br><br>Judge:   Honorable William Alsup |

Pursuant to Fed. R. Civ. Proc. 29, the above-named Plaintiff and Defendants (collectively, the "parties"), by and through their respective counsel, stipulate and agree as follows:

**WHEREAS**, the parties seek to take more depositions than the limit of ten (10) provided per side pursuant to Fed. R. Civ. Proc. 30;

**WHEREAS**, in its Initial Disclosures dated September 7, 2007, Plaintiff identified 85 individuals likely to have discoverable information that Plaintiff may use to support its claims;

**WHEREAS,** the parties agree and acknowledge that this is a complex matter involving three separately represented Defendants;

**WHEREAS**, the parties desire to have an opportunity to conduct depositions necessary and sufficient to adequately represent their respective interests;

**NOW THEREFORE**, the parties stipulate and agree, subject to the approval of the Court, that Defendants, collectively, on the one hand, and Plaintiff, on the other, are each entitled to forty (40) depositions in connection with this matter.

**IT IS SO STIPULATED**.

Dated:  September 30, 2011                    JAMES N. KRAMER
                                              JAMES A. MEYERS
                                              M. TODD SCOTT
                                              JENNIFER NEJAD
                                              **ORRICK, HERRINGTON & SUTCLIFFE LLP**

                                              By:  _____/s/ James A. Meyers_____
                                                            JAMES A. MEYERS

                                              Attorneys for Defendant
                                              SUSAN SKAER

- 1 -

STIPULATION AND [PROPOSED] ORDER REGARDING
DEPOSITIONS PURSUANT TO FED. R. CIV. PROC. 29
CASE NO. 5:07-CV-02822 WHA

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 30, 2011 | FRANKLIN B. VELIE (*Admitted Pro Hac Vice*) |
| | | ANDREW T. SOLOMON (*Admitted Pro Hac Vice*) |
| 3 | | **SULLIVAN & WORCESTER LLP** |

Dated:  September 30, 2011   FRANKLIN B. VELIE (*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　ANDREW T. SOLOMON (*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　**SULLIVAN & WORCESTER LLP**

By:  ____*/s/ Andrew T. Solomon*____
　　　　　ANDREW T. SOLOMON

Attorneys for Defendant
AMNON LANDAN

Dated:  September 30, 2011   JEFFREY S. FACTER
　　　　　　　　　　　　　　PATRICK D. ROBBINS
　　　　　　　　　　　　　　EMILY V. GRIFFEN
　　　　　　　　　　　　　　**SHEARMAN & STERLING LLP**

By:  ____*/s/ Patrick D. Robbins*____
　　　　　PATRICK D. ROBBINS

Attorneys for Defendant
DOUGLAS SMITH

Dated:  September 30, 2011

By:  ____*/s/ A. David Williams*____
　　　　　A. DAVID WILLIAMS

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  October 7, 2011.

　　　　　William Alsup
　　　　　UNITED STATES DISTRICT JUDGE

- 2 -   STIPULATION AND [PROPOSED] ORDER REGARDING
DEPOSITIONS PURSUANT TO FED. R. CIV. PROC. 29
CASE NO. 5:07-CV-02822 WHA