United States District Court
Northern District of California

1
2
3
4
5
6
7                  IN THE UNITED STATES DISTRICT COURT
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12  SECURITIES AND EXCHANGE          Case No.: C07-2822 WHA (JSC)
    COMMISSION,
13                                   **ORDER RE: BRIEFING OF REQUEST
                                     FOR SANCTIONS**
14              Plaintiff,

15        v.

16  MERCURY INTERACTIVE, LLC, et al.,

17
                Defendants.
18

19
        This action has been referred to this Court for resolution of discovery disputes.  The
20
    Court is in receipt of a discovery letter from Defendants dated April 13, 2012.  (Dkt. No. 202.)
21
    Due to the nature of the dispute, and, in particular, Defendants' request for sanctions, the
22
    Court concludes that full briefing is required.  Accordingly, after meeting and conferring with
23
    Plaintiff on a hearing date and briefing schedule, Defendants shall file a noticed motion before
24
    this Court.
25
        **IT IS SO ORDERED.**
26
    Dated:  April 16, 2012
27
                                     _____
28                                   JACQUELINE SCOTT CORLEY
                                     UNITED STATES MAGISTRATE JUDGE