MICHAEL D. TORPEY (STATE BAR NO. 79424)
mtorpey@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JAMES A. MEYERS (ADMITTED *PRO HAC VICE*)
jmeyers@orrick.com
M. TODD SCOTT (STATE BAR NO. 226885)
tscott@orrick.com
MATTHEW A. TOLVE (STATE BAR NO. 267334)
mtolve@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, DOUGLAS SMITH, and SUSAN SKAER,<br><br>Defendants. | Case No. 3:07-cv-02822 WHA (JSC)<br><br>[~~PROPOSED~~] ORDER GRANTING SUPPLEMENTAL DISCOVERY AND BRIEFING ON DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS<br><br>Date:         TBD<br>Time:         TBD<br>Dept:         Courtroom F, 15th Floor<br>Judge:       Hon. William J. Alsup<br>Magistrate: Hon. Jacqueline S. Corley<br><br>Trial Date:   December 10, 2012 |

On May 10, 2012, defendants Amnon Landan, Douglas Smith, and Susan Skaer brought a Motion for Discovery Sanctions pursuant to Federal Rules of Civil Procedure 26 and 37 and the inherent authority of the Court. (Dkt. 212). The SEC filed an Opposition on May 24, 2012. (Dkt. 217). Defendants' filed a Reply on May 31, 2012. (Dkt. 222).

On June 7, 2012, the Court heard oral argument and agreed to continue the hearing to allow defendants to conduct additional discovery and the parties to submit supplemental briefing in light thereof. Good cause appearing, the Court hereby orders the following supplemental discovery and supplemental briefing:

1. Defendants shall be afforded the opportunity, at any time within two (2) weeks from the date of this Order, to take the deposition or such other appropriate discovery of the persons most knowledgeable at Davis Polk & Wardwell LLP ("DPW") regarding DPW's productions of the Unproduced and Missing Documents to the SEC, any purported request to delete, return, or otherwise dispose of such Documents, and communications with the SEC regarding those subjects.

2. The supplemental briefing schedule shall be as follows. Within two (2) weeks after the completion of the aforementioned discovery, defendants may submit a supplemental brief not to exceed 10 pages of text. Within 7 days following submission of the defendants' supplemental brief, the SEC may submit any supplemental brief in opposition not to exceed 10 pages of text.

The hearing shall then be continued to the first available Thursday following completion of the above-mentioned briefing, but in no event, barring unforeseen circumstances, shall the hearing occur later than August 2, 2012. The Court will notify the parties if oral argument is not required.

**IT IS SO ORDERED**.

Dated: June 12, 2012

*Jacqueline S. Corley*
HONORABLE JACQUELINE S. CORLEY
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING SUPPLEMENTAL DISCOVERY
AND BRIEFING ON DEFS.' MOT. FOR SANCTIONS
CASE NO. 5:07-CV-02822 WHA JSC