| | |
|---|---|
| 1 | MICHAEL D. TORPEY (STATE BAR NO. 79424) |
| | *mtorpey@orrick.com* |
| 2 | JAMES N. KRAMER (STATE BAR NO. 154709) |
| | *jkramer@orrick.com* |
| 3 | JAMES A. MEYERS (ADMITTED *PRO HAC VICE*) |
| | *jmeyers@orrick.com* |
| 4 | M. TODD SCOTT (STATE BAR NO. 226885) |
| | *tscott@orrick.com* |
| 5 | MATTHEW A. TOLVE (STATE BAR NO. 267334) |
| | *mtolve@orrick.com* |
| 6 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 7 | 405 Howard Street |
| | San Francisco, CA 94105-2669 |
| 8 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |
| 9 | |
| 10 | Attorneys for Defendant |
| | SUSAN SKAER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | | Case No. 5:07-cv-02822 WHA | |
| | | **AMENDED** | |
| Plaintiff, | | **STIPULATION AND [PROPOSED] ORDER GRANTING FURTHER EXTENSION FOR FILING SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS** | |
| v. | | | |
| MERCURY INTERACTIVE, LLC (F/K/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | | | |
| | | Date: | August 3, 2012 |
| | | Time: | 10:00 a.m. |
| | | Dept: | Courtroom F, 15th Floor |
| Defendants. | | Judge: | Hon. William J. Alsup |
| | | Magistrate: | Hon. Jacqueline S. Corley |
| | | Trial Date: | December 10, 2012 |

1  Plaintiff and Defendants (collectively, the "Parties"), by and through their respective
2  counsel, stipulate and agree as follows:
3  **WHEREAS**, on May 10, 2012, Defendants Amnon Landan, Douglas Smith, and Susan
4  Skaer brought a Motion for Discovery Sanctions pursuant to Federal Rules of Civil Procedure 26
5  and 37 and the inherent authority of the Court (Dkt. 212);
6  **WHEREAS**, Plaintiff SEC filed an Opposition on May 24, 2012 (Dkt. 217), and
7  Defendants filed a Reply on May 31, 2012 (Dkt. 222);
8  **WHEREAS**, on June 7, 2012, the Court heard oral argument on Defendants' Motion;
9  **WHEREAS**, at the June 7, 2012 hearing the Court agreed to continue the hearing to (1)
10 allow Defendants to conduct additional discovery from Davis Polk & Wardwell LLP ("DPW");
11 (2) attempt to obtain the Missing Documents (as that term is defined in Defendants' Motion) from
12 Hewlett-Packard Company ("HP") with Plaintiff's assistance; and (3) thereafter, allow the Parties
13 to submit supplemental briefing in light thereof;
14 **WHEREAS**, on June 12, 2012, the Court ordered supplemental discovery and briefing
15 (Dkt. 229);
16 **WHEREAS**, on July 5, 2012, Kristofor Henning of Morgan, Lewis & Bockius, counsel
17 for HP, informed counsel for Defendants that HP had located one or more disks and
18 approximately 20 boxes of hard copy documents, two of which it had reviewed, that potentially
19 contain documents on the list of Missing Documents (collectively, the "Found Materials");
20 **WHEREAS**, after having conferred with one another, the Parties agreed at that time that,
21 given the uncertainty as to what the Found Materials may contain and the degree to which they
22 match the Missing Document list, if at all, supplemental briefing by Defendants and/or Plaintiff
23 on the then-current schedule would have been premature;
24 **WHEREAS**, on July 9, 2012, the Parties filed a stipulation and proposed order granting a
25 ten-day extension of the briefing schedule under the Court's June 12 Order (Dkt. 235);
26 **WHEREAS**, on July 9, 2012, the Court granted such extension (Dkt. 236);
27 **WHEREAS**, between July 9 and 18, 2012, the Parties worked diligently with Mr.
28 Henning in requesting an opportunity to inspect the Found Materials;

1   **WHEREAS**, counsel for HP agreed to make the Found Materials available to the SEC for
2   it to determine which, if any, of the Found Materials contained documents identified as missing
3   and to produce any such documents to Defendants;

