IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, DOUGLAS SMITH, and SUSAN SKAER,<br><br>      Defendants.<br>                                  / | No. C 07-02822 WHA<br><br>**ORDER RE DEFENDANTS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

      Defendants Amnon Landan, Douglas Smith and Susan Skaer have submitted a motion for relief from Magistrate Judge Corley's order denying defendants' motion for sanctions (Dkt. No. 249). Pursuant to Civil Local Rule 72-2, the Court hereby orders that any responsive brief from the SEC shall be due on **SEPTEMBER 18, 2012**.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE