IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

MERCURY INTERACTIVE LLC, *et al.,*

    Defendants.

No. C 07-02822 WHA

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE**

    The Commission filed a motion to strike certain expert reports and testimony on January 17, 2013, in connection with its opposition to defendants' motions for summary judgment. In the interest of judicial efficiency and in order to maintain the current hearing schedule for the parties' cross-motions for summary judgment, defendants are ordered to file responses, if any, by **WEDNESDAY JANUARY 30 AT NOON**. If plaintiff wishes to file a reply, such reply is due by **NOON ON FRIDAY, FEBRUARY 1**.

**IT IS SO ORDERED.**

Dated: January 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE