| | |
|---|---|
| 1 | MICHAEL D. TORPEY (STATE BAR NO. 79424) |
| | *mtorpey@orrick.com* |
| 2 | JAMES N. KRAMER (STATE BAR NO. 154709) |
| | *jkramer@orrick.com* |
| 3 | JAMES A. MEYERS (ADMITTED *PRO HAC VICE*) |
| | *jmeyers@orrick.com* |
| 4 | NANCY E. HARRIS (STATE BAR NO. 197052) |
| | *nharris@orrick.com* |
| 5 | MATTHEW A. TOLVE (STATE BAR NO. 267334) |
| | *mtolve@orrick.com* |
| 6 | JUSTIN P. BAGDADY (ADMITTED *PRO HAC VICE*) |
| | *jbagdady@orrick.com* |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 8 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 9 | Telephone:    (415) 773-5700 |
| | Facsimile:     (415) 773-5759 |

Attorneys for Defendant
SUSAN SKAER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  3:07-cv-02822 WHA |
| Plaintiff, | **DECLARATION OF MATTHEW A. TOLVE IN SUPPORT OF DEFENDANTS' OPPOSITION TO SEC'S MOTION TO STRIKE** |
| v. | |
| MERCURY INTERACTIVE, LLC (F/K/MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | Date:          February 7, 2013<br>Time:          8:00 am<br>Dept:          Courtroom 8, 19th Floor<br>Judge:         Hon. William H. Alsup<br>Magistrate:  Hon. Jacqueline S. Corley |
| Defendants. | Trial Date:   March 11, 2013 |

I, Matthew A. Tolve, hereby declare:

1. I am a member of the State Bar of California and an associate at Orrick, Herrington & Sutcliffe LLP, attorneys of record for defendant Susan Skaer. I submit this declaration, with the attached exhibits, in support of Defendants' Opposition to the SEC's Motion to Strike Opinions and Reports of Defendants' Expert Witnesses. I have personal knowledge of the matters set forth herein and could and would testify competently to them if asked to do so.

2. Attached hereto as **Exhibit 1** is an excerpt from a true and correct copy of the September 21, 2012 deposition of Sharlene Abrams, Mercury's Chief Financial Officer from 1993 to 2001.

3. Attached hereto as **Exhibit 2** is an excerpt from a true and correct copy of the February 22, 2012 deposition of Kathy Hawkes, Mercury's Manager/Director of Accounting and Reporting from June 1997 to July 2006.

4. Attached hereto as **Exhibit 3** is an excerpt from a true and correct copy of the May 16, 2012 deposition of Mark McCaffrey, PwC's Audit Partner assigned to the Mercury Interactive engagement from 2000 to 2004.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, understanding and belief.

Dated: January 30, 2013          /s/
                        Matthew A. Tolve