1  DAVID WILLIAMS (Cal. Bar No. 183854)
   STEPHAN J. SCHLEGELMILCH
2  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
3  100 F Street, N.E.
   Washington, DC  20549-5977
4  Telephone:  (202) 551-4548
   Facsimile:   (202) 772-9246
5  e-mail:  williamsdav@sec.gov
              schlegelmilchs@sec.gov
6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                      SAN FRANCISCO DIVISION

10

11  SECURITIES AND EXCHANGE            Case No. 07-cv-02822 WHA/JSC
    COMMISSION,
12                                     **DECLARATION OF STEPHAN J.**
                    Plaintiff,         **SCHLEGELMILCH IN SUPPORT OF**
13                                     **PLAINTIFF SECURITIES AND**
         vs.                           **EXCHANGE COMMISSION'S  REPLY**
14                                     **IN SUPPORT OF MOTION TO**
    MERCURY INTERACTIVE, et al.,       **STRIKE OPINIONS AND REPORTS**
15                                     **OF DEFENDANTS' EXPERT**
                    Defendants.        **WITNESSES**
16
                                       Date:    February 7, 2013
17                                     Judge:  Honorable William Alsup

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHAN J. SCHLEGELMILCH

*SEC v. Mercury Interactive, et al.*, Case No. 07-2822 WHA/JSC

I, Stephan J. Schlegelmilch, hereby declare:

1.      I am an attorney licensed to practice law in the State of Ohio and the District of Columbia, and I am admitted to practice before this Court.  I am Assistant Chief Litigation Counsel with the U.S. Securities and Exchange Commission's Division of Enforcement and an attorney of record in this case.  I submit this Declaration in support of plaintiff Securities and Exchange Commission's Reply In Support Of Its Motion to Strike Defendants' Expert Witnesses. I make this Declaration based on personal knowledge, except where otherwise indicated and, if called as a witness, I could and would testify thereto.

2.      Attached hereto as **Exhibit A** to this Declaration is a true and accurate copy of excerpts of the deposition of defendant Amnon Landan.

3.      Attached hereto as **Exhibit B** to this Declaration is a true and accurate copy of excerpts of the deposition of defendant Susan Skaer.

4.      Attached hereto as **Exhibit C** to this Declaration is a true and accurate copy of excerpts of the deposition of defendant Douglas Smith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  February 1, 2013

_s/ Stephan J. Schlegelmilch_____
A. David Williams
Stephan J. Schlegelmilch
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20901-4010
Telephone:  (202) 551-4548 (Williams)
Fax: (202) 972-9246 (Williams)