UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---o0o---

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

    vs.                          Case No. 07-cv-02822
                                    WHA
MERCURY INTERACTIVE, et al.,

    Defendants.
_____ /


VIDEOTAPED DEPOSITION OF

AMNON LANDAN

_____

Tuesday, March 27, 2012


REPORTED BY:  RACHEL FERRIER, CSR 6948

                                            (1-442264)

```
 1                   INDEX OF EXAMINATIONS

 2

 3    EXAMINATION BY                                       PAGE

 4    Mr. Robbins                                       11, 133

 5             EXHIBITS MARKED FOR IDENTIFICATION

 6    NO.                 DESCRIPTION                      PAGE

 7    Exhibit 139  Notice of Deposition                      13

 8    Exhibit 140  Second Amended Complaint                  13

 9    Exhibit 141  E-mail dated 3/7/99
                   (Bates MEC AL2_00316016)                  29
10
      Exhibit 142  E-mail dated 2/6/99
11                 (Bates OMM MERQ 00518 -
                   OMM MERQ 00538                            33
12
      Exhibit 143  E-mail string dated
13                 3/7/99, 3/8/99
                   (Bates OMM MERQ 00540 -
14                 OMM MERQ 00541)                           37

15    Exhibit 144  E-mail string dated
                   3/10/99
16                 (Bates OMM MERQ 00605)                    44

17    Exhibit 145  E-mail string dated
                   3/16/99, 3/30/99, with
18                 attachments
                   (Bates OMM MERQ 00568 -
19                 OMM MERQ 00583)                           46

20    Exhibit 146  Unanimous Written Consent
                   of the Compensation
21                 Committee of the Board of
                   Directors of Mercury
22                 Interactive Corporation
                   (Bates OMM MERQ 00513 -
23                 OMM MERQ 00517)                           52

24

25
```

```
 1                EXHIBITS MARKED FOR IDENTIFICATION
 2    NO.                  DESCRIPTION                       PAGE
 3    Exhibit 147  Unanimous Written Consent
                   of the Compensation
 4                 Committee of the Board of
                   Directors of Mercury
 5                 Interactive Corporation
                   (Bates OMM MERQ 00589 -
 6                 OMM MERQ 00604)                            54

 7    Exhibit 148  Chart entitled "April 20,
                   1999 Option Grant"
 8                 (Bates OMM MERQ 00677 -
                   OMM MERQ 00678)                            62
 9
      Exhibit 149  E-mail string dated
10                 5/4/99, 5/5/99
                   (Bates OMM MERQ 00686)                     65
11
      Exhibit 150  E-mail string dated 6/29/99
12                 (Bates OMM MERQ 00715)                     67

13    Exhibit 151  E-mail string dated
                   7/14/99, 7/19/99, 7/20/99
14                 (Bates OMM MERQ 00719 -
                   OMM MERQ 00720)                            71
15
      Exhibit 152  Unanimous Written Consent
16                 of the Compensation
                   Committee of the Board of
17                 Directors of Mercury
                   Interactive Corporation
18                 (Bates OMM MERQ 00679 -
                   OMM MERQ 00684)                            74
19
      Exhibit 153  Copy of a file folder
20                 labeled "Minutes of a
                   Special meeting of BOD
21                 3/25/99" with attached
                   Minutes of a Special
22                 Telephonic Meeting of the
                   Board of Directors of
23                 Mercury Interactive Corp.
                   March 25, 1999
24                 (Bates MEC 0344278 -
                   MEC 0344302)                               81
25
```

AMNON LANDAN - 3/27/2012

Page 4

| NO. | | DESCRIPTION | PAGE |
|---|---|---|---|
| Exhibit 154 | | E-mail string dated 3/30/99 (Bates OMM MERQ 06146 - OMM MERQ 06148) | 92 |
| Exhibit 155 | | E-mail string dated 1/7/00 (Bates OMM MERQ 06942) | 95 |
| Exhibit 156 | | E-mail string dated 1/7/00 (Bates OMM MERQ 06943) | 98 |
| Exhibit 157 | | E-mail string dated 8/31/00 (Bates MEC SA2_00147003) | 100 |
| Exhibit 158 | | E-mail string dated 11/2/02, 11/24/02, 11/26/02, 12/2/02 (Bates MEC SS3_00023524 - MEC SS3_00023528) | 102 |
| Exhibit 159 | | Minutes of the Meeting of the Board of Directors of Mercury Interactive Corp. June 7, 2005 (Bates MEC 0091327 - MEC 0091331) | 114 |
| Exhibit 160 | | Form 10-K405, Mercury Interactive Corp., Filed: March 22, 2000 (Bates SEC V. MERCURY 16503 - SEC V. MERCURY 16554) | 135 |
| Exhibit 161 | | Form 10-K, Mercury Interactive Corp., Filed: March 14, 2003 (Bates SEC V. MERCURY 16208 - SEC V. MERCURY 16293) | 143 |
| Exhibit 162 | | E-mail dated 2/24/03 (Bates MEC 0784746) | 159 |

EXHIBITS MARKED FOR IDENTIFICATION

| | EXHIBITS MARKED FOR IDENTIFICATION | |
|---|---|---|
| NO. | DESCRIPTION | PAGE |
| Exhibit 163 | Letter dated 2/4/98 to Price Waterhouse from Mercury Interactive (Bates SEC V. MERCURY 00101 - SEC V. MERCURY 00104) | 167 |
| Exhibit 164 | Letter dated 1/22/02 to Price WaterhouseCoopers from Mercury Interactive (Bates SEC V. MERCURY 00134 - SEC V. MERCURY 00139) | 170 |
| Exhibit 165 | Form 4 for Amnon Landan (Bates OMM MERQ 03575 - OMM MERQ 03576) | 180 |
| Exhibit 166 | Fax cover sheet from Susan Skaer to Dave Kempski and Anne Marie McCauley dated 3/10/98 (Bates OMM MERQ 03573 - OMM MERQ 03574) | 181 |
| Exhibit 167 | Form 4 for Amnon Landan (Bates OMM MERQ 03577 - OMM MERQ 03578) | 183 |
| Exhibit 168 | E-mail dated 3/25/98 (Bates OMM MERQ 03574) | 183 |
| Exhibit 169 | Federal Capital Gains Tax Rates 1988-2011 | 187 |
| Exhibit 170 | United States District Court United States of America v. Sharlene P. Abrams, Indictment | 192 |
| Exhibit 171 | E-mail string dated 4/1/98, 4/2/98 (Bates MEC DK2_00067467) | 197 |
| Exhibit 172 | Table (Bates MEC 0975466) | 201 |

```
 1              EXHIBITS MARKED FOR IDENTIFICATION
 2    NO.                   DESCRIPTION                    PAGE
 3    Exhibit 173  E-mail string dated 12/18/98
                   (Bates MEC AL2_00321254)                 204
 4
      Exhibit 174  E-mail string dated
 5                 3/13/00, 3/17/00, 3/18/00,
                   3/20/00
 6                 (Bates MEC KK2_00896474 -
                   MEC KK2_00896475)                        206
 7
      Exhibit 175  E-mail dated 5/24/99, with
 8                 attachment
                   (Bates MEC SA2_0069566 -
 9                 MEC SA2_0069586)                         211

10    Exhibit 176  Minutes of a Special
                   Telephonic Meeting of the
11                 Board of Directors of
                   Mercury Interactive Corp.
12                 March 27, 2002
                   (Bates MEC 0090980 -
13                 MEC 0090981)                             216

14    Exhibit 177  E-mail string dated 7/3/02
                   (Bates MEC SS3_00064037)                 217
15
      Exhibit 178  Unanimous Written Consent
16                 of the Stock Option
                   Committee of the Board of
17                 Directors of Mercury
                   Interactive Corporation
18                 (Bates OMM MERQ 02094 -
                   OMM MERQ 002102)                         220
19
      Exhibit 179  Mercury Interactive Corp.
20                 Meeting of the Compensation
                   Committee of the Board of
21                 Directors, July 31, 2002
                   (Bates OMM MERQ 02135 -
22                 OMM MERQ 02137)                          221

23    Exhibit 180  E-mail dated 3/19/02
                   (MEC SS3_00027387)                       224
24

25
```

```
 1                EXHIBITS MARKED FOR IDENTIFICATION

 2    NO.                   DESCRIPTION                      PAGE

 3    Exhibit 181  E-mail string dated
                   10/30/02, 10/31/02,
 4                 11/2/02, 11/4/02, 11/5/02
                   (Bates MEC SS3_00024532)                   228
 5

 6

 7                  PREVIOUSLY MARKED EXHIBITS

 8    NO.                   DESCRIPTION                      PAGE

 9    Exhibit 118  E-mail string dated
                   3/26/02, 3/27/02, with
10                 Attachment
                   (Bates MEC SS3_00027362 -
11                 MEC SS3_00027364)                          215

12    Exhibit 135  Response of Mercury
                   Interactive Corporation
13                 Special Committee of the
                   Board of Directors to
14                 NASDAQ Questions Regarding
                   Mercury's Internal
15                 Investigation dated
                   November 4, 2005
16                 (Bates MEC 0343415 -
                   MEC 0343465)                               122
17

18

19

20                         ---o0o---

21

22

23

24

25
```

```
 1            BE IT REMEMBERED that, pursuant to the laws
 2   governing the taking and use of depositions, on
 3   Tuesday, March 27, 2012, commencing at 9:01 a.m.
 4   thereof, at Shearman & Sterling, LLP, Four Embarcadero
 5   Center, Suite 3800, San Francisco, California 94111,
 6   before me, RACHEL FERRIER, a Certified Shorthand
 7   Reporter, personally appeared AMNON LANDAN, called as a
 8   witness by Plaintiff, who, being by me first duly sworn,
 9   was thereupon examined as a witness in said action.
10                    APPEARANCES OF COUNSEL
11   For the Plaintiff:
12            UNITED STATES SECURITIES AND EXCHANGE
              COMMISSION
13            BY:  DAVID WILLIAMS, Assistant Chief
              Litigation Counsel,
14            Division of Enforcement, Room #4221
              100 F Street, N.E.
15            Washington, D.C. 20549
              Telephone:  202.551.4548
16            Email:  williamsdav@sec.gov
17
     For the Defendant DOUGLAS SMITH:
18
              SHEARMAN & STERLING LLP
19            BY:  PATRICK D. ROBBINS, Attorney at Law
              Four Embarcadero Center
20            San Francisco, California 94111
              Telephone:  415.616.1100
21            Email:  probbins@shearman.com
22
23
24
25
```

```
 1                 APPEARANCES (Continued)

 2   For the Defendant SUSAN SKAER:

 3           ORRICK, HERRINGTON & SUTCLIFFE LLP
             BY:  JUSTYNA WALUKIEWICZ LEE, Attorney at Law
 4                MICHAEL TORPEY, Attorney at Law
             The Orrick Building
 5           405 Howard Street
             San Francisco, California 94105
 6           Telephone:  415.773.5877
             Email:  jwalukiewicz@orrick.com
 7                   mtorpey@orrick.com

 8   For the Witness:

 9           SULLIVAN WORCESTER LLP
             BY:  ANDREW T. SOLOMON, Attorney at Law
10           1290 Avenue of the Americas
             New York, New York 10104
11           Telephone:  212.660.3923
             Email:  asolomon@sandw.com
12
     and
13
             LAW OFFICE OF K.C. MAXWELL
14           BY:  K.C. MAXWELL, Attorney at Law
             235 Montgomery Street, Suite 1070
15           San Francisco, California 94104
             Telephone:  415.322.8817
16           Email:  kcm@kcmaxlaw.com

17
     ALSO PRESENT:  JENNIFER McKAY, Videographer
18

19                       ---o0o---

20

21

22

23

24

25
```

```
 1                SAN FRANCISCO, CALIFORNIA
 2               TUESDAY, MARCH 27, 2012
 3                      9:01 A.M.
 4                       ---o0o---
 5                     PROCEEDINGS                          13:23:22
 6         THE VIDEOGRAPHER:  Here begins Volume 1,
 7   Videotape No. 1 in the deposition of Amnon Landan in the
 8   matter of SEC versus Mercury Interactive in United
 9   States District Court, Northern District of California.
10   Case number is 07-cv-02822 WHA.                        13:23:22
11         Today's date is March 27, 2012.  The time on
12   the video monitor is 9:01 a.m.
13         Your video operator today is Jennifer McKay, a
14   notary public employed by Merrill in San Francisco,
15   California.                                            13:23:22
16         This deposition is taking place at Shearman &
17   Sterling in San Francisco, California.
18         Counsel, please identify yourselves and state
19   whom you represent.
20         MR. WILLIAMS:  David Williams for the            13:23:22
21   plaintiff, Securities and Exchange Commission.
22         MS. MAXWELL:  K.C. Maxwell for Amnon Landon.
23         MS. WALUKIEWICZ LEE:  Justyna Lee from Orrick,
24   Herrington & Sutcliffe on behalf of Susan Skaer.
25         MR. ROBBINS:  Patrick Robbins of Shearman &      13:23:22
```

```
 1    Sterling on behalf of Doug Smith.
 2             MR. SOLOMON:  Andrew Solomon -- Sullivan &
 3    Worcester -- for Amnon Landan.
 4             THE VIDEOGRAPHER:  Your Court Reporter today is
 5    Rachel Ferrier of Merrill.                                      13:23:22
 6             Would the Reporter please swear in the witness.
 7                          ---o0o---
 8                         AMNON LANDAN
 9             _____
10             called as a witness, having been first duly           09:27:22
11             sworn, was examined and testified as follows:
12                          ---o0o---
13             THE VIDEOGRAPHER:  Please begin.
14                         EXAMINATION
15    BY MR. WILLIAMS:                                               13:23:22
16        Q   Good morning, Mr. Landan.
17        A   Good morning, Mr. Williams.
18        Q   As I just said, my name is David Williams, and
19    I have asked you here today to give your deposition in
20    this case.                                                     13:23:22
21             My first question to you is:  Have you ever sat
22    for a deposition before?
23        A   Yes.
24        Q   Okay.  Was that in a federal court case or in
25    some other context?                                            13:23:22
```

```
 1        A    The first -- the first statement, no, I don't.
 2        Q    Okay.  Do you know what that means, options to
 3   be granted at no less than fair value?
 4        A    Now that I look and read this, I can speculate       13:23:48
 5   that it's options being granted at lower price than the
 6   price at the day of the grant.
 7        Q    Okay.  And the -- the -- the minutes refer to
 8   the stock option plan being attached as Exhibit B, and
 9   I'll represent to you that the exhibits are attached to
10   this exhibit.                                                  13:23:48
11             Let me ask you to turn to Exhibit B, which is
12   Bates No. MEC 0344292, and do you find that part of the
13   document?
14        A    I did.
15        Q    And this is, appears to be at least, Mercury         13:23:48
16   Interactive Corporation's 1999 Stock Option Plan as
17   amended on May 26, 1999.
18             My question to you is:  Have you ever seen this
19   document before?
20        A    I have seen it as part of the preparation and        13:23:50
21   whole process.
22        Q    Prior -- prior to the SEC Complaint?
23        A    I don't recall seeing this before.
24        Q    Okay.  In connection with your service on
25   Mercury's board of directors and Stock Option Committee,       13:23:50
```