SUSAN TANNER - 4/25/2012

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) vs. ) MERCURY INTERACTIVE, et al., ) ) Defendants. ) _____ ) | No. 07-cv-02822 WHA |

VIDEOTAPED DEPOSITION OF

SUSAN TANNER

_____

WEDNESDAY, APRIL 25, 2012

REPORTED BY: HOLLY THUMAN, CSR No. 6834, RMR, CRR

(1-443098)

```
 1                        I N D E X

 2                    INDEX OF EXAMINATIONS

 3      EXAMINATION BY:                              PAGE

 4      MR. WILLIAMS                                    6
        MR. KRAMER                                    106
 5                         --o0o--

 6            EXHIBITS MARKED FOR IDENTIFICATION

 7      NO.               DESCRIPTION                PAGE

 8      Exhibit 210    Email chain, Skaer to Yaron and    19
                       others, 3-21-2003, with
 9                     attachment (MEC SS3_00020128
                       through -20171)
10
        Exhibit 211    Email chain, Skaer to Smith,       32
11                     3-17-2003 (MEC SS3_00020834
                       through -20835)
12
        Exhibit 212    Email chain, Skaer to Valentine,   35
13                     April 16, 2003 (MEC
                       SS3_00018779)
14
        Exhibit 213    Document headed "Minutes of a      37
15                     Special TAelephonic Meeting of
                       the Board of Directors of
16                     Mercury Interactive Corporation,
                       March 25, 1999" (no Bates
17                     numbers)

18      Exhibit 214    Email, Abrams to Finegold, March   39
                       16, 1999 (MEC 0350695 through
19                     -697)

20      Exhibit 215    Email, Skaer to Abrams, December   41
                       20, 1999 (MEC SA3_00008877)
21
        Exhibit 216    Notice of Grant of Stoc Options    57
22                     and Option Agreement (OMM MERQ
                       01577)
23
        Exhibit 217    Email chain, Smith to Skaer,       59
24                     12-7-01 (MEC 0799678)

25      (Cont'd)
```

1   (Exhibits, cont'd)

2   Exhibit 218   Email chain, Landan to Skaer,              62
                  November 15, 2001 (SEC V.
3                 MERCURY 18205)

4   Exhibit 219   Notice of Grant of Stock Options           64
                  and Option Agreement, Doug Smith
5                 (OMM MERQ 08636)

6   Exhibit 220   Email, Skaer to Yaron and                  71
                  others, November 14, 2001 (OMM
7                 MERQ 01565)

8   Exhibit 221   Email chain, Pennington to                 73
                  Skaer, 2-4-2002 (MEC 0041187
9                 through -1188)

10  Exhibit 222   Email, Skaer to Smith, 2-4-2002            80
                  (OMM MERQ 06438)
11
    Exhibit 223   Email, Skaer to Smith, 3-1-2002            83
12                (MEC DS2_00349595)

13  Exhibit 224   Email chain, Skaer to Jain,                84
                  7-11-02 (MEC SS3_00011429
14                through -11432)

15  Exhibit 225   Email, Pennington to Howard                95
                  Abrams, Sharlene Abrams,
16                5-4-2001 (OMM MERQ 04023)

17  Exhibit 226   Email chain, Skaer to Hawkes,             103
                  December 4, 2001 (MEC 0846008
18                through -6009)

19                        --o0o--

20    PREVIOUSLY MARKED EXHIBITS ATTACHED FOR REFERENCE

21  NO.                  DESCRIPTION                       PAGE

22  Exhibit 46    Previously marked                          76

23  Exhibit 166   Previously marked                          94

24  Exhibit 102   Previously marked                          99

25

```
 1        Deposition of SUSAN TANNER, taken by the
 2   Plaintiff, at ORRICK, HERRINGTON & SUTCLIFFE LLP,
 3   1000 Marsh Road, Menlo Park, California 94025,
 4   commencing at 9:07 a.m., on WEDNESDAY, APRIL 25,
 5   2012, before me, HOLLY THUMAN, CSR, RMR, CRR.
 6                     APPEARANCES
 7   FOR THE PLAINTIFF:
 8        SECURITIES AND EXCHANGE COMMISSION
          100 "F" Street, NE, Suite 4221
 9        Washington, DC 20549-4010
          By:  DAVID WILLIAMS, Attorney at Law
10             williamsdav@sec.gov
11   FOR DEFENDANT SUSAN SKAER:
12        ORRICK, HERRINGTON & SUTCLIFFE LLP
          The Orrick Building, 405 Howard Street
13        San Francisco, California 94105-2669
          By:  JAMES KRAMER, Attorney at Law
14             jkramer@orrick.com
               JENNIFER NEJAD, Attorney at Law
15             jnejad@orrick.com
               MIKE TORPEY, Attorney at Law
16             mtorpey@orrick.com
17   FOR DEFENDANT AMNON LANDAN:
18        SULLIVAN & WORCESTER
          1290 Avenue of the Americas
19        New York, New York 10104
          By:  ANDREW T. SOLOMON, Attorney at Law
20             asolomon@sandw.com
21   FOR DEFENDANT DOUGLAS SMITH:
22        SHEARMAN & STERLING
          Four Embarcadero Center
23        San Francisco, California 94111-5994
          By:  PATRICK ROBBINS, Attorney at Law
24             probbins@shearman.com
25   ALSO PRESENT:  PATRICIA GUERRERO, Videographer
```

|  |  |
|---|---|
|  | 1    MENLO PARK, CALIFORNIA; WEDNESDAY, APRIL 25, 2012 |
|  | 2                        9:07 a.m. |
|  | 3                        --o0o-- |
| 09:06:58 | 4                      PROCEEDINGS |
| 09:06:59 | 5        THE VIDEO OPERATOR:  Here begins Volume 1, |
| 09:07:03 | 6    Videotape No. 1 in the deposition of Susan Tanner |
| 09:07:06 | 7    in the matter of SEC versus Mercury Interactive, |
| 09:07:08 | 8    LLC, in the US District Court, Northern District of |
| 09:07:17 | 9    California.  The case number is 07-cv-02822 WHA. |
| 09:07:19 | 10        Today's date is April 25th, 2012.  The |
| 09:07:22 | 11   time on the video monitor is 9:07. |
| 09:07:24 | 12        The videographer today is Patricia |
| 09:07:27 | 13   Guerrero, a Notary Public employed by Merrill Court |
| 09:07:30 | 14   Reporting, San Francisco. |
| 09:07:32 | 15        This video deposition is taking place at |
| 09:07:35 | 16   the law offices of Orrick, Herrington and |
| 09:07:40 | 17   Sutcliffe, 1000 Marsh Road, Menlo Park, California. |
| 09:07:43 | 18        Counsel, would you please voice identify |
| 09:07:44 | 19   yourselves and state whom you represent. |
| 09:07:45 | 20        MR. WILLIAMS:  David Williams for the |
| 09:07:48 | 21   Plaintiff, Securities and Exchange Commission. |
| 09:07:49 | 22        MR. ROBBINS:  I'm Patrick Robbins of |
| 09:07:50 | 23   Shearman & Sterling, and I represent Defendant Doug |
| 09:07:52 | 24   Smith. |
|  | 25        MR. TORPEY:  I'm Mike Torpey at Orrick, |

```
09:07:57   1    Herrington.  I represent the defendant Susan Skaer.
09:07:58   2            MR. SOLOMON:  Andrew Solomon from Sullivan
09:08:02   3    & Worcester, representing Defendant Amnon Landan.
09:08:03   4            MS. NEJAD:  Jennifer Nejad from Orrick,
09:08:05   5    representing Defendant Susan Skaer.
09:08:06   6            MR. KRAMER:  Jim Kramer from Orrick on
09:08:09   7    behalf of Ms. Tanner.
09:08:09   8            THE VIDEO OPERATOR:  Thank you.  The court
09:08:11   9    reporter today is Holly Thuman of Merrill Court
09:08:13  10    Reporting.
09:08:16  11          Would the court reporter swear in the
09:08:16  12    witness.
09:08:16  13                    SUSAN TANNER,
09:08:16  14            _____
09:08:16  15       called as a witness, having been first duly
09:08:26  16       sworn, was examined and testified as follows:
09:08:26  17            THE VIDEO OPERATOR:  Thank you, please
16:29:58  18    begin.
09:08:27  19              EXAMINATION BY MR. WILLIAMS
09:08:28  20            MR. WILLIAMS:  Q.  Good morning.
09:08:30  21       A.  Good morning.
09:08:33  22       Q.  Your name in this case as a defendant is
09:08:37  23    Susan Skaer, but I understand that your name is now
09:08:38  24    Mrs. Tanner.  Is that correct?
          25       A.  Yes.  I got married.
```

```
09:52:48   1        Q.  Okay.
09:52:51   2        A.  Versus what I knew at some other point and
09:52:52   3   what the practice was.
09:52:57   4        Q.  Okay.  So given your ability to -- your
09:53:00   5   inability to distinguish what you knew then from
09:53:02   6   what you know now, you can't answer whether or not
09:53:07   7   you knew how the stock option was and granted -- or
09:53:12   8   strike the question.
09:53:17   9            Did you know in 1999 and 2000 how the
09:53:20  10   grant date of a stock option was determined under
09:53:24  11   the 1999 stock option plan?
09:53:29  12        A.  I don't remember now.
09:53:31  13        Q.  As you sit here, you don't recall whether
09:53:32  14   or not you knew that?
09:53:33  15        A.  Right.
09:53:34  16            MR. KRAMER:  Objection.  Mischaracterizes
09:53:35  17   her testimony.
09:53:36  18            You can answer.
09:53:38  19            THE WITNESS:  I just don't remember.  It
09:53:40  20   was a long time ago.  I don't remember what I knew
09:53:40  21   then.
09:53:48  22            MR. WILLIAMS:  Q.  Okay.  Notwithstanding
09:53:50  23   the terms of the stock option plan, do you have a
09:53:53  24   recollection as to how options were granted at
          25   Mercury Interactive in about 2000, 2001?
```