UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---o0o---

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

    vs.                           Case No.: 07-cv-02822
                                WHA/JSC
MERCURY INTERACTIVE, et al.,

    Defendants.
_____   /


VIDEOTAPED DEPOSITION OF

DOUGLAS SMITH

_____

Thursday, August 02, 2012


REPORTED BY: RACHEL FERRIER, CSR 6948

(1-445314)

```
 1                  INDEX OF EXAMINATIONS

 2
     EXAMINATION BY                                     PAGE
 3
     Mr. Williams                                       8, 74
 4

 5

 6          EXHIBITS MARKED FOR IDENTIFICATION

 7   NO.                DESCRIPTION                     PAGE

 8   Exhibit 319     Notice of Deposition                10

 9   Exhibit 320     Form 10-Q for Computervision
                     Corporation, March 31, 1996         29
10
     Exhibit 321     Defendant Douglas Smith's
11                   Responses and Objections to
                     the Plaintiff Securities and
12                   Exchange Commission's First
                     Set of Interrogatories              31
13
     Exhibit 322     Two letters dated 5/22/00 to
14                   Doug Smith from Amnon Landan
                     (Bates Nos. OMM MERQ 07279 -
15                   OMM MERQ 07282)                     45

16   Exhibit 323     E-mail dated 5/23/00, with
                     attachment
17                   (Bates Nos. OMM MERQ 07273 -
                     OMM MERQ 07275)                     50
18
     Exhibit 324     E-mail string dated 5/30/00,
19                   5/31/00
                     (Bates Nos. OMM MERQ 07285 -
20                   OMM MERQ 07288)                     53

21   Exhibit 325     E-mail string dated 6/7/09,
                     6/8/09
22                   (Bates Nos. OMM MERQ 07702 -
                     OMM MERQ 07703)                     57
23
     Exhibit 326     E-mail string dated 7/5/00,
24                   7/8/00, with attachment
                     (Bates Nos. OMM MERQ 07290 -
25                   OMM MERQ 07298)                     61
```

```
 1              EXHIBITS MARKED FOR IDENTIFICATION
 2     NO.                  DESCRIPTION                    PAGE
 3     Exhibit 327     E-mail dated 8/2/00, with
                      attachment
 4                    (Bates Nos. MEC SA3_00007457 -
                      MEC SA3_00007470)                     62
 5
       Exhibit 328     E-mail dated 8/4/00
 6                    (Bates No. MEC SA2_00151235)          66
 7     Exhibit 329     E-mail dated 9/6/00, with
                      attachment
 8                    (Bates Nos. OMM MERQ 07722 -
                      OMM MERQ 07724)                       68
 9
       Exhibit 330     E-mail dated 10/23/01
10                    (Bates Nos. OMM MERQ 01650)           74
11     Exhibit 331     Web page printout titled
                      "About me"                            77
12
       Exhibit 332     Resume for Douglas Smith             79
13
       Exhibit 333     Mercury - The Epilogue               80
14
       Exhibit 334     E-mail dated 11/28/00,
15                    with attachment
                      (Bates Nos. MEC DS2_00006510 -
16                    MEC DS2_00006524)                     101
17     Exhibit 335     E-mail dated 11/5/01
                      (Bates No. OMM MERQ 01657)            107
18
       Exhibit 336     Form 5, Annual Statement of
19                    Changes in Beneficial
                      Ownership
20                    (Bates Nos. OMM MERQ 01692 -
                      OMM MERQ 01693)                       114
21
       Exhibit 337     Mercury Interactive 2001
22                    Fourth Quarter Earnings
                      Conference Call
23                    (Bates Nos. MEC 0298833/
                      DPW_004741 - MEC 0298859/
24                    DPW_004767)                           118
25
```

```
 1              EXHIBITS MARKED FOR IDENTIFICATION
 2      NO.                   DESCRIPTION                   PAGE
 3      Exhibit 338      E-mail dated 9/17/02
                         (Bates No. MEC SS3_00063758)        123
 4
        Exhibit 339      E-mail dated 3/8/03
 5                       (Bates Nos. SECYAR001924 -
                         SECYAR001925)                       124
 6
        Exhibit 340      E-mail dated 3/12/03
 7                       (Bates No. SECYAR001926)            130
 8      Exhibit 341      Mercury Interactive Corp.
                         Meeting of the Compensation
 9                       Committee of the Board of
                         Directors 2/12/02
10                       (Bates Nos. OMM MERQ 01748 -
                         OMM MERQ 01751)                     142
11
        Exhibit 342      E-mail string dated 3/29/02,
12                       4/2/02, 4/3/02
                         (Bates Nos. OMM MERQ 02063 -
13                       OMM MERQ 02064)                     148
14      Exhibit 343      E-mail string dated 12/4/02,
                         12/5/02, with attachment
15                       (Bates Nos. MEC SS3_00023489 -
                         MEC SS3_00023491)                   155
16
        Exhibit 344      E-mail dated 12/16/02
17                       (Bates No. MEC SS3_00042425)        158
18      Exhibit 345      E-mail dated 12/16/02
                         (Bates No. MEC SS3_00042424)        159
19
        Exhibit 346      E-mail string dated 12/16/02,
20                       12/17/02, 12/19/02, 12/20/02
                         (Bates Nos. MEC AL3_00052921 -
21                        MEC AL3_00052922)                  160
22      Exhibit 347      E-mail string dated 12/16/02,
                         12/17/02, 12/19/02, 12/20/02
23                       (Bates Nos. MEC AL3_00052918 -
                          MEC AL3_00052920)                  163
24
                             ---o0o---
25
```

```
 1              BE IT REMEMBERED that, pursuant to the laws
 2     governing the taking and use of depositions, on
 3     Thursday, August 02, 2012, commencing at 10:12 a.m.
 4     thereof, at Shearman & Sterling, LLP, Four Embarcadero
 5     Center, Suite 3800, San Francisco, California 94111,
 6     before me, RACHEL FERRIER, a Certified Shorthand
 7     Reporter, personally appeared DOUGLAS SMITH, called as a
 8     witness by the Plaintiff, who, being by me first duly
 9     sworn, was thereupon examined as a witness in said
10     action.
11                        APPEARANCES OF COUNSEL
12     For the Plaintiff:
13              UNITED STATES SECURITIES AND EXCHANGE
                COMMISSION
14              BY:  DAVID WILLIAMS, Assistant Chief
                Litigation Counsel
15              Division of Enforcement, Room #4221
                100 F Street, N.E.
16              Washington, D.C. 20549
                Telephone:  202.551.4548
17              Email:  williamsdav@sec.gov
18
       For the Defendant SUSAN SKAER:
19
                ORRICK, HERRINGTON & SUTCLIFFE LLP
20              BY:  JUSTYNA WALUKIEWICA LEE, Attorney at Law
                     MICHAEL D. TORPEY, Attorney at Law
21              The Orrick Building
                405 Howard Street
22              San Francisco, California 94105
                Telephone:  415.773.5700
23              Email:  jlee@orrick.com
                        mtorpey@orrick.com
24
25
```

```
 1                APPEARANCES (Continued)

 2   For the Defendant DOUGLAS SMITH:

 3           SHEARMAN & STERLING LLP
             BY:  PATRICK D. ROBBINS, Attorney at Law
 4                EMILY V. GRIFFEN, Attorney at Law
                  JEFFREY S. FACTER, Attorney at Law
 5           Four Embarcadero Center, Suite 3800
             San Francisco, California 94111
 6           Telephone:  415.616.1100
             Email:  probbbins@shearman.com
 7                   emily.griffen@shearman.com
                     jfacter@shearman.com
 8

 9   For the Defendant AMNON LANDAN:

10           LAW OFFICE OF K.C. MAXWELL
             BY:  K.C. MAXWELL, Attorney at Law
11           115 Sansome Street, Suite 1204
             San Francisco, California 94104
12           Telephone:  415.322.8817
             Email:  kcm@kcmaxlaw.com
13

14

15   ALSO PRESENT:   TED HOPPE, Videographer

16                      ---o0o---

17

18

19

20

21

22

23

24

25
```

```
 1                  SAN FRANCISCO, CALIFORNIA
 2                  THURSDAY, AUGUST 02, 2012
 3                         10:12 A.M.
 4                          ---o0o---
 5                         PROCEEDINGS
 6          THE VIDEOGRAPHER:  Very good.  Tape is rolling,
 7   so let's begin.
 8          Here begins Volume No. 1, Videotape No. 1 in
 9   the deposition of Douglas Smith in the matter of the
10   Securities and Exchange Commission versus Mercury
11   Interactive in the United States District Court,
12   Northern District of California, Case
13   No. 07-cv-02822 WHA/JSC.
14          Today's date is August 2nd, 2012.  The time on
15   the video monitor is 10:12.
16          The video operator today is Ted Hoppe, a notary
17   public contracted by Merrill Court Reporting,
18   San Francisco, California.
19          This videotaped deposition is taking place at
20   Four Embarcadero Center in San Francisco.
21          Counsel, could you please voice identify
22   yourselves and state whom you represent.
23          MR. ROBBINS:  My name is Patrick Robbins with
24   the law firm Shearman & Sterling, and I represent
25   Douglas Smith today.
```

```
 1          MS. GRIFFEN:  Emily Griffen, also with
 2   Shearman, for Mr. Smith.
 3          MR. FACTER:  Jeff Facter of Shearman for
 4   Mr. Smith.
 5          MS. LEE:  Justyna Lee from Orrick, Herrington &
 6   Sutcliffe on behalf of Susan Skaer.
 7          MR. TORPEY:  Mike Torpey, Orrick, on behalf of
 8   Susan Skaer.
 9          MS. MAXWELL:  K.C. Maxwell on behalf of Amnon
10   Landan.
11          MR. WILLIAMS:  David Williams for the
12   plaintiff, Securities and Exchange Commission.
13          THE VIDEOGRAPHER:  Rachel, could you please
14   swear the witness.
15                       ---o0o---
16                      DOUGLAS SMITH
17          _____
18          called as a witness, having been first duly
19          sworn, was examined and testified as follows:
20                       ---o0o---
21          THE VIDEOGRAPHER:  Please proceed.
22                      EXAMINATION
23   BY MR. WILLIAMS:
24       Q   Good morning, Mr. Smith.
25       A   Good morning, Dave.
```

```
 1      Q    Okay.
 2      A    To be clear, the $25 price that I used in that
 3  had nothing to do with me asking for or speculating as
 4  to a price for my stock option grants.  That was the
 5  price I was using to calculate an assumed value of my
 6  overall compensation package were I to take the job and
 7  we were to perform as a bil- -- and realize our
 8  billion-dollar-company objective and what I -- and what
 9  the resulting value would be, so that's the first
10  statement.
11      Q    Okay.
12      A    And the second question again?
13      Q    Yeah.
14           How did you believe that the price of your
15  options was supposed to be determined?
16      A    Well, I believed it was supposed to be
17  determined by the -- I really don't know what the actual
18  method for determining the grant date was or should be.
19      Q    Okay.  You didn't know?
20      A    I didn't know.
21      Q    And then you go on to talk about one of your
22  first tasks as CFO was to meet and authorize the
23  company's auditors to undertake and publish an extensive
24  report on all the business practices and finance matters
25  of Mercury that the auditors believed require my
```