# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** SEC v Mercury Interactive LLC, et al.

**CASE NO.** C07-2822 WHA (JSC)

**COURTROOM DEPUTY:** Ada Means

**DATE:** 2/1/2013      **TIME:** 1.5 hours      **COURT REPORTER:** Not Reported

**COUNSEL FOR PLAINTIFF:**

**COUNSEL FOR DEFENDANT:**
Patrick Robbins (Doug Smith)
Jim Kramer (Susan Skaer)

**PROCEEDINGS**

[X]  TELEPHONIC SETTLEMENT CONFERENCE

[ ]  FURTHER SETTLEMENT CONFERENCE

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE:

[ ]  TELEPHONIC CONFERENCE RE:

[ ]  OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

cc:

*T=Telephonic Appearance