Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Jiyoun Chung (State Bar No. 226900)
Jason Allen (State Bar No. 251759)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone:     (415) 616-1100
Facsimile:     (415) 616-1199
Email:          jfacter@shearman.com
                probbins@shearman.com
                egriffen@shearman.com
                jchung@shearman.com
                jallen@shearman.com

Attorneys for Defendant Douglas Smith

[Add'l Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No.: 5:07-C02822-WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO ISSUE QUESTIONNAIRES TO POTENTIAL JURORS |

This Stipulation is entered into by and among Plaintiff Securities and Exchange Commission, and Defendants Amnon Landan, Susan Skaer and Douglas Smith, (together, the "Parties"), through their respective attorneys of record.

WHEREAS, all parties have an interest in a fair and efficient jury selection process;

WHEREAS, all parties agree upon a juror questionnaire for potential jurors to fill out prior to voir dire, attached hereto as Exhibit A; and

WHEREAS, asking potential jurors to fill out the agreed-upon questionnaire would save the Court time in the voir dire process;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective Parties hereto, subject to the Court's approval, that prior to voir dire, the Jury Commissioner of the Court shall distribute to the venire, and direct potential jurors to complete,

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

the questionnaire agreed upon by the Parties and approved by the Court, in the form attached hereto as Exhibit A.

| | |
|---|---|
| Dated: February 4, 2013 | U.S. Securities and Exchange Commission |
| | By: /s/ *Stephan Schlegelmilch*<br>STEPHAN SCHLEGELMILCH<br>Attorneys for Plaintiff<br>U.S. Securities and Exchange Commission |
| Dated: February 4, 2013 | Orrick, Herrington & Sutcliffe LLP |
| | By: /s/ *Michael D. Torpey*<br>MICHAEL D. TORPEY<br>Attorneys for Defendant<br>Susan Skaer |
| Dated: February 4, 2013 | Shearman & Sterling LLP |
| | By: /s/ *Patrick D. Robbins*<br>PATRICK D. ROBBINS<br>Attorneys for Defendant<br>Douglas Smith |
| Dated: February 4, 2013 | Sullivan & Worcester LLP |
| | By: /s/ *Andrew T. Solomon*<br>ANDREW T. SOLOMON<br>Attorneys for Defendant<br>Amnon Landan |

**ATTESTATION PURSUANT TO GENERAL ORDER 45, X**

I, Patrick D. Robbins, attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 4, 2013                                    Shearman & Sterling LLP

By: _____/s/ *Patrick D. Robbins*_____
PATRICK D. ROBBINS
Attorneys for Defendant
Douglas Smith

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2013        By: _____
HONORABLE WILLIAM H. ALSUP

# EXHIBIT A

# JURY QUESTIONNAIRE

To speed up the jury selection process, we are using individual questionnaires.  Your responses to this questionnaire will only be seen by the court, the attorneys and their assistants.  Since you have been sworn in, you are under oath in answering these questions, and must answer each question truthfully and to the best of your ability.  Please answer all questions in a complete and accurate manner.  There are no right or wrong answers; the court and the attorneys are just interested in learning about your background and true opinions. PLEASE WRITE OR PRINT YOUR ANSWERS AS LEGIBLY AS POSSIBLE USING BLUE OR BLACK INK. . Thank you for your time and effort in completing this questionnaire.

**PLEASE DO NOT TAKE THIS FORM WITH YOU OR DISCUSS IT WITH ANYONE ELSE ON THE JURY PANEL.**

## PLEASE PRINT ALL ANSWERS

Juror Number: _____

1. Name: _____ Age_____

2. Where were you born (city/state/country, if outside the U.S.)? _____

3. Is English your first language?
    ☐ Yes      ☐ No (If no, what is your first language? _____)

4. What is the highest level of education you had the opportunity to complete?
    ☐ Grade school or less         ☐ Some college
    ☐ Some high school             ☐ College graduate
    ☐ High School graduate         ☐ Some graduate study
    ☐ Technical or trade school    ☐ Masters or doctorate degree

    Major:_____

5. Have you ever served in the military?  ☐ Yes      ☐ No

    IF YES, what branch? _____  What years? _____

6. What is your current employment status? (check all that apply)
    ☐ Working full-time    ☐ Retired
    ☐ Working part-time    ☐ Unemployed
    ☐ Self-Employed        ☐ Disabled
    ☐ Homemaker            ☐ Student

7. What is your occupation and job title (if not currently employed, what was your most recent occupation)?

   _____

   _____

8. Who is your current employer, and what kind of business is it?  (If not currently employed, who was your most recent employer?)

   _____

9. How long have you been employed with your most recent employer?_____

10. Approximately how many people work for your employer?  _____

11. What are your job responsibilities and what do you do at work?  (If not currently employed, what did you do at your most recent job?

    _____

    _____

12. Please list all other major employment you have had in the past 10 years:

    _____

    _____

13. Do you have any training or experience in any of the following areas?

    | Area | | |
    |---|---|---|
    | Accounting | ☐ Yes | ☐ No |
    | Bookkeeping | ☐ Yes | ☐ No |
    | Taxes | ☐ Yes | ☐ No |
    | Auditing | ☐ Yes | ☐ No |
    | Finance | ☐ Yes | ☐ No |
    | Securities Laws | ☐ Yes | ☐ No |
    | Venture Capital | ☐ Yes | ☐ No |
    | Personnel or HR | ☐ Yes | ☐ No |
    | Investments | ☐ Yes | ☐ No |
    | Securities Broker | ☐ Yes | ☐ No |
    | High Tech Industry | ☐ Yes | ☐ No |
    | Law/courts | ☐ Yes | ☐ No |
    | Engineering | ☐ Yes | ☐ No |
    | Corporate/Business ethics | ☐ Yes | ☐ No |
    | Stock options | ☐ Yes | ☐ No |

    Please explain your training or experience in each area above marked "Yes":

    _____

    _____

14. Do you have any professional licenses or affiliations, such as a Certified Public Accountant, or Certified Equity Professional?
    □ Yes          □ No

    IF YES, please describe any such licenses or affiliations and when you received them:
    _____

15. Have you, or any family member or close friend, ever been employed by any of the following? (Check all that apply)
    (a) Federal, State or County Prosecutors' Offices?          □ self   □ family/friend
    (b) Federal or State Correctional agencies such as a prison,
        jail or probation or parole office?                      □ self   □ family/friend
    (c) Any federal law enforcement or investigative agency?     □ self   □ family/friend
    (d) Any state or local law enforcement agency?               □ self   □ family/friend
    (e) Public Defender or legal aid organization?               □ self   □ family/friend
    (f) Securities and Exchange Commission (SEC)?                □ self   □ family/friend

16. Are you or anyone in your immediate family a member of a union? (Check all that apply)
    □ Yes, self       □ Yes, family       □ No

    IF YES, have you or any member of your family ever held office in a union?
    _____

17. What is your current martial status?
    □ Single and Never Married          □ Currently living with Partner
    □ Currently Married                 □ Widowed
    □ Single but married in the past    □ Other (please explain)_____

18. What is the current or most recent occupation of your spouse/former spouse or life partner?
    _____

    By whom is she/he employed: _____

19. Do you have children?          □ Yes          □ No

    IF YES, please describe below the age, gender, occupation and employer, or grade level for each child:

    Age    Gender     Occupation and Employer or Grade level
    _____  _____    _____
    _____  _____    _____
    _____  _____    _____
    _____  _____    _____
    _____  _____    _____

3

20. What social, charitable, civic or community organizations do you belong to or volunteer for?

21. How frequently have you been a group leader?

    ☐ Very frequently    ☐ Often    ☐ Occasionally    ☐ Never

22. List the newspapers, magazines or other publications you read regularly or subscribe to:

23. Do you regularly read business or investment news?    ☐ Yes    ☐ No

24. List your typical sources for news (TV channel, radio, newspaper, the internet, news magazine, etc.):

25. What television shows do you watch regularly?

26. How do you usually spend your leisure time?

27. What websites, social network sites or blogs do you visit regularly?

28. Have you or a family member ever owned or run a business?
    ☐ Yes    ☐ No

29. Have you or your spouse ever served as director or officer of a corporation or an organization?
    ☐ Yes, self    ☐ Yes, spouse    ☐ No

30. Have you ever worked for a start-up company?
    ☐ Yes, one    ☐ Yes, more than one    ☐ No

31. Have you ever been granted stock options as part of your employee compensation?

    ☐ Yes    ☐ No

    IF YES, do you still own your stock options?    ☐ Yes    ☐ No

    IF YES, have you ever exercised your stock options?    ☐ Yes    ☐ No

32. Do you invest in the stock market or mutual funds? ☐ Yes ☐ No

   IF YES, how active an investor do you consider yourself?

   ☐ Very active ☐ Somewhat active ☐ Not very or not at all active

   IF YES, how frequently do you or your spouse monitor your investments?

   ☐ Daily ☐ Weekly ☐ Quarterly ☐ Yearly ☐ Never

   IF YES, Have you ever used or relied on the services of a market watch, investment advisor, stock broker, or financial forecaster for the purpose of gathering stock tips or investment advice?

   ☐ Yes, currently ☐ Yes, previously ☐ No

33. Do you, or a close family member currently own, or have you or a close family member previously owned stock in Mercury Interactive Corporation, or Hewlett-Packard Company?

   ☐ Yes, I have ☐ Yes, a family member has ☐ No

   IF YES, please explain:
   _____
   _____

34. Have you ever served on a jury or grand jury before?

   ☐ Yes, served on jury ☐ Yes, served on grand jury ☐ No

   IF YES, how many were: criminal trials:_____ civil trials: _____

   IF YES, did the jury(ies) reach a verdict? ☐ Yes ☐ No

   IF YES, were you ever the jury foreperson? ☐ Yes ☐ No

   IF YES, how would you describe your jury experience:

   ☐ Positive ☐ Negative ☐ Mixed

35. Have you ever filed any of the following types of claims?

   | | | |
   |---|---|---|
   | Bankruptcy | ☐ Yes | ☐ No |
   | Small claims | ☐ Yes | ☐ No |
   | Disability | ☐ Yes | ☐ No |
   | Workers' compensation | ☐ Yes | ☐ No |

36. Have you or any close relative ever sued anyone else? ☐ Yes ☐ No

   IF YES, please explain:
   _____
   _____

5

37. Have you or any close relative ever been sued by anyone else?   ☐ Yes   ☐ No

    IF YES, please explain:
    _____
    _____

38. Has someone ever lied to you or misled you in a business deal?   ☐ Yes   ☐ No

    IF YES, please explain:
    _____
    _____

39. Have you ever been the victim of a con or fraud?   ☐ Yes   ☐ No

    IF YES, please explain:
    _____
    _____

40. Have you or anyone close to you ever been charged with a crime or violation, or been the subject of a criminal investigation?
    ☐ Yes   ☐ No

    IF YES, please explain:
    _____
    _____

41. Have you or anyone close to you ever been accused of fraud, misrepresentation, or fraudulently concealing information?
    ☐ Yes   ☐ No

    IF YES, please explain:
    _____
    _____

42. Has any business, agency, or employer you have worked for or with ever been investigated for or charged with wrongdoing?
    ☐ Yes   ☐ No

    IF YES, please explain your answer.
    _____
    _____

43. Have you ever suspected that someone at your work was engaged in wrongdoing?
    ☐ Yes   ☐ No

    IF YES, please explain:
    _____
    _____

44. Have you had any dealings with the United States Securities Exchange Commission, also referred to as the SEC?
    ☐ Yes      ☐ No

    IF YES, please explain:
    _____
    _____

45. Have you, a family member, or close friend ever been employed by or otherwise been affiliated with a government agency or regulatory commission such as the SEC, FTC, FDA, EEOC, or EPA?
    ☐ Yes      ☐ No

    IF YES, please explain:
    _____
    _____

46. Have you or anyone close to you ever had a negative experience with or been involved in a dispute with the United States government or any of its agencies?
    ☐ Yes      ☐ No

    IF YES, please explain:
    _____
    _____

47. Have you read or heard anything about this lawsuit before coming to court today?
    ☐ Yes      ☐ No

    IF YES, what have you read or heard about this lawsuit?
    _____
    _____

48. What, if anything, have you heard, read, or seen about allegations of backdating stock options at Bay Area technology companies?
    _____
    _____

49. Do you have any strong positive or negative feelings concerning large corporations or their executives?
    ☐ Yes      ☐ No      IF YES, please explain:
    _____
    _____

7

50. Would you have any difficulty following the law in judging this case, even if it is different from your personal values or beliefs?

   ☐ Yes   ☐ Maybe   ☐ No

   IF "No" or "Maybe," please explain:

   _____
   _____
   _____

51. Is there anything else the Court should know about you that might impact your ability to be a fair and impartial juror for this case?

   ☐ Yes   ☐ No

   IF YES, please describe:

   _____
   _____
   _____

   PLEASE SIGN YOUR FULL NAME_____

   *Thank you for your honest and complete answers.*

   > Before returning this questionnaire to the Court, please check to see that you have answered all the questions.