# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** SEC v Mercury Interactive, LLC

**CASE NO.** C07-2822 WHA (JSC)

**COURTROOM DEPUTY:** Ada Means

**DATE:** February 6, 2013        **TIME:** 8 hours        **COURT REPORTER:** Not Reported

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| David Williams | James Krammer |
| Timothy England | Michael Torpey |
| Stephan Schlegemilch | Patrick Robbins |
|  | Andrew Solomon |
|  | K.C. Maxwell |

## PROCEEDINGS

[X]   SETTLEMENT CONFERENCE

[ ]   FURTHER SETTLEMENT CONFERENCE

[ ]   DISCOVERY CONFERENCE

[ ]   TELEPHONIC CONFERENCE RE:

[ ]   OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

Case settled as to Doug Smith and Amnon Landon, subject only to Commission approval. Further settlement conference regarding claims against Susan Skaer set for 2/7/2013 at 9:00 a.m.

cc:

*T=Telephonic Appearance