UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:   February 7, 2013                              Total Hearing Time: 36 minutes

Case No.   C07-02822 WHA

Title:   SECURITIES AND EXCHANGE COMMISSION v. MERCURY INTERACTIVE LLC

Plaintiff Attorney(s): David Williams; Stephan Schlegelmilch

Defense Attorney(s): James Meyers; Matthew Torpey; Jeffrey Facter; Matt Tolve; Emily Griffen
             Jim Kramer; Andrew Solomon; KC Maxwell

Deputy Clerk:   Dawn Toland                 Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Motion for Summary Judgment - Taken Under Submission

2)   Motion to Strike - Taken Under Submission


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Parties shall file supplemental briefs by 5pm on 2/8/13.