# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** SEC v Mercury Interactive, LLC

**CASE NO.**  C07-2822 WHA (JSC)

**COURTROOM DEPUTY**: Ada Means

**DATE**: February 7, 2013        **TIME: 4 hours**        **COURT REPORTER**: Not Reported

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| David Williams | James Krammer |
| Timothy England | Michael Torpey |
| Stephan Schlegemilch | |

**PROCEEDINGS**

[ ]    SETTLEMENT CONFERENCE

[x]    FURTHER SETTLEMENT CONFERENCE

[ ]    DISCOVERY CONFERENCE

[ ]    TELEPHONIC CONFERENCE RE:

[ ]     OTHER:

CASE CONTINUED TO:_____FOR_____

NOTES:

Case did not settle as to defendant Susan Skaer.

cc:

*T=Telephonic Appearance