1 | JEFFREY S. FACTER (STATE BAR NO. 123817)
    *jfacter@shearman.com*
2 | PATRICK D. ROBBINS (STATE BAR NO. 152288)
    *probbins@shearman.com*
3 | EMILY V. GRIFFEN (STATE BAR NO. 209162)
    *egriffen@shearman.com*
4 | JASON B. ALLEN (STATE BAR NO. 251759)
    *jallen@shearman.com*
5 | SHEARMAN & STERLING LLP
    Four Embarcadero Center, Suite 3800
6 | San Francisco, CA 94111
    Telephone:  (415) 616-1100
7 | Facsimile:  (415) 616-1199

8 | Attorneys for Defendant
    DOUGLAS SMITH

[Add'l counsel listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER,<br><br>Defendants. | Case No.: 5:07-C02822-WHA<br><br>JOINDER OF DEFENDANTS DOUGLAS SMITH AND AMNON LANDAN IN DEFENDANT SUSAN SKAER'S SUPPLEMENTAL BRIEF AT COURT'S REQUEST REGARDING 28 U.S.C. § 2462 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Trial Date:         March 11, 2013<br>Date Action Filed: May 31, 2007<br>Judge:             Hon. William H. Alsup<br>Courtroom:         No. 8, 19th Floor |

---

JOINDER OF DEFS. SMITH & LANDAN    CASE NO. 5:07-C02822-WHA

305323

1 | ANDREW T. SOLOMON (ADMITTED PRO HAC VICE)
*asolomon@sandw.com*
2 | FRANKLIN B. VELIE (ADMITTED PRO HAC VICE)
*fvelie@sandw.com*
3 | SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
4 | New York, NY 10104
Telephone:    (212) 660-3000
5 | Facsimile:     (212) 660-3001

6 | K.C. MAXWELL (STATE BAR NO. 214701)
*kcm@kcmaxlaw.com*
7 | JENNIFER M. FRENCH (STATE BAR NO. 265422)
*jf@kcmaxlaw.com*
8 | LAW OFFICE OF K.C. MAXWELL
Russ Building
9 | 235 Montgomery Street, Suite 1070
San Francisco, CA 94104
10 | Telephone:    (415) 322-8817
Facsimile:     (415) 888-2372

JOHN D. CLINE (STATE BAR NO. 237759)
12 | *cline@johndclinelaw.com*
LAW OFFICE OF JOHN D. CLINE
13 | 235 Montgomery Street, Suite 1070
San Francisco, CA 94104
14 | Telephone:    (415) 322-8319
Facsimile:     (415) 524-8265

Attorneys for Defendant
16 | AMNON LANDAN

JOINDER OF DEFS. SMITH & LANDAN                             CASE NO. 5:07-C02822-WHA

305323

1  Defendants Douglas Smith and Amnon Landan hereby join in defendant Susan Skaer's
2  Supplemental Brief at Court's Request Regarding 28 U.S.C. § 2462 in Support of Motion for
3  Summary Judgment. Ms. Skaer's arguments apply equally to Messrs. Smith and Landan, as both
4  of them raised the statute of limitations as a defense in summary judgment briefing.

6  Dated: February 8, 2013  SHEARMAN & STERLING LLP

   By:    /s/ Emily V. Griffen
            Emily V. Griffen

   Attorneys for Defendant Douglas Smith

   SULLIVAN & WORCESTER LLP

   By:    /s/ Andrew T. Solomon
            Andrew T. Solomon

   Attorneys for Defendant Amnon Landan

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Emily V. Griffen, attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 8, 2013

>  */s/* Emily V. Griffen
> Emily V. Griffen
> Shearman & Sterling LLP
> Counsel for Douglas Smith