Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Jiyoun Chung (State Bar No. 226900)
Jason Allen (State Bar No. 251759)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone:     (415) 616-1100
Facsimile:     (415) 616-1199
Email:          jfacter@shearman.com
                 probbins@shearman.com
                 egriffen@shearman.com
                 jchung@shearman.com
                 jallen@shearman.com

Attorneys for Defendant Douglas Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, DOUGLAS SMITH and SUSAN SKAER,<br><br>            Defendants. | Case No.  3:07-cv-02822 WHA<br><br>DEFENDANT DOUGLAS SMITH'S FED. R. CIV. P. 26(A)(3) EXHIBIT LIST |

1  Defendant Douglas Smith hereby submits his exhibit list for this trial, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

Mr. Smith identifies each exhibit that he expects to use or may use at trial in a chart attached hereto as Exhibit A.  Without waiving any evidentiary objections he may have, Mr. Smith reserves the right to use at trial any exhibit identified by any other party.

Dated:  February 11, 2013

Respectfully submitted,

PATRICK D. ROBBINS
Shearman & Sterling LLP

By:  _____/s/ Patrick D. Robbins_____
PATRICK D. ROBBINS
Attorneys for Defendant
DOUGLAS SMITH

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY E-MAIL** |
| 2 | I, the undersigned declare that I am over the age of eighteen years and not a party |
| 3 | to the within action.  My business address is Four Embarcadero Center, Suite 3800, San |
| 4 | Francisco, California 94111, which is in the county where the transmission described below took |
| 5 | place. |
| 6 | On February 11, 2013, I transmitted at the time specified on my electronic mail |
| 7 | the foregoing document(s) by electronic mail to the email addresses listed: |
| 8 | A. David Williams |
| 9 | williamsdav@sec.gov<br>Stephan Schlegelmilch |
| 10 | schlegelmilchs@sec.gov<br>Counsel for Plaintiff |
| 11 | Andrew T. Solomon |
| 12 | asolomon@sandw.com<br>K.C. Maxwell |
| 13 | kcm@kcmaxlaw.com<br>Counsel for Amnon Landan |
| 14 | James Kramer |
| 15 | jkramer@orrick.com<br>James Meyers |
| 16 | jmeyers@orrick.com<br>Michael Torpey |
| 17 | mtorpey@orrick.com<br>Counsel for Susan Skaer |
| 18 | The transmission originated and was reported as complete and without error. |
| 19 | I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. |
| 20 | |
| 21 | Executed on February 11, 2013, at Fort Bragg, California. |
| 22 | |
| 23 | /s/ Emily V. Griffen<br>Emily V. Griffen |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DEFENDANTS SMITH & LANDAN'S           2                Case No. 3:07-CV-02822 WHA
RULE 26(a)(3) DISCLOSURES
                                                                                              305596

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case No.    : 3:07–cv–02822–WHA                                                    Trial Date: 03/11/2013
Case Name   : SEC v. Mercury Interactive LLC, et. al.

**Documents that Defendant Douglas Smith Expects to Use at Trial Pursuant to Rule 26(a)(3)**

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 1 | 28 | MEC 0001432 – 0001437 | 4/4/2001 | Unanimous Written Consent of the Compensation Committee of the Board of Directors of Mercury Interactive Corporation | |
| 2 | 34 | OMM MERQ 01429 | 4/18/2001 | Email to Kathy Hawkes from Susie Fregoso re: lowest stock price | |
| 3 | 35 | OMM MERQ 01443 – 01444 | 4/30/2001 | Email to Daniel Fink; cc: David Kempski; Susie Fegoso from Kathy Hawkes re: New employees stock grant | |
| 4 | 59 | OMM MERQ 01856 | 1/19/2002 | E-mail to Alon Farhy; Boaz Chalamish; David Kempski; Jay Larson; Ken Klein; Larry Wear; Moshe Egert; Ori Danieli; Susan Skaer; Uri Agmon; Vincent Rerolle; Yuval Scarlat; Zohar Gilad; cc: Amnon Landan; Doug Smith from Jeff Loehr re: Annual Stock Grant | |
| 5 | 60 | OMM MERQ 01884 – 01885 | 2/6/2002 | E-mail to Ken Klein from Doug Smith re: January Option Grant | |
| 6 | 62 | OMM MERQ 02053 – 02054 | 3/16/2002 | E-mail to Doug Smith from Amnon Landan re: info for next grant | |
| 7 | 88 | MEC 0047315 – 0047319 | 9/11/2000 | E-mail to Richard Graham; cc: Susan Marshall; Jay Larson; Susie Fregoso from David Kempski re: Stock Options | |
| 8 | 92 | OMM MERQ 00799 – 00800 | 9/16/1999 | Email from Susie Fregoso to Kathy Hawkes re: Stock Option for new & current employees | |

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 9 | 93 | OMM MERQ 05574 | 5/2/2002 | Email from Susie Fregoso to Iris Reshef; Achinoam Shuali; Nicola Clark, Yvette Moss, cc: Susan Skaer, Jeff Loehr; Ahikam Kaufman; Daniel Fink; Paul Seccombe; Jeff Novack; Kathy Hawkes; Jeff Albrecht re: New Hire Grant Procedures | |
| 10 | 94 | OMM MERQ 00772 | 10/12/1999 | Email from Susan Skaer to Kathy Hawkes, cc: Sharlene Abrams re: Board Minutes for Auditors | |
| 11 | 184 (Kempski) | OMM MERQ 00207 | 2/11/1997 | Email from Sharlene Abrams to Galia Bachar; David Kempski re: Stock Options | |
| 12 | 185 (Kempski) | OMM MERQ 01012 | 3/16/2000 | Email from Kathy Hawkes to David Eshed cc: Susie Freoso; David Kempski; Sharlene Abrams re: Additional options for existing employees | |
| 13 | 187 | MEC KH2_01085626 | 10/3/2001 | E-mail to Sharlene Abrams; cc: David Kempski; Kathy Hawkes, from Susie Fregoso re: Proposed September 26th grant | |
| 14 | 190 | OMM MERQ 01362 | 6/22/2001 | E-mail to Amnon Landan; Sharlene Abrams; cc: Ken Klein; David Kempski from Kathy Hawkes re: Jay Larson stock option grants | |
| 15 | 214 | MEC 0350695 – 0350697 | 3/16/1999 | E-mail to Aryeh Finegold; cc: sskaer@gcounsel.com from Sharlene Abrams re: Suggested Agenda for Telephonic BOD meeting | |
| 16 | 217 | MEC 0799678 | 12/7/2001 | E-mail to Susan Skaer from Doug Smith re: FW: Stock Price | |
| 17 | 245 | N/A | 9/19/2006 | Letter to Lawrence Salva, Chairman of Committee on Corporate Reporting and Sam Ranzilla, Chairman for Center for Public Company Audit Firms from Conrad Hewitt, Chief Accountant, SEC | |

Case No: 3:07–cv–02822–WHA
Defendant D. Smith's Exhibit List

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 18 | 264 (McCaffrey) | MEC MV2_00153314 | 2/28/2002 | E-mail to Mark McCaffrey; cc: David Kempski, Michelle Valentine, Susan Skaer from Doug Smith re: Expensing Stock Options | |
| 19 | 267 (McCaffrey) | SEC V MERCURY RFP_000091 | 1/23/2002 | E-mail to Jeff Loehr from Susan Skaer re: options | |
| 20 | 275 | OMM MERQ 01658 | 11/6/2001 | Board Administrative Agenda for November 6, 2001 (with handwritten notes) | |
| 21 | 326 | OMM MERQ 07290 – 07298 | 7/8/2000 | E-mail to Sharlene Abrams from Amnon Landan re: Doug contract | |
| 22 | 344 | MEC SS3 00042425 | 12/16/2002 | E-mail to Susan Skaer from Doug Smith re: Stock Option Competitive Landscape Review | |
| 23 | 345 | MEC SS3 00042424 | 12/16/2002 | E-mail to Susan Skaer; cc: Amnon Landan, from Doug Smith re: Stock Option Competitive Landscape Review | |
| 24 | 436 | SEC v. Mercury RFP 0012777 – 0012782 | 11/28/2005 | E-mail to Joseph Jest and David Williams from Dan Bookin re: Emails (with attachments) | |
| 25 | 456 | MEC MV2_00034022 – 00034023 | 4/1/2002 | E-mail string between Aimee Knepper, Michelle Valentine, Jeff Loehr, Doug Smith, David Pomeroy re: Interview Follow-Up | |
| 26 | 606 | MEC BL2_00133305 – 00133386 | 7/13/2002 | E-mail string between Bryan LeBlanc, Mark McCaffrey, Doug Smith, Anne Marie McCauley, Amnon Landan, and Charles Phillips re: FW: Accounting Forensics: What to Look and Ask for | |

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 27 | 726 | N/A | 1/2007 | Sample Letter in Response to Inquires Related to Filing Restated Financial Statements for Errors in Accounting for Stock Option Grants | |
| 28 | N/A | OMM MERQ 06942 | 1/7/2000 | E-mail to David Rothchild from Amnon Landan re: options pricing | |
| 29 | N/A | OMM MERQ 06944 | 1/9/2000 | E-mail to Sharlene Abrams and Amnon Landan from David Rothchild re: options pricing | |
| 30 | N/A | MEC AL3 00045509 | 11/15/2001 | E-mail to Susan Skaer from Amnon Landan re: Larry's Options | |
| 31 | N/A | PWC SUPP 000071490 – 000071510 | 2002 | 2002 PWC Invoices to Mercury Interactive | |
| 32 | N/A | MEC 0331177 – 0331182 | 1/7/2002 | Letter to Dave Kempski from Susan E. Johnson of PricewaterhouseCoopers re: Business Process Review Engagement | |
| 33 | N/A | MEC KH2 00893037 | 1/16/2002 | E-mail to igal@neatgroup.com, yairs@vcon.co.il, yarong@netvision.net.il, cc: Doug Smith, Kathy Hawkes, Michelle Valentine from David Kempski re: Q4FY01 Audit Committee Conference Call | |
| 34 | N/A | MEC 0052530 | 1/17/2002 | E-mail to Doug Smith, Amnon Landan and Jeff Loehr from Susan Skaer re: Option grant issue | |
| 35 | N/A | SECSHA 001130 | 1/21/2002 | Calendar Entry | |

Case No: 3:07–cv–02822–WHA
Defendant D. Smith's Exhibit List

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 36 | N/A | OMM MERQ 08723 – 08724 | 1/21/2002 | Form 5 Annual Statement of Changes in Beneficial Ownership for Doug Smith (with handwritten notes) | |
| 37 | N/A | MEC 0331317 – 0331318 | 1/22/2002 | Form 5 Annual Statement of Changes in Beneficial Ownership for Doug Smith | |
| 38 | N/A | MEC MA2 00160313 – 00160317 | 1/22/2002 | E-mail from mds@hsmds1.prenewswire.com to mds@hsmds1.prenewswire.com re: Mercury Interactive Reports Fourth Quarter and 2001 Results | |
| 39 | N/A | OMM MERQ 01822 | 1/22/2002 | Metadata for Grants | |
| 40 | N/A | MEC KH2 01495836 – 01495837 | 1/22/2002 | E-mail to Iris Reshef and Susie Fregoso, cc: Ori Danieli, Ariela Avni, Ahikam Kaufman, Susan Skaer and Kathy Hawkes from Jeff Loehr re: Stock Proposals – An Updated File | |
| 41 | N/A | OMM MERQ 01873 – 01874 | 1/30/2002 | Notice of Grant to Erez Azaria and Ran Bar-Natan | |
| 42 | N/A | OMM MERQ 01731– 01732 | 2/4/2002 | E-mail to Susan Skaer from Gil Pennington re: Draft Agenda for Feb 12 BOD Meeting (with attachment) | |
| 43 | N/A | PWCSUPP000074830 – 000075047 | 3/13/2002 | PWC Financial Business Process Assessment for Mercury Interactive Corporation | |
| 44 | N/A | MEC MV2 00132652 – 00132654 | 3/26/2002 | E-mail to Michelle Valentine from Melinda Formico re: itinerary for Amnon Landan | |

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 45 | N/A | OMM MERQ 02062 | 3/29/2002 | E-mail to Susan Skaer, cc: Joeff Loehr, David Kempski, Kathy Hawkes, from Susie Fregoso re: New Hire Grant | |
| 46 | N/A | OMM MERQ 02065 – 02066 | 4/12/2002 | E-mail to Susie Fregoso from Susan Skaer re: option grant paperwork status | |
| 47 | N/A | MEC 0607688 – 0607689 | 10/29/2002 | Letter to David Murphy from Jeff Loehr re: offer to join Mercury as Vice Presisdent of Corporate Development | |
| 48 | N/A | MEC 0080838 – 00080839 | 11/25/2002 | Letter to David Murphy from Doug Smith re: offer to join Mercury as Vice Presisdent of Corporate Development | |
| 49 | N/A | DPS 0001135 – 0001136 | 12/4/2002 | E-mail to UserA8289@netscape.net from Amnon Landan re: Offer Letter | |
| 50 | N/A | MEC SJS3_00030079 – 00030080 | 12/16/2002 | Email to Tony Zingale, Yair Shamir, Giora Yron; cc: Linda Amuso, Doug Smith, Jeff Loehr and Susan Skaer from Michael Benkowitz re: Stock Option Competitive Landscape Review | |
| 51 | N/A | MEC VR3_00027193 – 00027219 | 12/27/2002 | Email to Vicki Ryan from Vicki Ryan re: FW: iquantic presentation on stock (with attachment) | |
| 52 | N/A | MEC DM2 00286679 – 00286680 | 12/30/2002 | E-mail to Susan Skaer; cc: Doug Smith from David Murphy re: Update | |
| 53 | N/A | MEC AL3 00044703 – 00044705 | 1/16/2003 | E-mail to Amnon Landan from Doug Smith re: FASB Information on Stock Options | |
| 54 | N/A | N/A | 11/30/2005 | Exhibit 10.49 to 8K – Amendment Agreement | |

Case No: 3:07–cv–02822–WHA
Defendant D. Smith's Exhibit List

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 55 | N/A | PWCSUPP000041971 – 000041983 | Undated | Doug Smith earnings statements 2000-2005 | |
| 56 | N/A | OMM MERQ 01798 | Undated | Metadata for January 22, 2002 CC Grant | |
| 57 | N/A | N/A | Undated | Accounting Principles Board 25 - Accounting for Stock Issued to Employees | |

Case No: 3:07–cv–02822–WHA
Defendant D. Smith's Exhibit List

**Documents that Defendant Douglas Smith May Use at Trial Pursuant to Rule 26(a)(3)**

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 58 | 342 | OMM MERQ 02063 – 02064 | 4/3/2002 | Email from Amnon Landan to Doug Smith re: March Grant | Designated only if Defs' MIL No. 1 is denied |
| 59 | 228 | PWCSUPP00009382 – 00009436 | 6/25/2006 | Memorandum to David Murphy, cc: Brian Stein, from Gregg Hampton re: Supplemental Recertification Procedures | Designated only if Defs' MIL No. 1 is denied |
| 60 | 246 | N/A | Undated | January Grant Log – Document 1- "From 'HP_Jones Day_Mercury_Indemnity_ED' Database" | Designated only if Defs' MIL No. 1 is denied |
| 61 | 250 | N/A | 6/30/2006 | SAB 99 – Document 1- "From 'HP_Jones Day_Mercury_Indemnity_ED' Database"; Memorandum to David Murphy and Tony Zingale, cc: Brian Stein and Gregg Hampton, from Brent Billinger dated June 30, 2006 re: Evaluation of Summary of Restatement Passed Adjustments | Designated only if Defs' MIL No. 1 is denied |
| 62 | 251 | N/A | 3/24/2006 | Memorandum to David Murphy, cc: Clyde Oster and Brad Boston, from Dan Bookin re: Revised Grant Dates | Designated only if Defs' MIL No. 1 is denied |
| 63 | 439 | OMM_002581 | 10/7/2005 | E-mail to Brent Billinger, cc: Cheryl Schrady, Suong Nguyen, Scott Muller, Dan Bookin, Joseph Rosenbaum, Brian Stein, Dan Swarn, Kim Wiatrak, Tina Knauss, from Michael Tubach re: Current List of Final Grant Dates | Designated only if Defs' MIL No. 1 is denied |
| 64 | 543 | SEC V MERCURY 17049 | 9/27/2005 | Mercury Interactive Summary of Stock Option Date Revisions | Designated only if Defs' MIL No. 1 is denied |

| Doc. No. | Depo. Ex. No. | Bates Number | Date of Exhibit | Document Description | Limited Purpose Only |
|---|---|---|---|---|---|
| 65 | N/A | N/A | 3/20/2002 | Document 1- "From 'HP_Shearman_Mercury_Indemnity_ED' Database" – Mercury Interactive Corporation – SEC Investigation – Grant review Log | Designated only if Defs' MIL No. 1 is denied |
| 66 | N/A | N/A | 3/15/2006 | E-mail to Sandra Escher, cc: Jeff Facter and Patrick Robbins re: Notice of Intention to Sell All Stock Options (with attachment, Letter to Sandra Escher re Notice of Election to Exercise Stock Options) | Designated only for SOX 304 bench trial |
| 67 | N/A | N/A | 3/15/2006 | Email to Doug Smith from Stacy Grant re: RE Notice to Exercise All Stock Options | Designated only for SOX 304 bench trial |
| 68 | N/A | N/A | Undated | Exhibit A to Notice of Grant – Stock Option Agreement – For the Mercury Interactive Corporation Amended and Restated 1999 Stock Option Plan – for Options Granted to Officers | Designated only for SOX 304 bench trial |
| 69 | N/A | N/A | Undated | Draft Cross-Claim of Doug Smith against Mercury Interactive | Designated only for SOX 304 bench trial |