IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCURY INTERACTIVE LLC (F/K/A MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH, and SUSAN SKAER,<br><br>    Defendants.<br>                                       / | No. C 07-02822 WHA<br><br>**ORDER RE PRETRIAL CONFERENCE AND MOTIONS IN LIMINE** |

Because the Court is in a trial and will be on February 25, the final pre-trial conference in this action will be postponed until the first day of trial, March 11, to be followed by jury selection on March 12.

**IT IS SO ORDERED.**

Dated: February 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE