IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCURY INTERACTIVE LLC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 07-02822 WHA<br><br>**SECOND ORDER<br>RE PRETRIAL CONFERENCE<br>AND MOTIONS IN LIMINE** |

Notwithstanding the Court's order regarding the pretrial conference (Dkt. No. 361), the parties' settlement conference with Magistrate Judge Corley must go forward as scheduled.

**IT IS SO ORDERED.**

Dated: February 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE