IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MERCURY INTERACTIVE LLC (f/k/a MERCURY INTERACTIVE, INC.), AMNON LANDON, DOUGLAS SMITH, and SUSAN SKAER,

    Defendants.

No. C 07-02822 WHA

**ORDER CONTINUING PRE-TRIAL AND TRIAL DATES**

The Court has been informed that a settlement has been reached between the Commission and Susan Skaer, the only remaining defendant. In order to allow time for the Commission to approve the settlement, a continuance of 35 days is hereby granted. The final pre-trial conference is hereby reset for **APRIL 15, 2013**, with trial to begin on **APRIL 16 AT 7:30 A.M.**

**IT IS SO ORDERED.**

Dated: February 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE