IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MERCURY INTERACTIVE LLC (f/k/a MERCURY INTERACTIVE, INC.), AMNON LANDON, DOUGLAS SMITH, and SUSAN SKAER,

    Defendants.

No. C 07-02822 WHA

**ORDER RE CONSENT MOTION TO MODIFY JUDGMENT AS TO DEFENDANT DOUGLAS SMITH**

Under Federal Rule of Civil Procedure 60, the Securities and Exchange Commission moves to modify defendant Douglas Smith's judgment, which was entered on February 21, 2013. In this motion, the Commission states, "Counsel for [d]efendant Smith advise that they consent to the motion" (Dkt. No. 369). The motion, however, does not include any signature or stipulation from defendant Smith's counsel. Accordingly, the Commission is requested to please file a stipulation signed by defendant Smith's counsel as to their consent to the present motion. The stipulation is due by **5 PM ON FEBRUARY 25, 2014**.

    **IT IS SO ORDERED.**

Dated: February 11, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE