DAVID WILLIAMS (Cal. Bar No. 183854)
STEPHAN J. SCHLEGELMILCH
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-5977
Telephone: (202) 551-4548
Facsimile: (202) 772-9246
e-mail: williamsdav@sec.gov
schlegelmilchs@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 5:07-C02822-WHA/JSC |
| Plaintiff, | Assigned to Hon. William H. Alsup |
| v. | STIPULATION TO CONSENT MOTION TO MODIFY JUDGMENT AS TO DEFENDANT DOUGLAS SMITH |
| MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | |
| | NO HEARING REQUESTED |
| Defendants. | |

Pursuant to Local Rule 7.12, Defendant Douglas Smith ("Defendant") stipulates and agrees to the Consent Motion to Modify Judgment [Dkt. No. 369] filed on February 7, 2014.

Dated: February 20, 2014

        /s/ David Williams
A. David Williams
Securities and Exchange Commission

Dated: February 20, 2014

        /s/ Emily Griffen
Emily V. Griffen, Esq.
Shearman & Sterling LLP
Counsel for Douglas Smith

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2014, I electronically filed the foregoing STIPULATION TO CONSENT MOTION TO MODIFY JUDGMENT AS TO DEFENDANT DOUGLAS SMITH with the Clerk of the Court using the CM/ECF system.

s/ David Williams
A. David Williams