DAVID WILLIAMS (Cal. Bar No. 183854)
STEPHAN J. SCHLEGELMILCH
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549-5977
Telephone:  (202) 551-4548
Facsimile:   (202) 772-9246
e-mail:  williamsdav@sec.gov
        schlegelmilchs@sec.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 5:07-C02822-WHA/JSC |
| Plaintiff, | Assigned to Hon. William H. Alsup |
| v. | ~~[PROPOSED]~~ ORDER AMENDING FINAL JUDGMENT |
| MERCURY INTERACTIVE, LLC (F/K/A/ MERCURY INTERACTIVE, INC.), AMNON LANDAN, SHARLENE ABRAMS, DOUGLAS SMITH and SUSAN SKAER, | |
| Defendants. | |

Based on the Motion of the Plaintiff, and good cause appearing therefore, the Court finds

that Commission's present Motion to Modify Judgment as to Defendant Douglas Smith is well

taken and is therefore granted. **IT IS HEREBY ORDERED** that:

The Final Judgment as to Defendant Douglas Smith ("Defendant") entered on February 21,

2013 [Docket No. 359] is amended pursuant to Rule 60 of the Federal Rules of Civil Procedure to

include the following provisions:

(1) the time permitted for Defendant's satisfaction of the payment of monetary

obligations under the Final Judgment is extended from 60 days to 67 days;

(2)  post-judgment interest is to be assessed only on delinquent amounts pursuant to

28 U.S.C. §1961; and

1           (3) in light of Defendant's prior satisfaction of the monetary obligations under the

2    Final Judgment, no post-judgment interest is due.

3

4    Dated:  February  21, 2014 .

5    _____
                 HONORABLE WILLIAM H. ALSUP

6                UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28