4   **WHEREAS**, by approximately July 18, 2012, HP had shipped the boxes of materials to
5   Morgan Lewis's office in Washington, D.C., for the SEC to review;

6   **WHEREAS**, by the afternoon of July 18, 2012, SEC counsel had determined that the
7   Found Materials contained at least some of the Missing Documents but that the SEC would need
8   a further day to finish cataloging the Found Materials;

9   **WHEREAS**, the SEC received an additional three boxes of documents from Morgan
10  Lewis on July 19, 2012;

11  **WHEREAS**, by the afternoon of July 19, 2012, SEC counsel had determined that at least
12  61,000 pages of the Missing Documents had been located but that certain hard drives, which
13  counsel for the SEC believed might contain the remaining or at least additional Missing
14  Documents, had not been located;

15  **WHEREAS**, SEC counsel stated that he had asked counsel for HP to re-search its records
16  to determine if it had any of the aforementioned missing hard drives;

17  **WHEREAS**, after conferring the evening of July 19, 2012 and morning of July 20, 2012,
18  the Parties agree that any supplemental briefing would be premature in light of the continuing
19  uncertainty as to how many Missing Documents the SEC may be able to recover from HP;

20  **WHEREAS**, under the Court's July 9th Order, Defendants' supplemental brief would be
21  due today (Dkt. 236); and

22  **WHEREAS**, the Parties believe it is appropriate to further extend the time for filing of
23  supplemental briefing and prefer, if possible and convenient to the Court, to keep the currently
24  scheduled August 3, 2012 hearing date;

25  **NOW THEREFORE**, the Parties stipulate and agree, subject to the approval of the
26  Court, to further extend the time for filing of supplemental briefing as follows:

27  Defendants' Supplemental Brief due: July 26, 2012
28  Plaintiff's Supplemental Brief due: August 1, 2012

| | | |
|---|---|---|
| 1 | Hearing: | August 3, 2012, 10:00 a.m. (or as soon as practicable thereafter) |

**IT IS SO STIPULATED**.

Dated:  July 20, 2012   MICHAEL D. TORPEY
JAMES N. KRAMER
JAMES A. MEYERS
M. TODD SCOTT
MATTHEW A. TOLVE
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By:  _/s/ James A. Meyers_
JAMES A. MEYERS

Attorneys for Defendant
SUSAN SKAER


Dated:  July 20, 2012   FRANKLIN B. VELIE (*Admitted Pro Hac Vice*)
ANDREW T. SOLOMON (*Admitted Pro Hac Vice)*
**SULLIVAN & WORCESTER LLP**

By:  _/s/ Andrew T. Solomon_
ANDREW T. SOLOMON

Attorneys for Defendant
AMNON LANDAN


Dated:  July 20, 2012   JEFFREY S. FACTER
PATRICK D. ROBBINS
EMILY V. GRIFFEN
**SHEARMAN & STERLING LLP**

By:  _/s/ Patrick D. Robbins_
PATRICK D. ROBBINS

Attorneys for Defendant
DOUGLAS SMITH


Dated:  July 20, 2012

By:  _/s/ A. David Williams_
A. DAVID WILLIAMS

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**

- 4 -

STIPULATION AND [PROPOSED] ORDER
RE: FURTHER EXTENSION FOR SUPPLEMENTAL BRIEFING
CASE NO. 5:07-CV-02822 WHA JSC

1  **ATTESTATION PURSUANT TO GENERAL ORDER 45, X**

2  I, James A. Meyers, attest that concurrence in the filing of this document has been

3  obtained from all signatories.

4  Dated: July 20, 2012

/s/
James A. Meyers
Orrick, Herrington & Sutcliffe LLP
Counsel for Susan Skaer

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Defendant's supplemental brief due: 7/25/2012 by noon. Plaintiff's supplemental brief due: 7/31/2012 by noon. Hearing is

Dated: July 20, 2012

*Jacqueline S. Corley*
THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE